NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORHEALTH TECHNOLOGIES, INC.,**
also known as FHT, Inc.,
*Appellant,*

v.

**INTELLIGENT HOSPITAL SYSTEMS LTD.,**
*Appellee.*

---

2014-1348

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 95/000,333.

---

## JUDGMENT

---

DAVID LEASON, Leason Ellis LLP, of White Plains, New York, argued for appellant.

KEVIN B. LAURENCE, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., of Alexandria, Virginia, argued for appellee. With him on the brief was GREG H. GARDELLA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* NEWMAN and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  |  |
|---|---|
| November 10, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
|  | Clerk of Court |