# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Revised: March 18, 2011

Official Caption[1]

2010-1544

ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

Plaintiffs-Appellants,

v.

HULU, LLC,

Defendant,

and

WILDTANGENT, INC.,

Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-6918, Judge R. Gary Klausner.

Authorized Abbreviated Caption[2]

ULTRAMERCIAL V HULU, 2010-1544

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.