**AMENDED CERTIFICATE OF INTEREST**

Counsel for Defendants-Appellants JPMorgan Chase & Co., et al., certifies the following:

**1.    The full names of all parties represented by me are:**

JPMorgan Chase & Co., JPMorgan Chase Bank, National Association, and Chase Bank USA, National Association, Chase Paymentech Solutions LLC, and Paymentech LLC.

**2.    The name of the real party in interest is:** N/A

3.   **All parent corporations and any publicly held companies that own 10 percent or more of the stock of the parties represented by me are:**

JPMorgan Chase & Co. is a publicly-traded company listed on the NYSE under the symbol JPM. JPMorgan Chase & Co. has no parent corporation or other company that holds 10% or more of its stock.

No Defendant-Appellant has a parent corporation, with the following exceptions:

- JPMorgan Chase Bank, National Association is a wholly-owned subsidiary of JPMorgan Chase & Co.

- Chase Bank USA, National Association is a wholly-owned indirect subsidiary of JPMorgan Chase & Co.

- Chase Paymentech Solutions LLC is an indirect wholly-owned subsidiary of JPMorgan Chase & Co.

- Paymentech LLC is an indirect wholly-owned subsidiary of JPMorgan Chase & Co.

4.   **The names of the law firms and the partners and associates that have appeared for the Defendants/Appellants in the District Court or are expected to appear for Appellants in this Court are:** Tibor L. Nagy, Jr., Matthew S. Dontzin, David A. Fleissig, Patrick R. McGee, all of DONTZIN NAGY, & FLEISSIG, LLP; Clement S. Roberts and Mark A. Lemley of DURIE TANGRI LLP; and Kenneth R. Adamo, Brent P. Ray, David W.

Higer, Eugene Goryunov, Benjamin A. Lasky, Jon Carter, Megan M. New, Ryan M. Hubbard, John C. O'Quinn, and William H. Burgess, all of KIRKLAND & ELLIS, LLP.

September 25, 2014              /s/ William H. Burgess

## **CERTIFICATE OF SERVICE**

On September 25, 2014, the foregoing document was submitted to the Court through the CM/ECF system. All parties are represented by registered CM/ECF users and will be served by the CM/ECF system.

/s/ William H. Burgess