**FORM 8.** Entry of Appearance

---

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Ultramercial, Inc. et al. _____ v. Hulu et al.

No. 2010-1544

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rules 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    WildTangent, Inc.
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Richard P. Bress |
| Law firm: | Latham & Watkins LLP |
| Address: | 555 Eleventh St. NW, Suite 1000 |
| City, State and ZIP: | Washington, DC 20004 |
| Telephone: | 202-637-2200 |
| Fax #: | 202-637-2201 |
| E-mail address: | rick.bress@lw.com |

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**
JUN 07 2011

**JAN HORBALY**
**CLERK**

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[✓] I am replacing Richard G. Frenkel as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 09/15/1997

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_6/3/11_
Date

_____
Signature of pro se or counsel

cc: _____

123