

**Amster Rothstein & Ebenstein LLP**
Intellectual Property Law

90 Park Avenue
New York NY 10016

Main 212 336 8000
Fax  212 336 8001
Web  www.arelaw.com

*Partners*
Daniel Ebenstein
Philip H. Gottfried
Neil M. Zipkin
Anthony F. Lo Cicero
Kenneth P. George
Ira E. Silfin
Chester Rothstein
Craig J. Arnold
Charles R. Macedo

*Founding Partners*
Morton Amster, *of Counsel*
Jesse Rothstein (1934-2003)

*Senior Counsel*
Marion P. Metelski
Alan D. Miller, Ph.D.
Marc J. Jason
Richard S. Mandaro
Max Vern
Holly Pekowsky

Brian A. Comack
Matthieu Hausig
Benjamin M. Halpern*
Jung S. Hahm

*Associates*
Patrick Boland*
Benjamin Charkow
Mark Berkowitz
Samuel Lo
Suzue Fujimori

Jessica Capasso
Brian Amos, Ph.D.
Addie Bendory
William M. Frank
Hajime Sakai, Ph.D.
Richard P. Zemsky*
Brendan O'Dea
David P. Goldberg
Reena Jain

* Not admitted in New York

May 28, 2014

Kenneth P. George
Direct 212 336 8090
E-mail kgeorge@arelaw.com

<u>Via CM/ECF</u>

Mr. Daniel E. O'Toole
Circuit Executive and Clerk of Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, DC 20439

Re:  **RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY**
SCA Hygiene Products v. First Quality Baby Products,
No. 2013-1564

Dear Mr. O'Toole:

We submit this letter on behalf of Appellees ("First Quality") in response to the May 27, 2014 Notice of Supplemental Authority submitted by Appellants ("SCA").

SCA argues that *A.C. Aukerman Co. v. R.L. Chaides Constr. Co.,* 960 F.2d 1020 (1992) (en banc) is no longer good law in view of *Petrella v. Metro-Goldwyn-Mayer, Inc.,* No. 12-1315, 2014 U.S. LEXIS 3311 (May 19, 2014).  SCA is wrong.

*Petrella* expressly acknowledged that "the Federal Circuit has held that laches can bar damages incurred prior to the commencement of suit" and did not overturn *Aukerman.*  2014 U.S LEXIS 3311, at *29 n.15 ("We have not had occasion to review the Federal Circuit's position.").

This is not surprising.  Significantly, "[a]s a defense to a claim of patent infringement, laches was well established at the time of the recodification of the

576442.1

Mr. Daniel E. O'Toole                             2                             May 28, 2014

patent laws in 1952" and the drafters of Patent Act intended "to retain the defense of laches" as part of Section 282. *See Aukerman*, 960 F.2d at 1029. Thus, *Petrella* recognized *Aukerman's* holding was "[b]ased in part on § 282 and commentary thereon, legislative history, and historical practice," (*Petrella,* 2014 U.S. LEXIS 3311, at *29 n.15), which corresponds exactly to the type of analysis used in *Petrella* to analyze the Copyright Act. *Id.* at *12-13.

As such, *Aukerman* remains the law, is binding on this Panel, and no change in the law is justified.

SCA's attempt to import a requirement of "intentionally misleading representations" into the estoppel analysis (ECF No. 51 at 2), should also be rejected. *Aukerman* held that "wrongful intent is not necessary to create an estoppel" and, in any event, "[b]ad faith silence may encompass cases where there is a duty to speak." *Aukerman*, 960 F.2d at 1044 n.18.

Here, "SCA unquestionably misled First Quality through its 2003 letter and subsequent inaction," (A0016), and judgment of estoppel should be affirmed and is not impacted by *Petrella*, in any event.

                                               Sincerely,

                                               AMSTER, ROTHSTEIN & EBENSTEIN LLP

                                               /s/ Kenneth P. George
                                               Kenneth P. George

KPG:wh
cc:   Counsel for Plaintiffs-Appellants (*via email*)

Mr. Daniel E. O'Toole　　　　　　　3　　　　　　　May 28, 2014

𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔣𝔬𝔯 𝔱𝔥𝔢 𝔉𝔢𝔡𝔢𝔯𝔞𝔩 𝔆𝔦𝔯𝔠𝔲𝔦𝔱

*SCA Hygiene Products v. First Quality Baby Products*, No. 2013-1564

## CERTIFICATE OF FILING AND SERVICE

I, Robyn Cocho, being duly sworn according to law and being over the age of 18, upon my oath depose and say that:

Counsel Press was retained by Amster Rothstein & Ebenstein LLP, Attorneys for Defendants-Appellees to print this document. I am an employee of Counsel Press.

On **May 28, 2014**, counsel has authorized me to electronically file the foregoing **Letter** with the Clerk of Court using the CM/ECF System, which will serve via e-mail notice of such filing to any counsel registered as CM/ECF users.

Dated:  May 28, 2014　　　　　　　　　　　/s/ *Robyn Cocho*
　　　　　　　　　　　　　　　　　　　　　Counsel Press

576442.1