NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIETGOAL INNOVATIONS LLC,**
*Plaintiff-Appellant,*

v.

**BRAVO MEDIA LLC, (DIVISION OF NBC UNIVERSAL MEDIA, LLC),**
*Defendant-Appellee.*

---

2014-1631

---

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-08391-PAE, Judge Paul A. Engelmayer.

---

**ON MOTION**

---

Before HUGHES, *Circuit Judge.*

**O R D E R**

The Application Developers Alliance, Computer and Communications Industry Association, Electronic Frontier Foundation, Engine Advocacy, National Restaurant Association, and Public Knowledge move for leave to file a brief amicus curiae in support of Defendant-Appellee Bravo Media LLC. Movants state that DietGoal Innova-

tions LLC opposes the motion; however no opposition has been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

                                  FOR THE COURT

                                  /s/ Daniel E. O'Toole
                                  Daniel E. O'Toole
                                  Clerk of Court

s31