No. 14-1297

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
───────────────────────────────

OPLUS TECHNOLOGIES, LTD.,
*Plaintiff-Appellee*,

v.

VIZIO, INC.,
*Defendant-Appellant*,

SEARS HOLDINGS CORPORATION,
*Defendant*.

───────────────────────────────

Appeal from the United States District Court for the Central District of California
in Case No. 12-cv-5707, Senior Judge Mariana R. Pfaelzer

───────────────────────────────

**PLAINTIFF-APPELLEE OPLUS TECHNOLOGIES, LTD.'S
MOTION TO SUBSTITUTE PRINCIPAL ATTORNEY**

───────────────────────────────

Plaintiff-Appellee Oplus Technologies, Ltd. ("Oplus") respectfully submits this motion to substitute Michael E. Joffre, of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., as principal attorney for Oplus in this case. Mr. Joffre will replace Raymond P. Niro, of Niro, Haller & Niro, as principal attorney, who will remain on this case. Counsel for Defendant-Appellant VIZIO, Inc. have advised counsel for Oplus that they do not oppose this motion.

| | |
|---|---|
| January 29, 2015 | Respectfully submitted, |
| | |
| Counsel whose name appears below has consented to the electronic representation of their signature: | /s/ *Michael E. Joffre* <br> Michael E. Joffre <br> KELLOGG, HUBER, HANSEN, TODD, <br>    EVANS & FIGEL, P.L.L.C. |
| /s/ *Raymond P. Niro* <br> Raymond P. Niro <br> NIRO, HALLER & NIRO <br> 181 West Madison Street, Suite 4600 <br> Chicago, Illinois  60602 <br> Tel:  (312) 236-0733 <br> Fax:  (312) 236-3137 <br> rniro@nshn.com | 1615 M Street, N.W., Suite 400 <br> Washington, D.C.  20036 <br> Tel: (202) 326-7900 <br> Fax: (202) 326-7999 <br> mjoffre@khhte.com |

*Counsel for Plaintiff-Appellee Oplus Technologies, Ltd.*

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Oplus Technologies, Ltd. v. VIZIO, Inc.

No. 14-1297

AMENDED

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Appellee certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Oplus Technologies, Ltd.

___

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

None.

___

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None.

___

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Arthur Gasey, Daniel Ferri, Gabriel Opatken, Kara Szpondowski, Paul Gibbons, Raymond Niro (Niro Haller & Niro Ltd); Sean Kneafsey, Shaun Swiger (Kneafsey & Friend LLP); Joe Re, Michelle Armond (Knobbe Martens Olson & Bear LLP); Michael E. Joffre (Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.)

___

01/29/15　　　　　　　　　　　　　　　/s/ Michael E. Joffre
Date　　　　　　　　　　　　　　　　　Signature of counsel

　　　　　　　　　　　　　　　　　　　Michael E. Joffre
　　　　　　　　　　　　　　　　　　　Printed name of counsel

Please Note: All questions must be answered
cc: Counsel of Record

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jan 29, 2015 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Michael E. Joffre | /s/ Michael E. Joffre |
| Name of Counsel | Signature of Counsel |

Law Firm: Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

Address: 1615 M Street NW, Suite 400

City, State, ZIP: Washington, DC 20036

Telephone Number: (202) 326-7952

FAX Number: (202) 326-7999

E-mail Address: mjoffre@khhte.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.