UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

No. 2014–1393

EON CORP. IP HOLDINGS LLC,

                              Plaintiff–Appellant,

v.

FLO TV INCORPORATED,

                              Defendants–Appellees.

**APPELLANT'S UNOPPOSED MOTION TO EXTEND
ITS DEADLINE FOR FILING ITS OPENING BRIEF**

    Pursuant to Fed. R. App. P. 26(b) and Federal Circuit Rule 26(b), Appellant moves to extend its deadline for filing its opening brief by thirty (30) days, from the current deadline of June 2, 2014, to July 2, 2014. Counsel for Appellant and Appellees have conferred and Appellees consent to this thirty-day extension. Appellant's request for an extension is made necessary by conflicting deadlines in other ongoing litigation matters by Appellant's primary counsel as well as the extensive record on appeal in this case. (Declaration of John L. Hendricks.) This is Appellant's first request for an extension of time. Appellant respectfully requests that this motion to extend the deadline to file its opening brief be granted.

Appellant also notes that this Unopposed Motion To Extend is being filed concurrently with an Unopposed Motion To Consolidate this case with *EON Corp. IP Holdings LLC v. AT&T Mobility LLC*, No. 14–1392. Appellant has reached an agreement with all Appellees in both cases to consolidate and extend its opening brief deadline; thus, in the *AT&T* case, Appellant is concurrently filing an Unopposed Motion To Extend that mirrors this one.

/s/  John L. Hendricks

John L. Hendricks
Reed & Scardino LLP
301 Congress Ave., Ste. 1250
Austin, Texas 78701
512-615-5792
jhendricks@reedscardino.com

May 5, 2014

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

EON Corp. IP Holdings LLC　　v.　FLO TV Incorporated

No. 14-1393

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) EON Corp. IP Holdings LLC certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

EON Corp. IP Holdings LLC

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

EON Corp. IP Holdings LLC is the real party in interest.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

EON Corp. IP Holdings LLC is a wholly owned subsidiary of EON Corporation.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Reed & Scardino LLP: Daniel Scardino, Steven P. Tepera, Craig S. Jepson, Chad Ennis, John L. Hendricks, Mark W. Halderman, Rola Daaboul, Dominique G. Stafford, Joshua G. Jones, Matthew Murrell, Cabrach Connor, Jeffery Johnson, Jeff W. Moles, Jason Deats; Fox Rothschild LLP: Gregory B. Williams.

May 5, 2014　　　　　　　　　　　　　　/s/ John L. Hendricks
　　　Date　　　　　　　　　　　　　　　　　Signature of counsel
　　　　　　　　　　　　　　　　　　　　John L. Hendricks
　　　　　　　　　　　　　　　　　　　　Printed name of counsel

Please Note: All questions must be answered
cc: _____

# **CERTIFICATE OF SERVICE**

I certify that on May 5, 2014, I caused the foregoing document to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit through the Court's CM/ECF system, which will send notification of such filing to all registered participants. I also certify that I have caused copies to be served on the following via United States First Class Mail.

     /s/  John L. Hendricks

John L. Hendricks
Reed & Scardino LLP
301 Congress Ave., Ste. 1250
Austin, Texas 78701
512-615-5792
jhendricks@reedscardino.com

Counsel for Plaintiff–Appellant

May 5, 2014

Richard L. Horwitz
Email: rhorwitz@potteranderson.com
POTTER ANDERSON & CORROON, LLP
1313 N. Market Street
Hercules Plaza, 6th Flr.
Wilmington, DE 19899-0951
***Attorney for Flo TV Incorporated and Qualcomm, Inc.***

Brian E. Farnan
Email: bfarnan@farnanlaw.com
FARNAN LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801
***Attorney for MobiTV, Inc.***

Steven J. Fineman
Email: fineman@rlf.com
RICHARDS, LAYTON & FINGER, PA
One Rodney Square, 920 N. King Street
Wilmington, DE 19801
***Attorney for U.S. Cellular Corporation***

Jack B. Blumenfeld
Email: jblumenfeld@mnat.com
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
***Attorney for Motorola Mobility LLC***

Jaideep Venkatesan
Email: jvenkatesan@be-law.com
Daniel J. Bergeson
Email: dbergeson@be-law.com
BERGESON, LLP
303 Almaden Blvd., Suite 500
San Jose, CA 95110-2712

Lauren E. Maguire
Email: lmaguire@ashby-geddes.com
Steven J. Balick
Email: sbalick@ashby-geddes.com
Andrew Colin Mayo
Email: amayo@ashby-geddes.com
ASHBY & GEDDES, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
***Attorneys for LetsTalk.com***