Appeal No. 2013-1564

# United States Court of Appeals
*for the*
# Federal Circuit

SCA HYGIENE PRODUCTS AKTIEBOLAG
and SCA PERSONAL CARE, INC.,

*Plaintiffs-Appellants,*

– v. –

FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY HYGIENIC,
INC., FIRST QUALITY PRODUCTS, INC., and FIRST QUALITY RETAIL
SERVICES, LLC,

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF KENTUCKY IN CASE NO. 10-CV-0122,
CHIEF JUDGE JOSEPH H. MCKINLEY, JR.

**MEDINOL LTD.'S UNOPPOSED MOTION FOR LEAVE TO
FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PETITION
FOR REHEARING AND REHEARING
*EN BANC* OF PLAINTIFFS-APPELLANTS**

RICHARD L. DELUCIA
ELIZABETH A. GARDNER
MARK A. CHAPMAN
A. ANTONY PFEFFER
ERIC T. SCHREIBER
KENYON & KENYON LLP
One Broadway
New York, New York 10004
(212) 425-7200

*Attorneys for* Amicus Curiae
*Medinol Ltd.*

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.1 and Federal Rule of Appellate Procedure 26.1, counsel for *Amicus Curiae* Medinol Ltd. certifies the following:

1. The full name of every party or amicus represented by us:

    Medinol Ltd.

2. The name of the real party in interest if the party named in the caption is not the real party in interest:

    Not applicable.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party represented by us:

    Zuli Holdings Ltd.

4. The names of all law firms and the partners and associates that have appeared for the party now represented by us in the trial court or agency, or are expected to appear in this Court:

    <u>Kenyon & Kenyon LLP</u>: Richard L. DeLucia, Elizabeth A. Gardner, Mark A. Chapman, A. Antony Pfeffer, Eric T. Schreiber, and Caryn Harsche Cross

    <u>Of counsel</u>: Arthur R. Miller and Richard H. Pildes


Dated: October 29, 2014         /s/ Richard L. DeLucia
                                Richard L. DeLucia
                                KENYON & KENYON LLP
                                *Attorney for Medinol Ltd.*

Medinol Ltd. hereby respectfully moves this Court pursuant to Rule 35(g) of the Federal Circuit Rules for an Order granting leave to file the accompanying brief as *amicus curiae* in support of Appellants' Petition for Rehearing *En Banc* in the above-captioned appeal.

Counsel for Medinol has contacted counsel for Plaintiff-Appellants SCA Hygiene Aktiebolag and SCA Personal Care, Inc. ("SCA Hygiene") and counsel for Defendants-Appellees First Quality Baby Products, LLC, First Quality Hygienic, Inc., First Quality Products, Inc., And First Quality Retail Services, LLC ("First Quality"), to determine whether SCA Hygiene and First Quality consent to Medinol filing a brief as *amicus curiae*. Both SCA Hygiene and First Quality have indicated that they consent to the filing of the brief.

Medinol's *amicus curiae* brief supports SCA Hygiene. In particular, Medinol's brief presents reasons that this Court should grant *en banc* review to consider whether this Court's precedent relating to laches in patent infringement cases, in particular *A.C. Aukerman Co. v. R.L. Chaides Construction Co.*, 960 F.2d 1020 (Fed. Cir. 1992), is still good law in light of the Supreme Court's recent decision in *Petrella v. Metro-Goldwyn-Mayer, Inc.*, 134 S. Ct. 1962 (2014).

Medinol's motion for leave to file a brief as *amicus curiae* satisfies the requirements of Rule 29(b) of the Federal Rules of Appellate Procedure.

