2015-1030, -1031, -1032, -1035, -1036

_____

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
_____

MORRIS REESE,
*Plaintiff-Appellant*,

v.

SPRINT NEXTEL CORPORATION,
*Defendant-Appellee*.

2015-1030

_____

Appeal from the United States District Court for the Central District of California in Case No. 2:13-cv-5199, Judge Otis D. Wright, II

_____

MORRIS REESE,
*Plaintiff-Appellant*,

v.

TRACFONE WIRELESS, INC., erroneously sued as Tracfone Wireless Services Inc.
*Defendant-Appellee*.

2015-1031

_____

Appeal from the United States District Court for the Central District of California in Case No. 2:13-cv-5199, Judge Otis D. Wright, II

_____

___

MORRIS REESE,
       *Plaintiff-Appellant*,

v.

T-MOBILE USA, INC.,
       *Defendant-Appellee*.

2015-1032
___

Appeal from the United States District Court for the Central District of California in Case No. 2:13-cv-5199, Judge Otis D. Wright, II
___

MORRIS REESE,
       *Plaintiff-Appellant*,

v.

VERIZON WIRELESS SERVICES LLC, erroneously sued as Cellco Partnership d/b/a Verizon Wireless
       *Defendant-Appellee*.

2015-1035
___

Appeal from the United States District Court for the Central District of California in Case No. 2:13-cv-5199, Judge Otis D. Wright, II
___

_____

MORRIS REESE,
           *Plaintiff-Appellant*,

v.

AT&T MOBILITY II LLC,
           *Defendant-Appellee*.

2015-1036

_____

Appeal from the United States District Court for the Central District of California in Case No. 2:13-cv-5199, Judge Otis D. Wright, II

_____

**UNOPPOSED MOTION OF SPRINT NEXTEL, TRACFONE WIRELESS, T-MOBILE USA, VERIZON WIRELESS, AND AT&T MOBILITY II FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26 and Federal Circuit Rule 26(b), Appellees Sprint Nextel Corporation, TracFone Wireless, Inc., T-Mobile USA, Inc., Verizon Wireless Services LLC, and AT&T Mobility II LLC (collectively, "Appellees") in the above-captioned consolidated appeals hereby move for an extension of time to file their response brief. Appellees' brief is currently due January 7, 2016. Appellees seek a 14-day extension to January 21, 2016. Appellees have notified Appellant Morris Reese of their intent to seek an extension, and Mr. Reese indicated that he does not oppose this motion and does not intend to file a response.

Appellees have good cause to request this short extension, owing to upcoming deadlines in other cases being litigated by counsel and because of the intervening end-of-year holidays. This is the first extension that Appellees have requested.

Respectfully submitted,

/s/ Jay E. Heidrick
Jay E. Heidrick
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone: (816) 572-4765
*Counsel for Defendant-Appellee*
*Sprint Nextel Corporation*

/s/ Vincent J. Galluzzo
Michael J. Songer
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
*Counsel for Defendant-Appellees*
*AT&T Mobility II LLC and*
*TracFone Wireless, Inc.*

/s/ John Christopher Rozendaal
John Christopher Rozendaal
KELLOGG, HUBER, HANSEN, TODD
    EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
*Counsel for Defendant-Appellee*
*Verizon Wireless Services LLC*

/s/ Greer N. Shaw
Greer N. Shaw
HAGENS BERMAN SOBOL
  SHAPIRO LLP
301 N. Lake Ave. #203
Pasadena, California 91101
Telephone: (213) 330-7145
*Counsel for Defendant-Appellee*
*T-Mobile USA, Inc.*

December 30, 2015

# CERTIFICATE OF INTEREST

Counsel for Sprint Nextel Corporation certifies the following:

1.  The full name of every party represented by the undersigned counsel in this matter is:

Sprint-Nextel Corporation, Inc.

2.  The real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by the undersigned counsel in this matter is:

Sprint Communications, Inc.; Sprint Spectrum, L.P.

3.  All parent companies and any publicly held companies that own 10% or more of the stock of the parties represented by the undersigned counsel in this matter are:

SoftBank Corporation.

