# GOLDSTEIN & RUSSELL, P.C.

7475 Wisconsin Ave.
Suite 850
Bethesda, MD  20814

December 30, 2014

Hon. Daniel E. O'Toole,
  Circuit Executive & Clerk of Court
United States Court of Appeals
  for the Federal Circuit
717 Madison Place NW
Washington, DC  20439

Re: *Intellectual Ventures II LLC v. JP Morgan Chase & Co.*, No. 14-1724

Dear Admiral O'Toole,

Pursuant to FRAP 28(j), Plaintiff-Appellee writes to update the Court on the present posture of the five patents-in-suit at the PTAB,[1] including developments subsequent to appellee's brief, tendered October 20, 2014.

   **1.  Patent No. 6,314,409**.  JPMC has petitioned for CBM review of the '409 patent.  No institution decision has been made; the decision is due January 11, 2015.  Two non-party IPR petitions were denied on September 22, 2014 (IPR2014-00672; IPR2014-00673).  Two additional non-party IPR petitions were denied on all claims except claim 23 on October 24, 2014, and IV has since cancelled that claim (IPR2014-00719; IPR2014-00722).  No PTAB trial proceedings are pending on any of the '409 patent's asserted claims.

   **2.  Patent No. 6,715,084**.  JPMC has not sought CBM review of the '084 patent.  On October 30 and December 1, 2014, the PTAB denied two non-party IPR petitions outright (IPR2014-00681; IPR2014-00793), and granted two others only in part (IPR2014-00682; IPR2014-00801).  Only claims 26, 28, and 30-33 are subject to instituted IPR proceedings, which are unlikely to conclude before mid-2016.  IPR was denied and there are no pending petitions or trial proceedings on asserted claims 1-2, 4-7, 9, 12-14, 16-17, 19-20, 22-24, and 27.

   **3.  Patent No. 5,745,574**.  JPMC has petitioned for CBM review of the '574 patent.  No institution decision has been made; the decision is due January 18, 2015.  Three non-party IPR petitions were granted on October 20, November 6, and December 18, 2014 (IPR2014-00660, IPR2014-00724; IPR2014-01410).  These IPR trial proceedings are unlikely to conclude before mid-2016.

---

[1]   For further information or updates, the PTAB system can be searched by docket or patent number at https://ptabtrials.uspto.gov/.

**4. Patent No. 6,826,694**. JPMC has not sought CBM review of the '694 patent. Two non-party IPR petitions were granted on September 24, 2014. (IPR2014-00587; IPR2014-00786). An additional non-party IPR petition is pending, with an institution decision due March 9, 2015. (IPR2014-01465). Trial proceedings are unlikely to conclude before 2016.

**5. Patent No. 7,634,666**. JPMC has not sought CBM review of the '666 patent. A non-party IPR petition was granted on April 16, 2014. (IPR2014-00180). Trial proceedings are unlikely to conclude before late 2015.

Very truly yours,

/s/ *Eric F. Citron*
Eric F. Citron
Counsel for Intellectual Ventures

GOLDSTEIN & RUSSELL, PC
7475 Wisconsin Avenue
Suite 850
Bethesda, MD  20814
ecitron@goldsteinrussell.com