# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 300 North LaSalle<br>Chicago, Illinois  60654 |  |
|---|---|---|
| Kenneth R. Adamo<br>To Call Writer Directly:<br>(312) 862-2671<br>kenneth.adamo@kirkland.com | (312) 862-2000<br><br>www.kirkland.com | Facsimile:<br>(312) 862-2200 |

December 31, 2015

**Via ECF**

Daniel E. O'Toole
Circuit Executive and Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Intellectual Ventures II LLC v. JPMorgan Chase & Co.*, **No. 14-1724**

Dear Admiral O'Toole:

JPMC hereby responds to IV's update on the status of the PTAB proceedings, Dkt. No. 70-1.

*First*, it is irrelevant whether JPMC petitioned for CBMR review of all the patents-at-issue, or whether the PTAB granted JPMC's CBMR petitions.  The question before this Court is whether the District Court correctly applied the stay factors articulated in Section 18 of the AIA in light of the numerous CBMR and IPR proceedings.  IV's update only highlights that the PTAB instituted the majority of the IPR petitions, and already simplified the case by forcing IV to cancel a previously asserted claim.

*Second*, IV improperly calculated when the PTAB trial proceedings were likely to conclude.  35 U.S.C. § 316(a)(11) requires the PTAB issue a final determination "not later than 1 year after the date on which the Director notices the institution of a review," unless the Director finds good cause to extend the deadline for, at most, six months.  IV apparently made an <u>unstated</u> assumption that the Director will find "good cause" to extend the deadline a full six months in <u>every proceeding</u>.  This is highly unlikely, and IV provides no justification for such an assumption.

The table below accurately lists the status of the current PTAB proceedings, all of which are likely to conclude in 2015 or early 2016.

# KIRKLAND & ELLIS LLP

Daniel E. O'Toole
December 31, 2014
Page 2

| Pat. | Case | Institution Result | Expected Date of Final Decision |
|---|---|---|---|
| '666 | IPR2014-00180 | All asserted claims | 4/16/2015 |
| '694 | IPR2014-00587 | All asserted claims | 9/24/2015 |
| '694 | IPR2014-00786 | All asserted claims | 9/24/2015 |
| '574 | IPR2014-00660 | All asserted claims | 10/20/2015 |
| '084 | IPR2014-00682 | Claims 26, 28, and 30-33 | 10/30/2015 |
| '574 | IPR2014-00724 | All asserted claims | 11/6/2015 |
| '084 | IPR2014-00801 | Claims 26, 28, and 30-33 | 12/1/2015 |
| '574 | IPR2014-01410 | All asserted claims | 12/18/2015 |
| '409 | CBM2014-00157 | Pending<br><br>Decision due February 3, 2015 | 2/3/2016 |
| '574 | CBM2014-00160 | Pending<br><br>Decision due February 3, 2015 | 2/3/2016 |
| '694 | IPR2014-01465 | Pending<br><br>Decision due March 18, 2015 | 3/18/2016 |
| '409 | IPR2014-00672 | Denied | N/A |
| '409 | IPR2014-00673 | Denied | N/A |
| '084 | IPR2014-00681 | Denied | N/A |
| '409 | IPR2014-00719 | Claim 23 | N/A |

## KIRKLAND & ELLIS LLP

Daniel E. O'Toole
December 31, 2014
Page 3

| Pat. | Case | Institution Result | Expected Date of Final Decision |
|------|------|--------------------|--------------------------------|
|      |      |                    | (IV subsequently cancelled claim 23) |
| '409 | IPR2014-00722 | Claim 23 | N/A<br><br>(IV subsequently cancelled claim 23) |
| '084 | IPR2014-00793 | Denied | N/A |

    Sincerely,

    */s/ Kenneth R. Adamo*

    Kenneth R. Adamo
    *Counsel for Appellants*