# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Reese  v.  Sprint Nextel Corporation

No. 15-1030, 15-1031

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for:  TracFone Wireless, Inc.
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Trenton Menning |
| Law firm: | Mayer Brown LLP |
| Address: | 700 Louisiana Street, Suite 3400 |
| City, State and ZIP: | Houston, TX  77002 |
| Telephone: | 713-238-3000 |
| Fax #: | 713-238-4621 |
| E-mail address: | tmenning@mayerbrown.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 8/13/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 19, 2016                   /s/ Trenton Menning
Date                                Signature of pro se or counsel

cc: All Counsel of Record

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | January 19, 2016
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Trenton Menning | /s/ Trenton Menning |
| Name of Counsel | Signature of Counsel |

Law Firm: Mayer Brown LLP

Address: 700 Louisiana Street, Suite 3400

City, State, ZIP: Houston, TX 77002

Telephone Number: 713-238-3000

FAX Number: 713-238-4621

E-mail Address: tmenning@mayerbrown.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.