Appeal Nos. 2014-1139, -1142, -1144

# IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ARIOSA DIAGNOSTICS, INC., NATERA, INC., AND VERINATA HEALTH, INC.,
*Plaintiffs-Appellees*,

AND

DNA DIAGNOSTICS CENTER, INC.,
*Counterclaim Defendant-Appellee,*

AND

THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY
*Plaintiff*,

v.

SEQUENOM, INC., AND SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC,
*Defendants-Appellants*,

AND

ISIS INNOVATION LIMITED,
*Defendant.*

Appeal from the United States District Court
for the Northern District of California, Judge Susan Illston

## JOINT MOTION FOR REMAND FOLLOWING DISTRICT COURT'S INDICATIVE RULING PURSUANT TO FRAP 12.1

Michael J. Malecek
Peter E. Root
KAYE SCHOLER, LLP
Two Palo Alto Square, Suite 400
3000 El Camino Real
Palo Alto, California 94302
Telephone: (650) 319-4500
Facsimile: (650) 319-4700
Attorneys for *Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC*

Edward R. Reines
Derek C. Walter
Michele A. Gauger
Anant N. Pradhan
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel. (650) 802-3000
*Attorneys for Verinata Health Inc.*

Pursuant to Federal Rule of Appellate Procedure 12.1, Appellees Verinata Health, Inc. ("Verinata") and Appellants Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC (collectively, "Sequenom") request a remand of Appeal No. 2014-1142 so that the district court can vacate its prior judgment and thereby effectuate the parties' settlement of claims related to U.S. Patent No. 6,258,540.

The parties respectfully submit that good cause exists for the requested remand. Following extensive discussions, Verinata and Sequenom have reached an agreement that, among other matters, settles their dispute with regard to U.S. Patent No. 6,258,540 and resolves Appeal No. 2014-1142. The settlement does not affect Sequenom's continuing appeals in Appeals Nos. 14-1139 and 14-1144, which raise the same issue as in this Appeal concerning the validity of the '540 patent. To achieve this end, on December 8, 2014, the parties filed a stipulated motion in the district court seeking an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 on whether the district court would grant a Rule 60(b) motion to vacate the judgment invalidating the '540 patent with respect only to the parties in Appeal No. 14-1142.

On December 18, 2014 the district court granted the Rule 62.1 motion. The district court stated that it would grant a Rule 60(b) motion to vacate its prior judgment if the Federal Circuit remanded this case for that purpose. A copy of the district court's order is attached.

Accordingly, the parties request that the Court remand Appeal No. 14-1142 to the district court to consider entry of an order vacating the judgment that is the subject of this appeal. *See Karl Storz Imaging, Inc. v. Pointe Conception Medical, Inc.*, 471 Fed. Appx. 904 at *1 (Fed. Cir. July 16, 2012). Nothing in this remand shall have any effect on Appeals Nos. 14-1139 and 14-1144, which remain consolidated for a decision on the merits by this Court.

| | |
|---|---|
| Dated: December 23, 2014 | /s/ *Edward R. Reines* |
| | Edward R. Reines |
| | Derek C. Walter |
| | Michele A. Gauger |
| | Anant N. Pradhan |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | (650) 802-3000 |
| | *Attorneys for Plaintiff-Appellee Verinata Health Inc.* |
| | |
| | /s/ *Michael J. Malecek* |
| | Michael J. Malecek |
| | Peter E. Root |
| | KAYE SCHOLER LLP |
| | Two Palo Alto Square, Suite 400 |
| | 3000 El Camino Real |
| | Palo Alto, California 94302 |
| | Telephone: (650) 319-4500 |
| | Facsimile: (650) 319-4700 |
| | Attorneys for *Sequenom, Inc. and Sequenom center for Molecular Medicine, LLC* |

# **CERTIFICATE OF INTEREST**

Counsel for Plaintiff/Counterclaim Defendant-Appellee Verinata Health, Inc., and Plaintiff, The Board of Trustees of the Leland Stanford Junior University, certifies as follows:

1. The full name of every party or amicus represented by us is:

   Verinata Health, Inc.

2. The name of the real party in interest represented by us is:

   Verinata Health, Inc.

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   Formerly known as Artemis Health Inc., Verinata Health, Inc., is a wholly owned subsidiary of Illumina, Inc. Illumina, Inc., is traded under the symbol "ILMN."

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

   Edward R. Reines
   Derek C. Walter
   Michele A. Gauger
   Anant N. Pradhan
   Aaron Y. Huang
   WEIL, GOTSHAL & MANGES LLP

Dated: December 23, 2014　　　　　/s/ *Edward R. Reines*

# CERTIFICATE OF INTEREST

Counsel for Defendants/Appellants Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC certifies as follows

1. The full name of every party or amicus represented by us is:

   Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC

2. The name of the real party in interest represented by us is:

   Not applicable.

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   None.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

   Kaye Scholer LLP: Michael J. Malecek, Peter E. Root, Stephen C. Holmes, Aton Arbisser, Gary Ross Allen, Hanna Cohen, Robert Estrin, and Lily Robinton.

Dated:  December 23, 2014             /s/ *Michael J. Malecek*

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that on December 23, 2014, I served the foregoing via the Court's CM/ECF system on the principal attorneys for each party.

Dated:  December 24, 2014      */s/ Michael J. Malecek*

                                            Michael J. Malecek
                                            KAYE SCHOLER LLP
                                            Two Palo Alto Square
                                            3000 El Camino Real, Suite 400
                                            Palo Alto, California 94306
                                            (650) 319-4500