WEIL, GOTSHAL  MANGES LLP
Edward R. Reines (135960)
(edward.reines@weil.com)
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiffs and Counterclaim-
Defendants
VERINATA HEALTH, INC. and
THE BOARD OF TRUSTEES OF THE
LELAND STANFORD JUNIOR UNIVERSITY

KAYE SCHOLER LLP
Michael J. Malecek (171034)
(michael.malecek@kayescholer.com)
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306
Telephone:     (650) 319-4500
Facsimile:     (650) 319-4700

Attorneys for Defendants and Counterclaim-
Plaintiffs
SEQUENOM, INC. and
SEQUENOM CENTER FOR MOLECULAR
MEDICINE LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| VERINATA HEALTH, INC., and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case No. 12-cv-00865-SI |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION FOR INDICATIVE RULING PURSUANT TO RULE 62 1** |
| v. | |
| CHINESE UNIVERSITY HONG KONG, | Hon. Susan Illston |
| Defendant, | |
| and | |
| SEQUENOM, INC., and SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC, | |
| Defendants/Counterclaim-Plaintiffs, | |
| v. | |
| VERINATA HEALTH, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | |
| Counterclaim-Defendants, | |
| and | |
| ISIS INNOVATION LIMITED, | |
| Nominal Counterclaim-Defendant. | |

Having considered the Joint Stipulated Motion For Indicative Ruling, the Court finds that the Motion should be GRANTED. Therefore, the Court indicates that it would grant a motion to vacate its judgment in Dkt. No. 150 if the Federal Circuit remands the appeal of this judgment to allow the parties to file a joint motion requesting vacatur pursuant to Rule 60(b).

IT IS SO ORDERED.

DATED: 12/18/14

_____

UNITED STATES DISTRICT JUDGE