First, Medinol has an interest in this appeal. Medinol is the appellant in Appeal No. 15-1027 in this Court. Medinol's claims for patent infringement in the U.S. District Court for the Southern District of New York were dismissed after the district court concluded, following a four-day bench trial, that laches barred Medinol's damages claims. After *Petrella* was decided, Medinol sought relief from the judgment under Federal Rule of Civil Procedure 60(b)(6). Specifically, Medinol argued that the law had changed shortly after judgment, and that laches was no longer a viable defense to Medinol's claims, which were predicated on infringement occurring within the six-year damages limitation period of 35 U.S.C. § 286. Relying entirely on the panel decision in the instant appeal, the district court denied Medinol's request.

Second, consideration of Medinol's brief is desirable because it presents certain new arguments not made in SCA Hygiene's Petition, and will therefore provide the Court with a more complete perspective on the issues on appeal.

Finally, Medinol's brief addresses matters that are relevant to the disposition of this appeal because the brief squarely addresses issues raised by SCA Hygiene in its appeal and petition for rehearing *en banc*.

Medinol respectfully requests that the Court grant this unopposed motion to file the accompanying Brief of *Amicus Curiae* Medinol Ltd. in Support of Appellants' Petition for Rehearing *en Banc*.

The proposed brief and a proposed form of Order are submitted herewith.

                                                                                     Respectfully submitted,

Dated:  October 29, 2014                                         /s/ Richard L. DeLucia
                                                                                      Richard L. DeLucia
                                                                                      Elizabeth A. Gardner
                                                                                      Mark A. Chapman
                                                                                      A. Antony Pfeffer
                                                                                      Eric T. Schreiber
                                                                                      KENYON & KENYON LLP
                                                                                      One Broadway
                                                                                      New York, NY 10004-1007
                                                                                      (212) 425-7200

                                                                                      *Attorneys for Medinol Ltd.*

Appeal No. 2013-1564

# United States Court of Appeals
*for the*
# Federal Circuit

———◆◆———

SCA HYGIENE PRODUCTS AKTIEBOLAG
and SCA PERSONAL CARE, INC.,

*Plaintiffs-Appellants,*

– v. –

FIRST QUALITY BABY PRODUCTS, LLC, FIRST QUALITY HYGIENIC, INC., FIRST QUALITY PRODUCTS, INC., and FIRST QUALITY RETAIL SERVICES, LLC,

*Defendants-Appellees.*

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY IN CASE NO. 10-CV-0122,
CHIEF JUDGE JOSEPH H. MCKINLEY, JR.

**[PROPOSED] ORDER GRANTING MEDINOL LTD.'S UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PETITION FOR REHEARING AND REHEARING *EN BANC* OF PLAINTIFFS-APPELLANTS**

Medinol Ltd., having moved for leave to file a brief as *amicus curiae* in support of the Combined Petition for Panel Rehearing and Rehearing *En Banc* filed by Appellants SCA Hygiene Products, Aktiebolag, and SCA Personal Care, Inc., filed on October 15, 2014, and for good cause,

    IT IS on this _____ day of _____, 2014,

    ORDERED that Medinol's unopposed motion for leave to file a brief as *amicus curiae* is GRANTED.

                                                                        _____

CERTIFICATE OF FILING AND SERVICE

I, Robyn Cocho, hereby certify pursuant to Fed. R. App. P. 25(d) that, on October 29, 2014 the foregoing Medinol Ltd.'s Unopposed Motion for Leave to File Amicus Curiae Brief in Support of Petition for Rehearing and Rehearing En Banc of Plaintiffs-Appellants was filed through the CM/ECF system and served electronically on the individual listed below:

Martin J. Black (martin.black@dechert.com)
Kevin M. Flannery (kevin.flannery@dechert.com)
Teri-Lynn A. Evans (teri-lynn.evans@dechert.com)
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000
Attorneys for Plaintiffs-Appellants


Kenneth P. George (kgeorge@arelaw.com)
Charles R. Macedo (cmacedo@arelaw.com)
Mark Berkowitz (mberkowitz@arelaw.com)
Amster Rothstein & Ebenstein LLP
90 Park Avenue
New York, NY 10016
(212) 336-8000
Attorneys for Defendants-Appellees


/s/ Robyn Cocho
Robyn Cocho