4.  The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

Jay E. Heidrick
Russell S. Jones, Jr.
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 572-4765 (telephone)
(816) 753-1536 (facsimile)
jheidrick@polsinelli.com

George B. Newhouse, Jr.
Henry L. Whitehead
BROWN WHITE & NEWHOUSE, LLP
333 W. Hope Street, 40th Floor
Los Angeles, California 90071
(213) 613-0500 (telephone)
(213) 613-0550 (facsimile)

Wesley D. Hurst
POLSINELLI PC
2049 Century Park East
Suite 2300
Los Angeles, California 90067
(310) 556-1801 (telephone)
(310) 556-1802 (facsimile)
whurst@polsinelli.com

Dated:  December 30, 2015            Respectfully submitted,

/s/ Jay E. Heidrick
Jay E. Heidrick
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112-1895
Telephone:  (816) 572-4765
Facsimile:  (816) 753-1536
E-mail:  jheidrick@polsinelli.com

*Counsel for Defendant-Appellee*
*Sprint Nextel Corporation*

## CERTIFICATE OF INTEREST

Counsel for TracFone Wireless, Inc. certifies the following:

1.      The full name of every party represented by the undersigned counsel in this matter is:

TracFone Wireless, Inc.

2.      The real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by the undersigned counsel in this matter is:

TracFone Wireless, Inc.

3.      All parent companies and any publicly held companies that own 10% or more of the stock of the parties represented by the undersigned counsel in this matter are:

TracFone Wireless, Inc. is majority owned by AMX USA Holding, S.A. de C.V., which is owned by Sercotel, S.A. de C.V., which is a subsidiary of América Móvil, S.A.B. de C.V., a publicly held foreign corporation.

4.      The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

Michael J. Songer, Kathleen Balderrama, and Vincent Galluzzo of

Crowell & Moring LLP; Sharon A. Israel, Trenton L. Menning, and Evan M. Wooten of Mayer Brown LLP.

Dated:  December 30, 2015    Respectfully submitted,

/s/ Vincent J. Galluzzo
Michael J. Songer
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone:  (202) 624-2500
E-mail:  msonger@crowell.com
E-mail:  vgalluzzo@crowell.com

Sharon A. Israel
MAYER BROWN LLP
700 Louisiana Street, Suite 3400
Houston, Texas 77002
Telephone:  (713) 238-2630
E-mail:  sisrael@mayerbrown.com

*Counsel for Defendant-Appellee TracFone Wireless, Inc.*

## CERTIFICATE OF INTEREST

Counsel for T-Mobile USA, Inc. certifies the following:

1.     The full name of every party represented by the undersigned counsel in this matter is:

T-Mobile USA, Inc.

2.     The real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by the undersigned counsel in this matter is:

None.

3.     All parent companies and any publicly held companies that own 10% or more of the stock of the parties represented by the undersigned counsel in this matter are:

T-Mobile USA, Inc., a Delaware corporation, is a wholly owned subsidiary of T-Mobile US, Inc., a Delaware corporation.  T-Mobile US, Inc. (NYSE: TMUS) is a publicly traded company listed on the New York Stock Exchange ("NYSE").  Deutsche Telekom Holding B.V., a limited liability company (besloten vennootschap met beperkte aansprakelijkheidraies) organized and existing under the laws of the Netherlands ("DT B.V."), owns more than 10% of the shares of T-Mobile US, Inc.  DT B.V. is a direct wholly owned subsidiary of T-Mobile Global Holding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the

Federal Republic of Germany ("Holding"). Holding is in turn a direct wholly owned subsidiary of T-Mobile Global Zwischenholding GmbH, a Gesellschaft mit beschränkter Haftung organized and existing under the laws of the Federal Republic of Germany ("Global"). Global is a direct wholly owned subsidiary of Deutsche Telekom AG, an Aktiengesellschaft organized and existing under the laws of the Federal Republic of Germany ("Deutsche Telekom"). The principal trading market for Deutsche Telekom's ordinary shares is the Frankfurt Stock Exchange. Deutsche Telekom's ordinary shares also trade on the Berlin, Düsseldorf, Hamburg, Hannover, München and Stuttgart stock exchanges in Germany. Deutsche Telekom's American Depositary Shares ("ADSs"), each representing one ordinary share, trade on the OTC market's highest tier, OTCQX International Premier (ticker symbol: "DTEGY").

4. The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

Greer N. Shaw; Marjorie A. Witter; Will Wong; and Trisha Farmer (of Snell & Wilmer L.L.P. and Hagens Berman Sobol Shapiro LLP)

Dated:  December 30, 2015   Respectfully submitted,

<p style="margin-left:50%">/s/ Greer N. Shaw<br>
Greer N. Shaw<br>
HAGENS BERMAN SOBOL<br>
 SHAPIRO LLP<br>
301 N. Lake Ave. #203<br>
Pasadena, California 91101<br>
Telephone:  (213) 330-7145<br>
E-mail:  gshaw@hbsslaw.com</p>

T

*Counsel for Defendant-Appellee T-Mobile USA, Inc.*

## CERTIFICATE OF INTEREST

Counsel for Verizon Wireless Services LLC certifies the following:

1.      The full name of every party represented by the undersigned counsel in this matter is:

Verizon Wireless Services LLC (which is incorrectly included on the caption); Cellco Partnership d/b/a Verizon Wireless.

2.      The real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by the undersigned counsel in this matter is:

Verizon Wireless Services, LLC; Cellco Partnership d/b/a Verizon Wireless.

3.      All parent companies and any publicly held companies that own 10% or more of the stock of the parties represented by the undersigned counsel in this matter are:

Verizon Communications Inc.

4.      The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

Kevin P. Anderson, Matthew J. Dowd, Karin A. Hessler; Wiley Rein LLP, 1776 K Street, N.W., Washington, D.C. 20006;

George B. Newhouse, Henry Whitehead; Brown White and Newhouse LLP, 333 South Hope Street, 40th Floor, Los Angeles, California 90071;

John Christopher Rozendaal, Melanie L. Bostwick; Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036;

Aaron M. Panner; Law Office of Aaron M. Panner, P.L.L.C., 1615 M Street, N.W., Suite 400, Washington, D.C. 20036.

Dated: December 30, 2015

Respectfully submitted,

<u>/s/ John Christopher Rozendaal</u>
John Christopher Rozendaal
KELLOGG, HUBER, HANSEN, TODD,
   EVANS & FIGEL, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: jrozendaal@khhte.com
E-mail: mbostwick@khhte.com

Aaron M. Panner
LAW OFFICE OF AARON M. PANNER,
   P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7921
Facsimile: (202) 326-7999
E-mail: apanner@pannerlaw.com

*Counsel for Defendant-Appellee*
*Verizon Wireless Services LLC*

# CERTIFICATE OF INTEREST

Counsel for AT&T Mobility II LLC certifies the following:

1.     The full name of every party represented by the undersigned counsel in this matter is:

AT&T Mobility II LLC

2.     The real party-in-interest (if the party named in the caption is not the real party-in-interest) represented by the undersigned counsel in this matter is:

AT&T Mobility II LLC

3.     All parent companies and any publicly held companies that own 10% or more of the stock of the parties represented by the undersigned counsel in this matter are:

AT&T Mobility LLC, Centennial Communications Corp., New Cingular Wireless Services, Inc., BellSouth Mobile Data, Inc., and AT&T, Inc.

4.     The names of all law firms and the partners or associates that appeared for the party now represented by me in the trial court or agency or are expected to appear in this Court are:

Michael J. Songer, Kathleen Balderrama, and Vincent Galluzzo of Crowell & Moring LLP.

Dated: December 30, 2015        Respectfully submitted,

/s/ Vincent J. Galluzzo
Michael J. Songer
Vincent J. Galluzzo
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
E-mail: msonger@crowell.com
E-mail: vgalluzzo@crowell.com

*Counsel for Defendant-Appellee*
*AT&T Mobility II LLC*

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 30, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| John Christopher Rozendaal | /s/ John Christopher Rozendaal |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. |
| Address | 1615 M Street NW, Suite 400 |
| City, State, Zip | Washington, DC  20036 |
| Telephone Number | 202-326-7985 |
| Fax Number | 202-326-7999 |
| E-Mail Address | jrozendaal@khhte.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields