# PART II OF II OF NONCONFIDENTIAL JOINT APPENDIX, VOLUME VII, PAGES A2300-A2647

# EXHIBIT 14
# PUBLIC VERSION
# (REDACTED)

1

1         UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA

3

4    THERMOLIFE INTERNATIONAL,   )

5    LLC,                        )

6         Plaintiff,             )

7         -vs-          No. CV12-09229 GAF (FFMx)

8    BETTER BODY SPORTS, LLC,    )

9    et al.,                     )

10        Defendants.            )

11        The videotaped deposition of PATRICK

12   ARNOLD called for examination pursuant to Notice

13   and the Rules of Civil Procedure for the United

14   States District Courts pertaining to the taking

15   of depositions, taken before Gina Callahan, a

16   notary public within and for the County of

17   Iroquois and State of Illinois, at 500 West

18   Madison Street, Chicago, Illinois, on the 13th

19   day of June, 2013, at the hour of 12:03 p.m.

20

21

22

23

24

25

```
 1     APPEARANCES:
 2           NEWPORT TRIAL GROUP, by
             MR. TYLER J. WOODS
 3           895 Dove Street, Suite 425
             Newport Beach, California  92660
 4           (949) 706-6464
             twoods@trialnewport.com
 5                 Representing the Plaintiff and the
                   Deponent;
 6
 7           CANTOR COLBURN, LLP, by
             MR. WILLIAM J. CASS
 8           20 Church Street, 22nd Floor
             Hartford, Connecticut  06103
 9           (806) 286-2929
             wcass@cantorcolburn.com
10                 Representing the Defendants
                   Maximum Human Performance, LLP;
11                 Purus Labs, Inc.; Reaction Nutrition
                   LLC; Lone Star Distribution; All
12                 Star Health; Redefine Nutrition,
                   LLC; Lecheek, LLC;
13
14           FELDMAN GALE, by
             MR. GREGORY L. HILLYER
15           1700 Market Street, Suite 3130
             Philadelphia, Pennsylvania  19103
16           (267) 414-1300
             ghillyer@feldmangale.com
17                 Representing the Defendant Hi-Tech
                   Pharmaceuticals, Inc.;
18
19           VENABLE, LLP, by
             MR. DANIEL S. SILVERMAN
20           2049 Century Park East, Suite 2100
             Los Angeles, California  90067
21           (310) 229-9900
             dsilverman@venable.com
22           (telephonically present)
                   Representing the Defendants Bronson
23                 Laboratories, Inc.; Bio-Engineered
                   Supplements and Nutrition, Inc.;
24                 Pharmafreak Holdings, Inc.; Nutrex
                   Research, Inc.; General Nutrition
25                 Corporation; GNC Corporation;
```

3

```
 1              General Nutrition Centers, Inc.;
                All Star Health; Lecheek, LLC; Lone
 2              Star Distribution; Maximum Human
                Performance, LLP; Purus Labs, Inc.;
 3              Reaction Nutrition, LLC; and
                Redefine Nutrition, LLC;
 4
 5         POSNER LAW CORPORATION, by
           MR. ASHLEY D. POSNER
 6         15303 Ventura Boulevard, Suite 900
           Sherman Oaks, California   91403
 7         (310) 475-8520
           ashleyposner@gmail.com
 8         (telephonically present)
                Representing the Defendant DNA
 9              Sports Nutrition;
10
11         BROOKS KUSHMAN P.C., by
           MR. WILLIAM E. THOMSON, JR.
12         601 South Figueroa Street, Suite 2080
           Los Angeles, California   90017
13         (213) 622-3013
           wthomson@brookskushman.com
14         (telephonically present)
                Representing the Defendant
15              SNI, LLC;
16
17         DIXIT LAW FIRM PA, by
           MR. SHYAM DIXIT
18         3030 North Rocky Point Drive, Suite 260
           Tampa, Florida   33607
19         (813) 252-3999
           sdixit@dixitlaw.com
20         (telephonically present)
                Representing the Defendant
21              Infinite Labs, LLC;
22    ALSO PRESENT:
23         Ben Dixon, videographer.
24
25
```

Case 2:11-cv-03072-JGB-FFM Document 183-6 Filed 04/30/14 Page 6 of 14 Page ID #:3072

1      A.   Boodram.

2      Q.   Yes.  Does he operate a company?  In

3  what capacity, in other words?

4      A.   Mr. Boodram and myself are consultants.

5      Q.   And who are you consultants to?

6      A.   A company called Savind, S-a-v-i-n-d,

7  Incorporated.

8      Q.   Okay.  And where is Savind located?

9  Are they located here in Illinois as well?

10     A.   Yes.

11     Q.   Okay.  And what kind of consulting do

12  you do for Savind, Inc.?

13     A.   I do product development consulting.

14     Q.   Do you have any -- do you consult for

15  any other companies other than Savind at this

16  time?

17     A.   Yes.

18     Q.   Who else do you consult with?

19     A.   I have consulted for many companies.  I

20  currently right now am not doing any consulting

21  work with anyone else.

22     Q.   Okay.  Let me ask you a little bit

23  about Thermolife.  Have you ever consulted with

24  Thermolife?

25     A.   Yes, I have.

Case 1:11-cv-... Case ... Document ... Filed 04/30/2014 ... Page 7 ... #:3073

```
 1        Q.   So and --

 2        MR. WOODS:  Excuse me.  May I pause?  It

 3   sounds like somebody just joined the deposition.

 4        MR. CASS:  Yeah.  Did somebody just join the

 5   deposition?

 6        MR. THOMSON:  Yes.  Bill Thomson.

 7        MR. CASS:  Hi, Bill.  We'll just identify for

 8   the record Mr. Thomson.

 9   BY MR. CASS:

10        Q.   I need to ask you just a couple

11   questions about your background, Mr. Arnold.

12             It is true, is it not, that you were

13   convicted on a conspiracy to distribute, possess

14   anabolic steroids; is that correct?

15        A.   Yes.

16        Q.   I'm going to mark as Exhibit 4, sir, a

17   copy of the judgment.

18                  (Whereupon, Arnold Deposition

19                   Exhibit No. 4 was marked for

20                   identification.)

21   BY MR. CASS:

22        Q.   Now, I have before you a copy of a

23   judgment in a criminal case.  It is in criminal

24   action number CR050070301S1 and this was entered

25   in on August 4th of 2006.  Do you recall that?
```

Case 1:11-cv-00341-RFT Case 2:11-cv-00341-RFT Document 67 Filed 04/30/14 Page 8 of 26 Filed 04/30/14 #:3074

```
1        A.   Yes.

2        Q.   Have you had any other convictions for

3   any crimes in the last ten years?

4        A.   No.

5        Q.   So this is the only one?

6        A.   Yes.

7        Q.   Okay.  Now I had another question for

8   you, I think on the background of this, sir.  If

9   we could mark this, I'm going to show you a copy

10  of the indictment which I've marked as Exhibit

11  5.

12                   (Whereupon, Arnold Deposition

13                    Exhibit No. 5 was marked for

14                    identification.)

15  BY MR. CASS:

16       Q.   My question is in the indictment, it

17  references a gentleman by the name of Victor

18  Conte.  Do you know Mr. Conte?

19       A.   Yes.

20       Q.   Okay.  And what -- how did you come to

21  know Mr. Conte?

22       A.   Through the Internet.

23       Q.   Through the Internet.  Okay.  Had you

24  ever met Mr. Conte or have any personal

25  interactions with him?
```

Case 2:11-cv-03027-DRH Document 183-8 Document 167 Filed 04/30/14 Page 8 of 20 Filed 04/30/14
#:3075

1    BY MR. CASS:

2        Q.    Conte.    Mr. Conte joins as an author.

3    Have you seen that article before?

4        A.    I may have.

5        Q.    Okay.    When do you think you first saw

6    that article?

7        A.    I think this is the first time I've

8    ever seen the full text.

9        Q.    Okay.    When do you think you first saw

10   part of this article?

11       MR. WOODS:    And I will caution the witness

12   not to speculate.

13       THE WITNESS:    Okay.    Around the time it was

14   published, I suppose.

15   BY MR. CASS:

16       Q.    Okay.    Your best memory is that you saw

17   something on this article around the time it was

18   published?

19       A.    Yes.

20       Q.    Okay.    Now, okay.    Now I want to talk a

21   little bit about your relationship with

22   Thermolife.    You said you had consulted with

23   Thermolife.    Can you tell me a little bit about

24   your history with Thermolife?

25       MR. WOODS:    Objection, vague.

Case 1:14-cv-10343-ASE-LDA-FII Document 82-8 Filed 07/15 Page 4130/2014 04/30/2014 #:3076

1    BY MR. CASS:

2        Q.   Well, describe your relationship with

3    Thermolife.

4        A.   I have mostly a personal relationship

5    with Ron Kramer.

6        Q.   Okay.  And it is fair to say -- I think

7    I found an Internet posting indicating.  You

8    know, that is funny.  They didn't copy this

9    correctly.  This one is not copied correctly on

10   the -- it is truncated.  See if you can find

11   that in the other stuff if you have it.

12            Mr. Arnold, tell me a little bit about

13   your relationship with Mr. Kramer.  When did you

14   meet him, how often do you communicate with him?

15       MR. WOODS:  Objection, compound.

16   BY MR. CASS:

17       Q.   I'm just trying to give him some

18   examples.

19       A.   I met him in 2000.  I didn't

20   communicate very much with him until the last

21   two or three years, I suppose.

22       Q.   Uh-huh.

23       A.   Maybe longer.

24       Q.   Did you develop a friendship with him?

25       A.   Of sorts.

1     Q.   I'm going to show you what we'll mark

2  as Exhibit No. 7, and it's a -- I think it is a

3  page from your Facebook.

4                  (Whereupon, Arnold Deposition

5                   Exhibit No. 7 was marked for

6                   identification.)

7     MR. CASS:  I'm going to let you borrow mine

8  because --.

9  BY MR. CASS:

10     Q.   And it is a post by a Russ DeLuca

11  saying a good day at the beach, he is posting, I

12  think, on your Facebook, with Patrick Arnold and

13  Ron Kramer.  Do you guys hang out together?

14     MR. WOODS:  Objection, vague.  You're asking

15  about Ron Kramer or Russ DeLuca?

16  BY MR. CASS:

17     Q.   Ron Kramer.

18     A.   We have hung out together before.

19     Q.   You have a friendship?

20     A.   Yes.

21     Q.   Okay.  And how long do you consider

22  yourself to have had a friendship with Ronald

23  Kramer?

24     A.   It is difficult to answer because I've

25  gotten to know him more and more in stages.

```
 1
 2          MR. WOODS:  Oh, yeah.
 3          MR. CASS:  If we get into the public stuff,
 4     it just makes it easier, you know, for the
 5     motions or whatever we're going to file.
 6          MR. WOODS:  It will just be the portion that
 7     gets into the financial business terms of the
 8     relationship.
 9          MR. CASS:  Okay, sure.  So we're going to go,
10     we're going to mark this portion of the
11     transcript confidential because we're going to
12     be asking a few questions about the financial
13     relationship between you and Mr. Kramer, okay?
14     BY MR. CASS:
15
16
17
18
19
20
21
22
23
24
25
```

1

2

3

4

5

6     Q.   To Mr. Kramer, okay.

7         And do you recall when you did that?

8     A.   2011, I believe.

9     Q.   Was there a contract or some other

10   document?

11     A.   Yes.

12     Q.   Now, after you -- let me just digress

13   for a second.  I'm going to mark your patent as

14   the next exhibit, Exhibit No. 8.

15              (Whereupon, Arnold Deposition

16               Exhibit No. 8 was marked for

17               identification.)

18   BY MR. CASS:

19     Q.   Your patent issued on June 19th, 2012.

20   Do you recall that?

21     A.   I recall that it was issued, yes.

22     Q.   Okay.  So you sold it before it was

23   issued.  And did you have any interactions with

24   counsel after you sold it during the prosecution

25   of the patent?  So if you sold it sometime --



```
 1
 2      A.   Yes.
 3
 4
 5
 6
 7
 8
 9           Have you ever worked as a consultant
10     for either Thermolife or someone affiliated with
11     Thermolife such as Mr. Kramer?
12      A.   Yes.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

A2478



8    BY MR. CASS:

16        Q.    Okay.  So -- so we talked a little bit

17    about your patent, and I wanted to show you a

18    copy of the Complaint in this case.

19              Were you aware that Thermolife was

20    going to file a complaint based on your patent?

21        MR. WOODS:  Objection, vague as to time.

22    BY MR. CASS:

23        Q.    Well, let me show you what was the

24    original complaint in this action which was

25    filed on October 26th, 2012.  And we'll mark

32

1

2     that as the next exhibit.

3                    (Whereupon, Arnold Deposition

4                    Exhibit No. 9 was marked for

5                    identification.)

6     BY MR. CASS:

7          Q.    Exhibit No. 9.   I will get you one,

8     Tyler.   The front page, the top page ripped off.

9               I'm going to show you a copy of the

10    original Complaint.   This case was re-filed I'll

11    represent that for the record.

12              But my question is:   Did you know that

13    there was going to be a lawsuit commenced over

14    your patent which we just marked as Exhibit

15    No. 8 in October of last year?

16         A.    Not that I recall.

17         Q.    Okay.  So before -- let me break this

18    down.  Before the lawsuit was filed in October

19    2012, did you have any communications with

20    Mr. Kramer or anyone from Thermolife about the

21    institution of a lawsuit concerning your patent?

22         A.    I don't recall anything specifically.

23         Q.    Okay.  Did any attorneys that

24    represented Thermolife ever contact you?

25         A.    No.

1    Q.    Prior?

2    A.    Sorry.

3    Q.    Let me finish my question.

4          Did any attorneys representing

5    Thermolife ever contact you prior to October 26,

6    2012 to indicate that they were going to be

7    filing a lawsuit on behalf of Thermolife over

8    your patent?

9    A.    No.

10    Q.    Okay.  Do you have any other patents

11    other than the patent we've identified as

12    Exhibit 8?

13    A.    I have no other active patents.

14    Q.    Okay.  I'm going to refer to Exhibit 8

15    as the '809 patent, if that's okay, because

16    that's the last three numbers of it.  So if I

17    refer to it --

18    A.    '809?

19    Q.    Yes, '809.  So if I refer to the patent

20    as the '809 patent --

21    MR. WOODS:  For the record, you misspoke.

22    BY MR. CASS:

23    Q.    '908.  That is what happens when you

24    are dyslexic.  '908.  If I refer to the patent

25    as the '908 patent, can we agree we're referring

1    to Exhibit No. 8?

2        A.   Yes.

3        Q.   So when is the first contact you had

4    concerning a lawsuit over your '908 patent?

5    When is the first time somebody contacted you?

6        A.   I don't recall.

7        Q.   Did -- let me show you -- well, you

8    were subpoenaed in this case.  We've identified

9    the subpoena and the service.  You remember

10   that, right?

11       A.   Yes.

12       Q.   Okay.  And I received a communication

13   that Mr. Woods and his law firm were going to

14   represent you at this deposition?

15       A.   Yes.

16       Q.   When was the first communication you

17   had with Mr. Woods or anyone from his law firm

18   concerning this case, as best as you can recall?

19       MR. WOODS:  And just for the record, I know

20   your question was clear.  I want to caution the

21   witness not to disclose the substance of any

22   communications you may have had with your

23   attorney after he was retained.

24       MR. CASS:  Well, after but not before, so...

25   BY MR. CASS:

1       Q.   In other words, when was the first time

2   you had a communication with Mr. Woods, who is

3   representing you today, or anyone from his law

4   firm, the Newport Trial Group, concerning this

5   matter?

6       A.   An e-mail from Kalman Magyar or is it

7   Maygar?

8       MR. WOODS:  Magyar.

9       THE WITNESS:  Magyar.

10   BY MR. CASS:

11       Q.   And when was that?

12       A.   I think about a month ago.

13       Q.   And that would be your first

14   communication with Mr. Woods' law firm, as far

15   as you understand?

16       A.   As far as I remember.

17       Q.   Okay.  Let me -- I'm going to mark this

18   next letter as an exhibit which I will mark as

19   Exhibit No. 10.

20                  (Whereupon, Arnold Deposition

21                    Exhibit No. 10 was marked for

22                    identification.)

23   BY MR. CASS:

24       Q.   I want to show you what's been marked

25   as Exhibit No. 10 which is a letter from our law

1   firm dated December 21, 2012 to Mr. Woods' law

2   firm.

3           And my first question is: Have you

4   ever seen a copy of this letter before?

5       A.   No.

6       Q.   Okay.  Did anyone ever attempt to

7   contact you in December of 2012 concerning this

8   lawsuit to your knowledge?

9       A.   Not that I recall.

10      Q.   Okay.  Did you and Mr. Kramer have any

11  discussions concerning this lawsuit at any time?

12      A.   I believe so.

13      Q.   Okay.  Why don't you tell -- let's work

14  our way back.  When is the last time you talked

15  to Mr. Kramer?

16      MR. WOODS:  About this lawsuit or just in

17  general?

18  BY MR. CASS:

19      Q.   About this lawsuit.  We'll start with

20  the lawsuit and then we'll get in general.

21      A.   He -- two days ago.

22      Q.   Okay.  And what did you and Mr. Kramer

23  discuss two days ago?

24      A.   I think he -- he asked if he -- if he

25  wanted me him to fly out here, and I told him

1    that wasn't necessary.

2        Q.   Okay.  Any other conversations you had

3    with him about the lawsuit?

4        A.   No.

5        Q.   Okay.  Now I want to work our way

6    backwards.  Do you recall any other

7    conversations with Mr. Kramer?

8        A.   Mr. Kramer about the lawsuit?

9        Q.   Yes.

10        A.   He would send me e-mails from time to

11    time.

12        Q.   Okay.  And what did he say in his

13    e-mails?

14        A.   He would tell me that he was going to

15    sue many companies for patent infringement.

16        Q.   Did Mr. Kramer ever pass on any

17    information concerning your Internet postings at

18    any time?

19        A.   Yes.

20        Q.   When did he do that?

21        A.   I'm guessing two or three months ago.

22        Q.   Okay.  Did any attorneys from

23    Thermolife ever try to call you about those

24    e-mails?

25        A.   No.

38

```
 1        Q.   Okay.  So the first time you had any
 2   conversations with anybody that represented
 3   Thermolife in this lawsuit was when you retained
 4   Mr. Woods to represent you?
 5        A.   Yes.
 6        Q.   Okay.  Can you tell me, how did that
 7   retention come about?  How did you get
 8   Mr. Woods' name?  How did you elect to select
 9   him as your attorney?
10        A.   I told Mr. Kramer that -- Mr. Kramer
11   told me that I was going to be served a
12   subpoena, and I told him that I'm going to need
13   a lawyer and he recommended Mr. Woods' firm.
14        Q.   Okay.  Did he indicate he would pay
15   Mr. Woods to represent you?
16        A.   Yes.
17        Q.   Okay.  Why don't you tell me as best as
18   you can recall the complete conversation that
19   occurred concerning the retention of Mr. Woods
20   with Mr. Kramer.
21        A.   I don't think there was much more to
22   that conversation than what I just said.
23        Q.   Okay.  And then you called Mr. Woods up
24   and agreed to have him as your attorney; is that
25   correct?
```

```
 1        A.    No.

 2        Q.    Okay.  When did that happen?

 3        A.    When did I call Mr. Woods?

 4        Q.    Or did Mr. Woods call you?  How did you

 5   get in contact with Mr. Woods?

 6        A.    I didn't get into contact with

 7   Mr. Woods.

 8        Q.    Another attorney from his firm?

 9        A.    Yes.

10        Q.    Okay.  How did the contact with -- let

11   me ask a broader question.  How did you come to

12   retain the Newport Trial Group as your counsel?

13        A.    They e-mailed me.

14        Q.    Okay.  They e-mailed you.  And in the

15   first e-mail, what did they say to you?

16        A.    They -- I believe they were asking

17   whether they would like me to -- would like to

18   retain them in this case.

19        Q.    Okay.  And then you responded?

20        A.    Affirmatively.

21        Q.    You did, okay.  So that's how the

22   representation occurred.  They e-mailed you and

23   said would you like us to represent you at the

24   deposition?

25        A.    Yes.
```

```
 1        Q.   And was Mr. Kramer copied on the
 2   e-mail?
 3        A.   I don't recall.
 4        Q.   Okay.  Was anybody else copied on the
 5   e-mail other than Mr. Woods' firm and yourself?
 6        A.   I don't think so.
 7        Q.   Okay.  Have you saved copies of those
 8   e-mails?
 9        A.   I still have copies of those e-mails.
10        Q.   Okay.  Now, and that was your first
11   contact with an attorney of any kind concerning
12   a lawsuit involving the '908 patent; is that
13   fair to say?
14        A.   Yes.
15        Q.   And so -- and as far as you know, did
16   anybody ever try to contact you earlier?
17        A.   No.
18        Q.   So it was the subpoena that caused this
19   connection?
20        A.   Yes.
21        Q.   Okay.  Now I'd like to focus on did
22   Mr. Kramer have any communications about you
23   concerning -- let's start out with what I'm
24   going to call some Internet statements that you
25   made or may have made.
```

A2488

```
1        A.    Yes.

2        Q.    When do you recall Mr. Kramer making

3    contact with you concerning those Internet

4    statements?

5        MR. WOODS:  Objection to the extent asked and

6    answered.  You may answer.

7        THE WITNESS:  Three months ago,

8    approximately.

9    BY MR. CASS:

10       Q.    Okay.  And what was the nature of the

11   conversation?  What did he say to you and what

12   did you say to him?

13       A.    He told me that an argument was being

14   made concerning a post on a Usenet Newsgroup in

15   1996.

16       Q.    Did he tell you anything else?

17       A.    He sent me a copy of that post.

18       Q.    Okay.  Did he send you a copy of any

19   other documents other than the Internet post?

20       A.    I don't recall anything else.

21       Q.    Okay.  Did Mr. Kramer send you a copy

22   of any Italian patent applications?

23       A.    I don't recall.

24       Q.    Okay.  All right.  Let me see if I can

25   break it down a little bit.
```

42

1           Did Mr. Kramer ever share with you our

2    December 21st, 2012 letter which has been marked

3    as Exhibit 10.  Have you ever -- have you ever

4    seen that letter?

5        A.    I had said before I've never seen this.

6        Q.    Okay.  Let me show you.  There were

7    some attachments to the letter.  One was an

8    Italian patent application and an English

9    translation of it, and the other was -- there

10   were two attachments.  One was an Italian patent

11   application and an English translation of the

12   application.

13           And so, my question is, just simply,

14   whether any of those attachments were ever

15   provided to you?

16       A.    No.

17       Q.    Okay.  Did you have any communications,

18   conversations, e-mails with Mr. Kramer or anyone

19   from Thermolife about any Italian patent

20   application?

21       A.    Yes.

22       Q.    When did you have those communications?

23       A.    Approximately the same time he informed

24   me of the Usenet Newsgroup posting from 1996.

25       Q.    And you think that was about three

1    months ago or so?

2        A.    Yes.

3        Q.    Okay.  What was the nature of those

4    communications?

5        A.    He informed me that these two issues

6    were part of a case by a firm, by many companies

7    to invalidate the '908 patent.

8        Q.    Okay.  Did he ever indicate to you who

9    his attorney was?

10       A.    I don't recall.

11       Q.    Okay.  But in any event, until the

12   subpoena, no attorney ever tried to contact you?

13       A.    Correct.

14       Q.    About any of these matters?

15       A.    Correct.

16       Q.    And nobody contacted you before the

17   lawsuit was filed; is that correct, as well?

18       A.    Correct.

19       Q.    Okay.  Now, let's mark this as the next

20   exhibit.

21                   (Whereupon, Arnold Deposition

22                    Exhibit No. 11 was marked for

23                    identification.)

24

25   BY MR. CASS:

44

```
 1          Q.   So, now, for the record, for the next
 2     exhibit I'm going to mark is Exhibit No. 11, and
 3     it purports to be a series of -- I'll call them
 4     Internet discussions.
 5          MR. HILLYER:  Do you have an extra copy?  If
 6     you don't, that's okay.  I don't want to take --
 7          MR. CASS:  Okay.
 8     BY MR. CASS:
 9          Q.   So, Mr. Arnold, if you could take a
10     minute and look through what's been marked as
11     Exhibit No. 11.
12               Have you seen this document before?
13          A.   Yes.
14          Q.   Let me ask you some preliminaries.
15     There is a reference to a Patrick Arnold in
16     these various Internet statements, and I first
17     want to ask you if you back in 1996 had a
18     particular e-mail?
19          A.   Yes.
20          Q.   If you can recall.  What was that
21     e-mail?
22          A.   I have had more than one e-mail at that
23     time.
24          Q.   Uh-huh.
25          A.   I don't recall what they all were.
```

A2492

45

1       Q.    Let me ask you a more specific
2    question.  Parnold@net66.com, was that one of
3    your --
4       A.    I believe so.
5       Q.    You've got to let me finish the
6    question.
7             Parnold@net66.com, was that one of your
8    e-mails in 1996?
9       A.    Yes.
10      Q.    And specifically in October of 1996?
11      A.    I don't recall exactly when I had that
12   e-mail in 1996.
13      Q.    Okay.  Do you have any reason to deny
14   that as of October of 1996, and specifically
15   October 10, 1996, that you maintained an e-mail
16   parnold@net66.com?
17      A.    No.
18      Q.    Now, there is also a reference to a PA,
19   capital P, capital A.  Is that how you would
20   sometimes sign your e-mails?
21      A.    Yes.
22      Q.    Is that a habit that you have?
23      A.    Not currently.
24      Q.    Did you have that habit back in 1996?
25      A.    Yes.

1     Q.   Now, this particular discussion, do you

2  have any recollection of it as you sit here

3  today?

4     A.   No.

5     Q.   Does this document refresh your

6  recollection in any way?

7     A.   Not really.

8     Q.   Okay.  Do you see the statement

9  somebody is asking the best way to legally

10  increase testosterone?

11     A.   Yes.

12     Q.   Okay.  And there is one.  Can you tell

13  me for the record what the first item states?

14    MR. WOODS:  Objection, vague.  Are you

15  talking about his response or the --

16    MR. CASS:  Yes.

17    THE WITNESS:  Androstenedione.

18  BY MR. CASS:

19     Q.   Are you familiar with that compound?

20     A.   Yes.

21     Q.   What is androstenedione?

22     A.   It is a steroid hormone.

23     Q.   How did you know about androstenedione?

24    MR. WOODS:  In 1996?

25    MR. CASS:  In 1996, yeah.

47

1       THE WITNESS:  I had read about it years ago.

2  BY MR. CASS:

3       Q.   And had you ever worked with it?

4       A.   At that point in time, I don't think I

5  had yet to have worked with it.

6       Q.   Okay.  Then the second thing you stated

7  was what?

8       A.   D-Aspartic acid or

9  N-Methyl-D-Aspartate.

10      Q.   What is D-Aspartic acid?

11      A.   An amino acid.

12      Q.   Had you worked with D-Aspartic acid in

13  1996?

14      A.   No.

15      Q.   Had you read about D-Aspartic acid in

16  1996?

17      A.   I don't recall.

18      Q.   What about N-Methyl-D-Aspartate?

19      A.   Had -- excuse me.  What is the question

20  concerning that?

21      Q.   What is it?

22      A.   It is also an amino acid.

23      Q.   Had you ever worked with it?

24      A.   I had not personally worked with it.

25      Q.   Okay.  Do you have any reason to deny

1    that this is your Internet posting from October

2    10, 1996?

3       A.   I have no reason to deny it.

4       Q.   Were there -- are you aware of any

5    source -- well, let me ask you some general

6    questions about D-Aspartic acid.  Where can you

7    get D-Aspartic acid?

8       MR. WOODS:  Objection, calls for speculation.

9    BY MR. CASS:

10      Q.   Well, we're going to talk today --

11   let's just talk today.  Where can you obtain

12   D-Aspartic acid?  If you need D-Aspartic acid,

13   what's the source?

14      A.   There are countless sources.

15      Q.   Okay.  Can I have some examples,

16   please?

17      A.   Sigma Aldridge, Alfa Aesar, several

18   Chinese exporters.

19      Q.   And are those in the form of a

20   nutritional supplement or are they in the form

21   of the powder?  I mean, in what form are those

22   examples?

23      A.   Those examples are the pure chemical.

24      Q.   Okay.  Do you know whether or not the

25   pure chemical was available in the 1990s?

52

```
 1          Q.   Do you have any idea why you might have
 2     mentioned it in October of 1996?
 3          A.   I may have read an article concerning
 4     its effects on the endocrine system.
 5          Q.   Okay.  And what makes you think you
 6     might have read an article about that?
 7          A.   Because articles concerning those two
 8     compounds and their effects on the endocrine
 9     system in the brain and other parts of the body
10     have been published in vertebras and
11     invertebrates at least well before or a
12     significant time before 1996.
13          Q.   Okay.  So you -- and let me ask you.
14     When you were in college, did you -- did you
15     read some of these articles while you were in
16     college?
17          A.   No.
18          Q.   How did you come to read up on
19     D-Aspartic acid, the use of D-Aspartic acid and
20     its effects on the brain?
21          A.   My first recollections of reading about
22     D-Aspartic acid and the effects on the brains
23     were in the early 2000s.
24          Q.   Okay.  And how was it that you came to
25     research that?
```

A2497

1    A.   I, as in my job in the nutritional

2    supplement company, one of the things I did was

3    look for compounds that would build muscle, and

4    one of the ways that was done is to look for

5    compounds that increase testosterone.

6    Q.   Okay.   And that was in the early 2000s?

7    A.   I was doing that research in the early

8    2000s.

9    Q.   Okay.   Were you aware of any dietary

10   supplements or other supplements, nutritional

11   supplements that were using D-Aspartic acid in

12   the early 2000s to build muscle mass?

13   A.   No.

14   Q.   What about any drinks?

15   A.   No.

16   Q.   So you weren't aware of any; you were

17   doing research, but you weren't -- you weren't

18   aware of any products that were out there?

19   A.   Correct.

20   Q.   Okay.   When do you believe the first

21   product that used D-Aspartic acid, when the

22   first product was put into the market?

23   A.   To my recollection, I was -- my

24   company -- actually, let me correct myself.   It

25   is not the company that I currently consult for

1     Q.    Have you read any of their articles?

2     A.    Yes.

3     Q.    So you read -- you read -- do you have

4     an idea of which articles you read, are those --

5     well, let me ask you.  Prior to today were you

6     ever aware that they had a patent?

7     A.    No.  Excuse me.  Today?

8     Q.    To today, yes.  Were you aware that

9     they had a patent or a patent application?

10    MR. WOODS:  Objection.

11    BY MR. CASS:

12    Q.    Let me give you a copy of -- well,

13    Exhibit 10 back.  If you look at Exhibit C,

14    there is an English translation to a patent that

15    was filed by Gemma D'Aniello and Salvatore

16    Racini.  If you could take a second and look at

17    that.

18    MR. WOODS:  Counsel, if you could.

19    THE WITNESS:  Okay.

20    BY MR. CASS:

21    Q.    Had you ever seen that, that patent

22    application before today?

23    A.    I don't think I've seen this, no.

24    Q.    Okay.  So as far as you know, let me

25    direct your attention to a specific page in

1    that.

2            Is it fair to say that Mr. Kramer never

3    sent you a copy of exhibit -- Exhibit 10 at any

4    point in time?

5        A.   No, I'm quite sure he didn't.

6        Q.   You're quite sure he didn't, okay.

7        A.   If -- I may be wrong.  Maybe he did.  I

8    don't know.  I don't recall it.

9        Q.   You don't recall it?

10       A.   To the best of my knowledge.

11       Q.   You don't recall seeing a copy of a

12   letter with Cantor Colburn at the top of it?

13       A.   No.

14       Q.   And as far as you know, prior to today

15   you had never seen this patent application of

16   Gema D'Aniello and Salvatore Racini?

17       A.   I don't recall seeing this.

18       Q.   And for the record, I'm examining the

19   witness with Exhibit 10, and specifically

20   Exhibit C to Exhibit 10.

21            Now I'd like to direct your attention

22   to page 6, if I could, of Exhibit C.  If you

23   look at page 6 and we go down to the bottom

24   roughly where it says furthermore.  I'd just

25   like you to take a minute and read the phrase

1      furthermore to the end of the -- of the first

2      full paragraph on the next page.

3          A.    Do you want me to read?

4          Q.    I want you to read.  I want to ask you

5      some questions about it.

6          A.    Furthermore, in the --

7          Q.    You can read it to yourself.  Just read

8      it to yourself for a minute.

9          A.    To here?

10         Q.    Right down to here.  I just have just a

11     couple questions about these two paragraphs.

12         A.    Okay.

13         Q.    Okay.  So just for the record, I've

14     asked you to read a paragraph on page 6 to page

15     7 to yourself.  And my question is, simply,

16     prior to today did anybody ever ask you about

17     the substance of the information in this

18     paragraph about a study where two to four grams

19     of D-Aspartic acid was administered to a number

20     of volunteers?

21         A.    I don't recall a study where two to

22     four grams of D-Aspartic acid were given to

23     people.

24         Q.    Okay.  My question is more specific.

25     Prior to today.

1     A.  Yeah.

2     Q.  Because I've now shown you this.  Did

3  anybody ever communicate with you about an

4  Italian patent application that referenced a

5  study?

6     A.  No.  I'm sorry.  No.

7     Q.  Okay.

8     A.  Well, I don't recall.  I recall that

9  Mr. Kramer had told me that there was an Italian

10  patent application.  I don't recall that he

11  indicated specifically that there was a study

12  within that patent application.

13     Q.  Did Mr. Kramer ever provide it to you?

14     A.  No.

15     Q.  Do you charge him for your time on this

16  case?

17     A.  No.

18     Q.  A consulting fee?

19     A.  No.

20     Q.  No.

21     How -- did anyone provide you with a

22  copy of -- you've never seen this document

23  before and as far as you know, no one has ever

24  provided you with a copy of this document prior

25  to today?

1        Q.    Okay.    When's the last time you saw
2    Mr. Kramer?
3        A.    Memorial Day weekend.
4        Q.    Did you spend the weekend with him?    I
5    mean in a sense, did you socialize over the
6    weekend with him?
7        A.    Yes.





Case 1:11-cv-03040-RTC Document 88-13 Filed 04/30/2014 Page 41 of 183
Case 1:11-cv-03040-RTC Document 88-13 Filed 04/30/2014 Page 41 of 183
#:3107
63







1  called you up to discuss the Italian patent
2  application?
3      A.   No.
4      Q.   Okay.  Did any attorney call you up to
5  discuss -- and I don't want to substance.  Well,
6  prior to your retention of Mr. Woods, did any
7  attorney at any time call you up to discuss the
8  Italian patent application?
9      A.   No.
10      Q.   Prior to your engagement of Mr. Woods,
11  did any attorney call you up to discuss your
12  Internet post?
13      A.   Prior to?  Excuse me?
14      Q.   Your retention of Mr. Woods as your
15  attorney for this deposition.  Prior to that did
16  any attorney ever contact you about your
17  Internet post?
18      A.   No.
19      Q.   All right.  And when I say Internet
20  post, I'm referring to what's been marked as
21  Exhibit No. 11.
22      A.   I understand.
23      Q.   Yes.
24      And the answer to that is no?
25      A.   Yeah.  No.  Yes.  No.

1     MR. WOODS:  Counsel, we've been going about

2     an hour and ten minutes.

3     MR. CASS:  Yeah, yeah.  Absolutely.  So for

4     the people on the phone, we're going to be

5     taking a break.  Off the record.

6     THE VIDEOGRAPHER:  We are off the record at

7     1:10 p.m.

8                     (Whereupon, a short break was

9                      taken.)

10    THE VIDEOGRAPHER:  We are back on the record

11    at 1:29 p.m.

12                    (Whereupon, Arnold Deposition

13                     Exhibit No. 12 was marked for

14                     identification.)

15    BY MR. CASS:

16    Q.    Mr. Arnold, just kind of continuing on.

17    I'm going to show you what's been marked as

18    Exhibit No. 12 which is a letter dated December

19    26th from attorney Daniel S. Silverman, who is

20    also on the phone with us today, to Mr. Woods

21    and Mr. Ferrell of the Newport Trial Group.

22           My question simply is:  Prior to today

23    had you ever seen this document?

24    A.    No.

25    Q.    Okay.  Were you aware that Thermolife's

68

1    counsel received a letter in December 2012?

2         A.   No.

3         Q.   About the validity or the allegations

4    of this case?

5         A.   No.

6         Q.   And the same thing.   Let me -- hold on

7    just a second.   I have a paper issue here.

8              Okay.   So the next exhibit I'm going to

9    mark is going to be a letter dated January 25th,

10   2013 from the Newman DuWors law firm.   And

11   really, just the same question.   Did anybody --

12   have you ever seen this document before?

13        A.   No.

14                   (Whereupon, Arnold Deposition

15                   Exhibit No. 13 was marked for

16                   identification.)

17   BY MR. CASS:

18        Q.   Did you know whether or not counsel had

19   written -- from Newman DuWors had written

20   Mr. Ferrell of the Newport Trial Group in

21   January of 2013 about any allegations in this

22   case?

23        A.   Nope.

24        Q.   Okay.   So it is fair to say that you

25   and Mr. Kramer at least weren't discussing the







Case 1:11-cv-03342-RTH Document 183-2 Filed 05/15/14 Page 50 of 183
Case 1:04-cv-01694-RTH Document 516-7 Filed 04/30/2014 Page 6 of 14
#:3116

75





77



78





1      Q.   And would you agree with me as far as

2   you can recall, you never provided that

3   information to the Patent Office as best as you

4   can recall?   And specifically when I'm talking

5   about the Internet postings, I'm talking about

6   Exhibit No. 11.

7      A.   Correct.

8      Q.   Yeah.   So it is correct that you never

9   provided the Patent Office a copy or information

10   related to the Internet postings?

11      A.   Yes.

12      Q.   Okay.   Now if I could direct your

13   attention back to the patent.   If I could direct

14   your attention to column 3.   Column 3 being it

15   has a 3 on the top.

16      A.   Oh, of course.

17      Q.   And if we look at column 3, sir, and we

18   look in the first full paragraph, it states some

19   research has indicated.   Do you see that

20   paragraph beginning there?

21      A.   Yes.

22      Q.   If you could just take a minute and

23   read that paragraph to yourself and take your

24   time.

25      A.   Yes, I've read it.

1      Q.   Well, was it knowledge to people in

2    your industry?

3      A.   No.

4      Q.   Okay.  When did you learn that

5    D-Aspartic acid was present in oysters?

6      A.   I don't recall.

7      Q.   Was it recently?  Was it a day ago?

8    Was it a year ago?

9      A.   I believe it would have been probably

10   after 2005.

11     Q.   Would it have been before you applied

12   for your patent in 2008?

13     A.   Likely.

14   ███  █████  █████████████████

15   ███████████████████████████

16   ███████████████████████████

17   ██████████████████████

18   MR. WOODS:  Objection.

19   █████████  █████████████████████

20   ███.

21   BY MR. CASS:

22   ███  █████  █████████████████████

23   ██████████████████████  ██████

24   ████████████████████████████

25   ██████

84





10    MR. WOODS:  Objection.

14    BY MR. CASS:





88



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

23    MR. WOODS:  Let's do this.  Let me interject.

24    Under my understanding of the protective order,

25    it is three tiered, as I recall.



***CONFIDENTIAL***



1    help this.

2        MR. CASS:  Yeah, can you help this?

3        MR. WOODS:  No.

4        MR. CASS:  No, okay.  He didn't see the

5    contentions?

6        MR. WOODS:  No.

7        MR. CASS:  Have we identified what he's

8    received?

9        MR. WOODS:  Yes.

10        MR. CASS:  Okay.  Fine.

11   BY MR. CASS:

12        Q.   That makes it much easier.  I don't

13   mean to --

14        MR. WOODS:  I don't want to testify but...

15        MR. CASS:  Right.  Okay.  Well, that speeds

16   it up.

17   BY MR. CASS:

18        Q.   Okay.  And did you -- somebody probably

19   sent me something.  Let me see.

20             Did you have any conversations with

21   Mr. Kramer or anyone from Thermolife in

22   preparation for your testimony today?

23        A.   Not for preparation, no.

24        Q.   Did you have any -- I think I may have

25   covered it, but did you have any conversations





117

1      A.   Yes.

2      Q.   Okay.  And do you remember signing this

3   declaration and acknowledging your duty to

4   disclose information to the Patent Office?

5      A.   Yes.

6      Q.   Did you ever assign, did you ever

7   assign any interest to in the patent to Savind,

8   Inc.?

9      A.   I may have.

10     Q.   You may have.  So -- so Proviant, Inc.

11  gets dissolved, no formal records or anything,

12  but you then convey this patent maybe to another

13  company that you had?

14     A.   That's possible.

15     Q.   And what was your interest in Savind,

16  Inc.?

17     A.   I have no ownership in Savind, Inc.

18     Q.   Did they pay you any money for the

19  patent?

20     A.   No, they did not.

21     Q.   Okay.  And then it was conveyed from

22  Savind to Thermolife and that's when you got

23  $5,000?

24     A.   I don't recall that.  I would say it is

25  not impossible.

136

```
 1    STATE OF ILLINOIS          )
 2                               )  SS:
 3    COUNTY OF IROQUOIS         )
 4         I, GINA M. CALLAHAN, a Notary Public
 5    within and for the County of Iroquois and State
 6    of Illinois, do hereby certify that heretofore,
 7    to-wit, on the 13th day of June, 2013,
 8    personally appeared before me PATRICK ARNOLD, a
 9    witness in a certain cause now pending and
10    undetermined in the United States District
11    Court, Central District of California, wherein
12    THERMOLIFE INTERNATIONAL, LLC is the Plaintiff
13    and BETTER BODY SPORTS, LLC, et al., are the
14    Defendants.
15         I further certify that the said PATRICK
16    ARNOLD was by me first duly sworn to testify the
17    truth, the whole truth, and nothing but the
18    truth in the cause aforesaid; that the testimony
19    then given by said witness was reported
20    stenographically by me in the presence of said
21    witness and afterwards reduced to typewriting by
22    Computer-Aided Transcription, and the foregoing
23    is a true and correct transcript of the
24    testimony so given by said witness as aforesaid.
25         I further certify that the signature to
```

```
1    the foregoing deposition was not waived by

2    counsel for the respective parties.

3         I further certify that the taking of this

4    deposition was pursuant to Notice and that there

5    were present at the deposition the attorneys

6    hereinbefore mentioned.

7         I further certify that I am not counsel

8    for nor in any way related to the parties to

9    this suit, nor am I in any way interested in the

10   outcome thereof.

11        IN TESTIMONY WHEREOF:  I have hereunto

12   set my hand and affixed my notarial seal this

13   17th day of June, 2013.

14

15

16

17   _ _ _ _____

18        NOTARY PUBLIC, IROQUOIS COUNTY, ILLINOIS

19

20

21

22

23

24

25
```

# EXHIBIT 15

A2535



Carlo Foresta
Alberto Ferlin

Andrea Lenzi
Andrea Garolla

# Riproduzione, Sessualità e Diversità di genere

cleup

CCoop 4 1/24 C 6693 FIO RTUO POLITO CMB930 09 m Fib 7 X7/ETHB 04 30 42 14 T 02 30/2014
#:2133

Prima edizione: febbraio 2008

© Copyright 2008 by CLEUP SC
"Coop. Libraria Editrice Università di Padova"
Via G. Belzoni, 118/3 – Padova (Tel. 049 650261)
www.cleup.it

Tutti i diritti di traduzione, riproduzione e adattamento,
totale o parziale, con qualsiasi mezzo (comprese
le copie fotostatiche e i microfilm) sono riservati.

## IPOGONADISM

Funzione endocrina de
   G. DANZA, M. SER

Modificazioni dei live'
   A. FERLIN, A. GAR

Quadri clinici di ipogo
   A. LUBERTO, C. C

Parametri laboratoristi
   A.F. RADICIONI, A

Invecchiamento e fun:
   A.M. ISIDORI, D. (

Stili di vita e disfunzic
   K. ESPOSITO, M. (

Sindrome metabolica
   F. LOTTI, G. CORO
   G. BALERCIA, G. I

La disfunzione erettile
   A. RUGGIERO, M.

Disfunzione erettile n
   F. PELLICCIONE, A
   S. FRANCAVILLA..

Funzione sessuale ma
   L. DI LUIGI, P. S

Disfunzione erettile i
   A. ARGIOLAS ...

Disfunzione erettile
   G. CORONA, A.D

A2536

.ITÀ E DIVERSITÀ DI GENERE

Conway T., Liu YJ., Liu YZ., Li
A whole-genome linkage scan
ining quantitative trait Loci for
59.
g HY., Tan LJ., Shen H., Xiong
e-genome linkage scan suggests
porosis. J Clin Endocrinol Metab

# L'acido D-aspartico è implicato nel rilascio e nella sintesi dell'LH e del testosterone

G. D'ANIELLO[1,2], E. TOPO[2], M.A. DI FILIPPO[1], N. GRIECO[1], T. NOTARI[1], S. RONSINI[1], A. D'ANIELLO[2]

[1] Dipartimento di Ostetricia, Ginecologia e Fisiopatologia della Riproduzione Umana, Ospedale "S. Luca", Vallo della Lucania; [2] Stazione Zoologica "Anton Dohrn", Napoli

Dalla scoperta dell'acido D-aspartico (D-Asp) nei molluschi[1], questo amminoacido è stato identificato nei tessuti neuroendocrini di un'ampia varietà di specie animali, inclusi i mammiferi (2). Dai risultati ottenuti finora, è chiaramente dimostrato che il D-Asp gioca un doppio ruolo biologico: i) è implicato nel sistema nervoso come possibile neurotrasmettitore/neuromodulatore, e ii) è coinvolto nella via endocrina come promotore nell'indurre la sintesi ed il rilascio ormonale (2).

Circa il suo ruolo endocrino, nel 1996 abbiamo dimostrato che l'iniezione del D-Asp nei ratti induce un aumento di LH plasmatico, del testosterone ed in misura minore, del progesterone e della prolattina (3-4). Esperimenti in vitro nei ratti, hanno dimostrato che l'acido D-Aspartico aumenta il rilascio del GnRH dall'ipotalamo, che a sua volta stimola il rilascio dell'LH dall'ipofisi e conseguentemente del testosterone dalle gonadi (4).

Tuttavia, ricerche successive hanno dimostrato che il D-Asp non solo aumenta i livelli di testosterone via ipotalamo-ipofisi, ma ha anche una azione diretta nella sintesi e nel rilascio del testosterone direttamente dal testicolo, agendo sulle cellule di Leyding (4, 5). Inoltre, metodi immunoistochimici hanno dimostrato che il D-Asp nei ratti è localizzato negli spermatidi (6), così come nel sangue venoso testicolare e nei tubuli seminiferi (7). Il meccanismo molecolare mediante il quale il D-Asp stimola la sintesi di testosterone è regolato dall'RNA messaggero attraverso l'incremento dell'espressione genica dello StAR gene, steroidogenic acute regulator protein (8). Ed ancora, nei testicoli dei suini, è stato dimostrato che il D-Asp è implicato nell'aumento dell'attività aromatasica (9), enzima chiave che converte il testosterone in 17²-estradiolo, necessario a mantenere un bilancio omeostatico tra androgeni ed estrogeni.

Ancora, nella specie umana, recentemente abbiamo dimostrato che il D-Asp è presente nel liquido seminale e negli spermatozoi, e che una diretta relazione tra le concentrazioni di D-Asp e la qualità seminale esiste (10).

I risultati ottenuti finora ci hanno indotto dunque ad indagare se la somministrazione del sale sodico dell'acido D-aspartico potesse essere implicata nel rilascio e nella sintesi dell'LH e del testosterone negli uomini. Abbiamo quindi effettuato uno studio su un gruppo di nove volontari sani tra i 27-67 anni; il

Case 4:13-cv-06913-RMW Document 30-23 Filed 07/07/14 Page 74 of 147 04/30/2014
A2538

protocollo seguito è stato il seguente: prima di iniziare il trattamento con il D-Asp, abbiamo effettuato dosaggio sierico per testosterone ed LH al mattino tra le 10.00-10.30, affinchè le oscillazioni plasmatiche dell'LH e del testosterone fossero al minimo (11). Ai pazienti è stata richiesta l'assunzione per 10 giorni di una dose di D-aspartato di sodio (2.6 g di D-aspartato di sodio), commercializzata in Italia col nome di DADAVIT® (Pharmaguida S.r.l., Italy). L'integratore veniva assunto sciolto in acqua e somministrato al mattino dopo la colazione. Al completamento del ciclo di trattamento sono state dosate le concentrazioni di LH e testosterone in tutti i pazienti al 1°giorno, all'11° e al 21° giorno dal termine dell'assunzione. I risultati ottenuti, sebbene al momento su un numero di soli 9 pazienti, indicano che il D-aspartato di sodio è responsabile di un incremento dei livelli plasmatici di LH e testosterone nell'uomo, e che questo aumento è statisticamente significativo. Infatti, come riportato in Tabella 1, la concentrazione sierica di LH misurata il giorno dopo che il ciclo di assunzione fosse completato (1°giorno), mostrava un incremento tra il 18 e il 112%, con una media del 40.7% rispetto ai valori basali (Tabella 1: valori della colonna 2 versus quelli della colonna 1). Questa differenza è risultata statisticamente significativa con un P value <0.002. All'11° giorno dopo la sospensione del trattamento, 4 pazienti su 9 mostravano ancora incrementi plasmatici dell'LH rispetto ai valori basali. Comunque, quest'incremento non è risultato statisticamente significativo (Tabella 1, valore della colonna 3 versus quelli della colonna 1). Al 21° giorno dal termine della terapia, le concentrazioni dell'LH sono ritornate ai livelli basali in tutti i pazienti (Tabella 1).

**Tabella 1.** Ormone luteinizzante (LH) nel siero umano prima e dopo il trattamento con il D-aspartato di sodio.

| Soggetti | Livelli basali ematici | LH dopo il ciclo di trattamento con D-aspartico | | |
| --- | --- | --- | --- | --- |
| | | 1° giorno | 11° giorno | 21° giorno |
| 1°. 27 anni | 2.7 | 3.2 | 2.9 | 2.8 |
| 2°. 28 anni | 3.6 | 4.4 | 3.7 | 3.5 |
| 3°. 32 anni | 1.6 | 3.4 | 2.4 | 1.7 |
| 4°. 33 anni | 5.9 | 6.7 | 5.8 | 5.8 |
| 5°. 49 anni | 4.5 | 6.2 | 5.0 | 4.6 |
| 6°. 34 anni | 3.3 | 5.0 | 4.1 | 3.4 |
| 7°. 38 anni | 2.7 | 4.0 | 3.9 | 3.8 |
| 8°. 65 anni | 3.2 | 4.5 | 4.2 | 2.9 |
| 9°. 67 anni | 4.5 | 5.7 | 4.4 | 4.3 |
| Analisi statistica | | P<0.002 | P>0.1 | P>0.1 |

I valori sono espressi in mIU/ml di siero. Analisi statistica effettuata con Student's t test e GraphPad Prism, 4.0 version for Macinthosh (GraphPad software, San Diego, CA, USA). Le differenze fra le concentrazioni di LH prima e dopo il trattamento sono statisticamente significative al 1° giorno dalla sospensione del trattamento (P=0.0023). All'11° e al 21° giorno dopo il trattamento, l'incremento dell' LH non risultava statisticamente significativo.

---

ACIDO D-ASPARTI

Lo stesso fe testosterone pre e testosterone sierico incremento è risul basali (Tabella 2: risultato statistica:

D'interesse è sierico osservato d del 21.9% ed un P Per quanto conce testosterone sierico risultato del 36.6% Al 21° giorno i v pazienti.

**Tabella 2.** Testos aspartato di sodio

| Soggetti |
| --- |
| 1°. 27 anni |
| 2°. 28 anni |
| 3°. 32 anni |
| 4°. 33 anni |
| 5°. 34 anni |
| 6°. 38 anni |
| 7°. 49 anni |
| 8°. 65 anni |
| 9°. 67 anni |
| Analisi statistiche |

Valori sono espress GraphPad Prism, 4. Le differenze fra l statisticamente sig trattamento ((P<0.0

Ci siamo ch dopo 11 giorni d fenomeno potrebl testicoli ad alte co ad indurre la stir esperimenti cond

ITÀ DI GENERE

Lo stesso fenomeno si è realizzato circa le concentrazioni ematiche di testosterone pre e post Dadavit. Infatti, eccetto che per il paziente nr 3, i livelli di testosterone sierico dopo il trattamento sono aumentati significativamente. Questo incremento è risultato tra l'11.1 ed il 47% (media 25.4%) se comparato ai livelli basali (Tabella 2: valore della colonna 2 verso quelli della colonna 1) ed inoltre è risultato statisticamente significativo per un P value = 0.0002.

D'interesse è stato il dato che ha mostrato un incremento del testosterone sierico osservato dopo 11 giorni dal termine della terapia con un incremento medio del 21.9% ed un P value = 0.0023 (Tabella 2: valori colonna 3 versus colonna 1). Per quanto concerne il paziente no. 3, in cui al 1°giorno dalla sospensione del testosterone sierico è aumentato di solo l'11.1%, al giorno 11° tale aumento è risultato del 36.6% rispetto ai valori basali (Tabella 2: colonna 3 vs. colonna 1). Al 21° giorno i valori di testosterone sono ritornati ai valori basali in 7 dei 9 pazienti.

**Tabella 2.** Testosterone nel siero umano prima e dopo il trattamento con D-aspartato di sodio.

| Soggetti | Livelli ematici basali | Testosterone dopo il ciclo di trattamento con D-aspartato | | |
| --- | --- | --- | --- | --- |
| | | 1°giorno | 11° giorno | 21° giorno |
| 1°. 27 anni | 491 | 602 | 736 | 651 |
| 2°. 28 anni | 393 | 520 | 490 | 420 |
| 3°. 32 anni | 229 | 236 | 313 | 280 |
| 4°. 33 anni | 697 | 881 | 850 | 760 |
| 5°. 34 anni | 390 | 488 | 450 | 400 |
| 6°. 38 anni | 605 | 790 | 620 | 600 |
| 7°. 49 anni | 203 | 280 | 250 | 206 |
| 8°. 65 anni | 361 | 531 | 450 | 349 |
| 9°. 67 anni | 435 | 568 | 530 | 420 |
| Analisi statistiche | | P<0.0002 | P<0.002 | P=0.1283 |

Valori sono espresso in ng/ml di siero. Analisi statistiche effettuate con Student's t test e GraphPad Prism, 4.0 version for Macintosh (GraphPad software, San Diego, CA, USA). Le differenze fra le concentrazioni di testosterone prima e dopo il trattamento sono statisticamente significative al 1° giorno e fino all'11° giorno dalla sospensione del trattamento ((P<0.0002 and <0.002, rispettivamente).

Ci siamo chiesti come mai il testosterone continuava ad aumentare anche dopo 11 giorni dal termine della terapia. Una plausibile spiegazione a questo fenomeno potrebbe essere che dopo il termine della terapia, il D-Asp rimane nei testicoli ad alte concentrazioni per un determinato periodo di tempo e poi continua ad indurre la stimolazione della sintesi ed il rilascio del testosterone. Infatti, esperimenti condotti sul ratto hanno dimostrato che se ai ratti veniva fatta bere

C-Good-0-1133 CoCCO113-FID-1-FTHGID-ENTE1-ONP23D-02 nnne111a-7l1-777/FD13-02-804/2--INT- 02/60/2014
a-2143

una quota di D-aspartato di sodio, 20-30 mM per 5-10 giorni, questo amminoacido si accumulava nelle ghiandole endocrine a concentrazioni di 3-4 volte i livelli basali. Alla sospensione del trattamento, esso ritornava ai livelli basali entro 2-3 giorni dal termine dello stesso in tutte le ghiandole analizzate (epifisi, ipofisi, tiroide, surrene) con l'eccezione della quota testicolare in cui si riporta a livelli basali solo dopo 8-10 giorni (risultati non pubblicati).

In conclusione, nel presente studio dimostriamo che l'acido D-aspartico ha un ruolo nell'asse ipotalamo-ipofisi-gonadi, che è implicato nella regolazione del rilascio e della sintesi dell'LH e del testosterone, e che l'assunzione del suo sale sodico stimola la sintesi ed il rilascio degli ormoni sessuali.

## BIBLIOGRAFIA

1. D'Aniello A. and Giuditta A. Identification of D-aspartic acid in the brain of Octopus vulgaris. J. Neurochem. 29, 1053-1057 (1977).
2. D'Aniello A., D-Aspartic acid: An endogenous amino acid with an important neuroendocrine role. Brain Research Review 53, 215-234 (2007).
3. D'Aniello A.. Di Cosmo A., Di Cristo C., Annunziato L., Petrucelli L., Fisher G.H. Involvement of D-aspartic acid in the synthesis of testosterone in rat testes. Life Sci. 59, 97-104 (1996).
4. D'Aniello A., Di Fiore M.M., Fisher G.H., Milone A., Seleni A., D'Aniello S., Perna A, Ingrosso D. Occurrence of D-Aspartic acid and N-methyl-D-aspartic acid in rat neuroendocrine tissues and their role in the modulation of luteinizing hormone and growth hormone release. FASEB J. 14, 699–714 (2000).
5. Nagata Y., Homma H., Lee J.A., Imai K. D-Aspartate stimulation of testosterone synthesis in rat Leydig cells. FEBS Letters 444, 160–164 (1999).
6. Sakai K.. Homma H., Lee J., Fukushima T., Santa T., Tashiro K., Iwatsubo T., Imai, K.Localization of D-aspartic acid in elongate spermatids in rat testis. Arch. Biochem. Biophys. 351, 96-105 (1998).
7. D'Aniello A.. Di Fiore M.M., D'Aniello G., Colin F.E., Lewis G., Setchell B.P. Secretion of D-aspartic acid by the rat testis and its role in endocrinology of the testis and spermatogenesis. FEBS Letters, 436, 23-27. (1998).
8. Nagata Y., Homma H., Matsumoto M., Imai K. Stimulation of steroidogenic acute regulatory protein (stAR) gene expression by D-aspartate in rat Leyding cells. FEBS Letters 454, 317-320 (1999).
9. Lamanna C., Assisi L., Botte Di Fiore M.M.: Endogenous testicular D-aspartic acid regulates gonadal aromatase activity in boar. J. Endocrinol. Invest. 29, 141-146. (2006).
10. D'Aniello G., Ronsini S.. Guida F., Spinelli P., D'Aniello A. Occurrence of D-aspartic acid in human spermatozoa: Possible role in reproduction. Fertility and Sterility. 84, 444-449. (2005)
11. Griffin J.E., Wilson J.D. The testis. In Bondy P.K, Rosenberg L.E, eds. Metabolic control and Disease 8th ed. Philadelphia: W.B. Saunders, pag. 1535-1578 (1980).

# EXHIBIT 16

Carlo Foresta                                    Andrea Lenzi
Alberto Ferlin                                   Andrea Garolla

Reproduction, Sexuality, and Gender Diversity

First edition: February 2008
© Copyright 2008 by CLEUP SC
"Coop. Libraria Editrice Università di Padova" [University of Padua Book Publishing
Cooperative]
Via G. Belzoni, 118/3 – Padova [Padua] (Tel. 049 650261)
www.cleup.it

All rights of translation, reproduction and adaptation, total or partial, with any medium
(including photostatic copies and microfilms), are reserved.

A2542

Case 4:14-cv-1034 Case 4:14-cv-1034 RH Document 88-3 Filed 04/30/2014 Page 79 Filed 04/30/14 #:3145

# D-Aspartic Acid is Involved in the Release and Synthesis of LH and Testosterone

G. D'ANIELLO,[1,2] E. TOPO,[2] M.A. DI FILIPPO,[1] N. GRIECO,[1] T. NOTARI,[1] S. RONSINI,[1] A. D'ANIELLO[2]

[1] Department of Obstetrics, Gynecology and Physiopathology of Human Reproduction, S. Luca Hospital, Vallo Della Lucania; [2] Anton Dohrn Zoological Station, Naples

Since the discovery of D-aspartic acid (D-Asp) in mollusks [1], this amino acid has been identified in the neuroendocrine tissues of a wide variety of animal species, including mammals [2]. The results obtained to date clearly demonstrate that D-Asp plays a dual biological role: i) it is involved in the nervous system as a possible neurotransmitter/neuromodulator, and ii) it is involved in the endocrine pathway as a promoter in inducing hormone synthesis and release [2].

Regarding its endocrine role, in 1996 we demonstrated that the injection of D-Asp in rats induces an increase of plasma LH, testosterone, and, to a lesser degree, progesterone and prolactin [3-4]. *In vitro* experiments in rats have demonstrated that D-Aspartic acid increases the release of GnRH by the hypothalamus, which in turn stimulates the release of LH by the hypophysis and, consequently, [the release] of testosterone by the gonads [4].

Nevertheless, subsequent research has demonstrated that D-Asp not only increases the levels of testosterone via the hypothalamus-hypophysis, but also acts directly on the synthesis and release of testosterone directly from the testicle, by acting on the Leyding [sic; Leydig] cells [4,5]. Furthermore, immunohistochemical methods have demonstrated that D-Asp in rats is localized in the spermatids [6] as well as in the testicular venous blood and seminiferous tubules [7]. The molecular mechanism through which D-Asp stimulates testosterone synthesis is regulated by messenger RNA through an increase in the gene expression of the StAR (steroidogenic acute regulator [sic; regulatory] protein) gene [8]. In swine testicles too, it has been demonstrated that D-Asp is involved in increasing the activity of aromatase [9], a key enzyme that converts testosterone into 17β-estradiol, which is necessary to maintain a homeostatic balance between androgens and estrogens.

Still, in the human species, we recently demonstrated that D-Asp is present in seminal fluid and spermatozoa, and that there is a direct relationship between D-Asp concentration and semen quality [10].

Therefore, the results obtained thus far led us to investigate whether administration of the sodium salt of D-aspartic acid might be involved in the release and synthesis of LH and testosterone in humans. We thus conducted a study on a group of nine healthy volunteers ranging in age from 27 to 67 years. The following protocol was followed: before treatment with D-Asp was begun, we measured serum testosterone and LH between 10:00 and 10:30 in the morning, with an eye toward minimizing the fluctuations of LH and testosterone in the plasma [11]. Patients were asked to ingest, for 10 days, a dose of sodium D-aspartate (2.6 g of sodium D-aspartate) commercialized in Italy under the name DADAVIT® (Pharmaguida S.r.l., Italy). The

supplement [sic; test drug] was ingested [after being] dissolved in water and administered in the morning after breakfast. When the treatment cycle was completed, the concentrations of LH and testosterone were determined in all patients on the 1st, 11th, and 21st days after the ingestion ended. The obtained results, although [based] on only 9 patients at this time, indicate that sodium D-aspartate is responsible for increasing LH and testosterone plasma levels in man and that this increase is statistically significant. In fact, as reported in Table 1, the serum concentration of LH measured the day after the ingestion cycle was completed (1st day) showed an increment between 18[%] and 112%, with a mean of 40.7% over baseline values (Table 1: values of column 2 versus those of column 1). This difference was statistically significant, with a P value <0.002. On the 11th day after suspension of the treatment, 4 of the 9 patients still showed increases of plasma LH over baseline values. However, this increment was not statistically significant (Table 1, value[s] of column 3 versus those of column 1). On the 21st day after the end of the therapy, the LH concentrations returned to baseline levels in all patients (Table 1).

Table 1. Luteinizing hormone (LH) in human serum before and after treatment with sodium D-aspartate.

| Subjects | Baseline blood levels | LH after treatment cycle with D-aspartic [sic] | | |
|---|---|---|---|---|
| | | 1st Day | 11th Day | 21st Day |
| 1st, 27 years | 2.7 | 3.2 | 2.9 | 2.8 |
| 2nd, 28 years | 3.6 | 4.4 | 3.7 | 3.5 |
| 3rd, 32 years | 1.6 | 3.4 | 2.4 | 1.7 |
| 4th, 33 years | 5.9 | 6.7 | 5.8 | 5.8 |
| 5th, 49 years | 4.5 | 6.2 | 5.0 | 4.6 |
| 6th, 34 years | 3.3 | 5.0 | 4.1 | 3.4 |
| 7th, 38 years | 2.7 | 4.0 | 3.9 | 3.8 |
| 8th, 65 years | 3.2 | 4.5 | 4.2 | 2.9 |
| 9th, 67 years | 4.5 | 5.7 | 4.4 | 4.3 |
| Statistical analyses | | P<0.002 | P>0.1 | P>0.1 |

The values are expressed in mIU/mL of serum. Statistical analyses were conducted with Student's t test and GraphPad Prism, version 4.0 for Macintosh (GraphPad software, San Diego, CA, USA). The differences between the LH concentrations before and after the treatment are statistically significant on the 1st day after suspension of the treatment (P = 0.0023). On the 11th and 21st days after the treatment, the increment of LH was not statistically significant.

The same phenomenon took place regarding the pre- and post-Dadavit concentrations of testosterone in blood. In fact, except for Patient No. 3, the serum testosterone levels after treatment increased significantly. This increment was between 11.1[%] and 47% (mean 25.4%) in comparison with the baseline levels (Table 2: values of column 2 versus those of column 1); furthermore, it was statistically significant for P value = 0.0002.

The datum showing an increase of serum testosterone observed 11 days after the end of the therapy was of interest, with a mean increment of 21.9% and a P value = 0.0023 (Table 2: values of column 3 versus column 1). With regard to Patient No. 3, whose serum testosterone increased by only 11.1% on Day 1 after suspension, on Day 11 said increase reached 36.6% with respect to baseline values (Table 2, column 3 vs. column 1). On Day 21, the testosterone values returned to baseline in 7 of the 9 patients.

Table 2. Testosterone in human serum before and after treatment with sodium D-aspartate.

| Subjects | Baseline blood levels | LH after treatment cycle with D-aspartic [sic; possibly, aspartate] | | |
| --- | --- | --- | --- | --- |
| | | 1st Day | 11th Day | 21st Day |
| 1st, 27 years | 491 | 602 | 736 | 651 |
| 2nd, 28 years | 393 | 520 | 490 | 420 |
| 3rd, 32 years | 229 | 236 | 313 | 280 |
| 4th, 33 years | 697 | 881 | 850 | 760 |
| 5th, 34 years | 390 | 488 | 450 | 400 |
| 6th, 38 years | 605 | 790 | 620 | 600 |
| 7th, 49 years | 203 | 280 | 250 | 206 |
| 8th, 65 years | 361 | 531 | 450 | 349 |
| 9th, 67 years | 435 | 568 | 530 | 420 |
| Statistical analyses | | P<0.0002 | P<0.002 | P=0.1283 |

Values are expressed in ng/mL of serum. Statistical analyses were conducted with Student's $t$ test and GraphPad Prism, version 4.0 for Macintosh (GraphPad software, San Diego, CA, USA). The differences between the testosterone concentrations before and after the treatment are statistically significant on the 1st day and up to the 11th day after suspension of the treatment ($P < 0.0002$ and $< 0.002$, respectively).

We wondered how testosterone continued to increase even after 11 days since the therapy ended. One plausible explanation for this phenomenon could be that after the end of the therapy, D-Asp remains in the testicles at high concentrations for a certain period of time and then continues to induce the stimulation of testosterone synthesis and release. In fact, experiments conducted on rats have demonstrated that if rats were made to drink 20-30 mM of sodium D-aspartate for 5-10 days, this amino acid accumulated in the endocrine glands at concentrations 3-4 times the baseline levels. When the treatment was suspended, it returned to baseline levels within 2-3 days after [the treatment] ended in all analyzed glands (epiphyseal, hypophyseal, thyroid, adrenal), with the exception of the testicular level, which return to baseline levels only after 8-10 days (unpublished results).

In conclusion, in this study we demonstrate that D-aspartic acid has a role in the hypothalamus-hypophysis-gonad axis, that it is involved in regulating the release and synthesis

of LH and testosterone, and that ingestion of its sodium salt stimulates the synthesis and release of sex hormones.

## Bibliography

1.  D'Aniello A. and Giuditta A. Identification of D-aspartic acid in the brain of Octopus vulgaris. J. Neurochem. 29, 1053-1057 (1977).
2.  D'Aniello A., D-Aspartic acid: An endogenous amino acid with an important neuroendocrine role. Brain Research Review 53, 215-234 (2007).
3.  D'Aniello A., Di Cosmo A., Di Cristo C., Annunziato L., Petrucelli L., Fisher G.H. Involvement of D-aspartic acid in the synthesis of testosterone in rat testes. Life Sci. 59, 97-104 (1996).
4.  D'Aniello A., Di Fiore M.M., Fisher G.H., Milone A., Seleni A., D'Aniello S., Perna A. Ingrosso D. Occurrence of D-Aspartic acid and N-methyl-D-aspartic acid in rat neuroendocrine tissues and their role in the modulation of luteinizing hormone and growth hormone release. FASEB J. 14, 699-714 (2000).
5.  Nagata Y., Homma H., Lee J.A., Imai K. D-Aspartate stimulation of testosterone synthesis in rat Leydig cells. FEBS Letters 444, 160-164 (1999).
6.  Sakai K., Homma H., Lee J., Fukushima T., Santa T., Tashiro K., Iwatsubo T., Imai, K.Localization of D-aspartic acid in elongate spermatids in rat testis. Arch. Biochem. Biophys. 351, 96-105 (1998).
7.  D'Aniello A., Di Fiore M.M., D'Aniello G., Colin F.E., Lewis G., Setchell B.P. Secretion of D-aspartic acid by the rat testis and its role in endocrinology of the testis and spermatogenesis. FEBS Letters, 436, 23-27. (1998).
8.  Nagata Y., Homma H., Matsumoto M., Imai K. Stimulation of steroidogenic acute regulatory protein (stAR) gene expression by D-aspartate in rat Leyding cells. FEBS Letters 454, 317-320 (1999).
9.  Lamanna C., Assisi L., Botte Di Fiore M.M.: Endogenous testicular D-aspartic acid regulates gonadal aromatase activity in boar. J. Endocrinol. Invest. 29, 141-146, (2006).
10. D'Aniello G., Ronsini S., Guida F., Spinelli P., D'Aniello A. Occurrence of D-aspartic acid in human spermatozoa: Possible role in reproduction. Fertility and Sterility. 84, 444-449. (2005)
11. Griffin JE., Wilson JD. The testis. In Bondy PK, Rosenberg LE, eds. Metabolic control and Disease 8th ed. Philadelphia: W.B. Saunders, pag. 1535-1578 (1980).



June 5, 2013

Re: 49329/120830/116051

To Whom It May Concern:

This is to certify that a professional translator on our staff who is skilled in the Italian and English languages translated [Feb 2008 italian conference abstract.pdf] from Italian into English.

We certify that the English translation conforms essentially to the original Italian language.

Susan Andrus
Marketing Manager

Subscribed and sworn to before me on June 5, 2013.

JENNIFER CARDENAS
My Commission Expires
November 10, 2013

Notary Public

910 WEST AVENUE, AUSTIN, TEXAS 78701 USA • +1 512.472.6753 • 1 800.531.997 • FAX +1 512.472.4591
INFO@MCELROYTRANSLATION.COM • WWW.MCELROYTRANSLATION.COM

A2547



# **Translate**Media

## This document is your Translation Warranty

TranslateMedia has a 100% satisfaction guarantee. This means that we will work on your Premium translation until you are entirely satisfied at no extra charge, within the requirements and instructions provided in the initial order.

**Translation Details**

| | |
|---|---|
| Our Reference: | 49329/120830/116051 |
| Delivery Date | 05/06/2013 |
| Source Document | Feb 2008 italian conference abstract.pdf |
| Description | Italian into English, 1354 words, General |

**What do I do if I am not happy with the translation?**

1. Please refrain from making any amendments yourself – especially if you are not mother tongue fluent in the target language – as it may worsen the situation.
2. Please call us immediately.

**Your TranslateMedia project manager:**
Anais Langston
Anais.Langston@translatemedia.com
512-472-6753 x124

**Your local TranslateMedia Office:**
Austin
800-531-9977
Ian Davies

**What will happen?**

Your document will be given top priority by our local Project Management teams and the amended work will be returned to you in the shortest time possible. We will open an internal enquiry to understand why the changes were required, and put into place corrective actions.

## This warranty is valid for 30 days after the delivery date stated above.



Matt Train
Director of Operations

Patrick Eve
Managing Director



EN 15038 European Translation Service Standard
**BUREAU VERITAS**
**Certification**

For two years running TranslateMedia has been audited and certified fully compliant with EN 15038, the first international quality standard specific to the provision of translation services. The auditors reported zero major and zero minor faults in TranslateMedia's quality processes. Find more at http://en.wikipedia.org/wiki/EN_15038*/

# EXHIBIT 17



EXHIBIT
# 10
Arnold
1/13/12 fc

## Cantor Colburn LLP

*Intellectual Property Attorneys*

*William J. Cass*
wcass@cantorcolburn.com
*Jeffery B. Arnold*
jbarnold@cantorcolburn.com

**HARTFORD**
20 Church Street
22nd Floor
Hartford, CT 06103
phone: 860-286-2929
fax: 860-286-0115

**WASHINGTON, D.C.**
1800 Diagonal Road
Suite 510
Alexandria, VA 22314
phone: 703-236-4500
fax: 703-236-4501

**ATLANTA**
1180 Peachtree Street
Suite 2050
Atlanta, GA 30309
phone: 404-607-9991
fax: 404-607-9981

**HOUSTON**
2603 Augusta Drive
Suite 700
Houston, TX 77057
phone: 713-266-1130
fax: 713-266-8510

**DETROIT**
201 W. Big Beaver Road
Suite 1101
Troy, MI 48084
phone: 248-524-2300
fax: 248-524-2700

*www.cantorcolburn.com*

December 21, 2012

<u>Via Federal Express and E-mail</u>
twoods@trialnewport.com
and sferrell@trialnewport.com

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
Newport Trial Group
A Professional Corporation
895 Dove Street, Suite 425
Newport Beach, CA 92660

Re:   *Thermolife International v. Better Body Sports, LLC, et al.*
      Case No. CV-12-09229 GAF (FFMx)
      Our File: JLS0001L

Dear Mr. Woods:

As you know, our firm has been retained to represent Lecheek, LLC; Maximum Human Performance; LLC; Purus Labs, Inc.; Reaction Nutrition, LLC; Redefine Nutrition, LLC; John's Lone Star Distribution, Inc. d/b/a Lone Star Distribution; and All Star Health in the above entitled litigation. This letter has been written to provide your client with notice that the assertion of U.S. Patent No. 8,202,908 (hereinafter "the '908 patent") against these Defendants is frivolous, as there is prior art that was not disclosed to the USPTO that renders the '908 patent invalid. Attached hereto as Exhibit A is a copy of the '908 patent for your convenience.

We also demand that your client cease and desist from contacting the Defendants' customers, potential customers, distributors and other interested third parties concerning the alleged infringement of the '908 patent, as we have learned that the Booth Udall firm, acting as counsel for Thermolife, has been sending cease and desist letters to various third parties.

By way of review, the '908 patent was filed on March 27, 2009, and claimed priority to a provisional patent application filed on March 28, 2008. Thus, the

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
December 21, 2012
Page 2

earliest priority date for the '908 patent under 35 U.S.C § 102 is March 28, 2008.

The '908 patent is entitled D-Aspartic Acid Supplement. While the '908 patent is void of product claims, it nonetheless has claims directed to methods employing D-aspartic acid, salts thereof, and esters thereof. According to the specification:

> Aspartic acid is an amino acid having the formula $HOOC\text{---}CH_2\text{---}CH(NH_2)\text{---}COOH$. Its conjugate base (formed by losing a proton) is known as aspartate. For example, sodium aspartate $NaOOC\text{---}CH_2\text{---}CH(NH_2)\text{---}COOH$ is the sodium salt of aspartic acid. Aspartic acid and aspartate are biologically equivalent in most respects and the term "aspartic acid" is used herein to refer to both compounds.
>
> Closely related derivatives of aspartic acid are also known. One class of derivatives, known as esters, are formed by substituting an $\text{---}OR'$ group (where R' represents an alkyl or an aryl group) for the $\text{---}OH$ in one of the carboxylic groups ($\text{---}COOH$). For example, methyl aspartate $CH_3OOC\text{---}CH_2\text{---}CH(NH_2)\text{---}COOH$ is an ester. Another type of derivative is formed by substituting a methyl group ($\text{---}CH_3$) for one of the hydrogens of the amino group ($\text{---}NH_2$). For example, N-methyl-aspartate is a derivative having the formula $HOOC\text{---}CH_2\text{---}CH(NHCH_3)\text{---}COOH$. Aspartic acid, its salts such as sodium aspartate, its esters such as methyl aspartate, and other derivatives such as N-methyl-aspartate are nearly biologically equivalent in some respects and the term "aspartic acid compound" is used herein to refer to them.
>
> In aspartic acid, the carbon atom attached to the amino group is asymmetric, i.e., it has four different groups attached to it. The presence of an asymmetric carbon makes aspartic acid a member of the class of compounds that exists in one of two optically active forms. The two forms, known as enantiomers, are mirror images of each other. They differ only in the orientation of the four groups that are attached to the asymmetric carbon. . . . The '908 patent, col. 1, lns. 18-48.

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
December 21, 2012
Page 3

### 1.    The Invention In General

The method of the invention comprises the administration of an effective amount of a D-aspartic acid compound to adult human males. It has been surprisingly found that the administration causes an increase in the levels of testosterone, growth hormone, and insulin-like growth factor 1. Increases in these hormones cause, in turn, an improvement in the physical condition of the males.

### 2.    The D-Aspartic Acid Compound

Suitable D-aspartic acid compounds include D-aspartic acid, D-aspartate salts, D-aspartate esters, and other functionally equivalent derivatives such as N-methyl-D-aspartic acid. The D-aspartic acid compound is suitable in its enantiomeric form or as the racemic mixture. The preferred compound is DL-aspartic acid because of its ready availability and low cost.

### 3.    Administration

The D-aspartic acid compound is administered in any known way that results in the compound entering the bloodstream. For example, the compound is orally ingested, injected directly into the bloodstream, administered via patches, and the like. The preferred method of administration is by oral ingestion. D-aspartic acid is well tolerated and is effectively taken into the bloodstream through the digestive tract.

The D-aspartic acid compound is conveniently ingested as a powder or is dissolved in a suitable liquid. For example, D-aspartic acid has substantial solubility in water and is well suited for addition to conventional aqueous beverages. The D-aspartic acid may have synergistic results with other common nutritional supplements, such as androst-4-ene-3, 6, 17-trione, marketed as 6-OXO supplement by Proviant Technologies, Inc. of Champaign, Ill.

A2552

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
December 21, 2012
Page 4

### 4. Effective Amount

The D-aspartic acid compound is administered in an amount that is
effective to increase the levels of testosterone, growth hormone,
and/or insulin-like growth factor 1 in the recipient. In general, the
D-aspartic acid compound is administered in an amount of about 1
to 100 grams per day, preferably about 1 to 20 grams per day, and
most preferably about 5 to 10 grams per day, computed on the
basis of equivalent molar amount of D-aspartic acid. In other
words, if the DL-aspartic acid racemic modification is used, the
amounts are doubled. If a derivative is used having a molecular
weight ten percent greater than that of D-aspartic acid, the amounts
are increased by ten percent to provide the same equivalent molar
amount.

### 5. Benefits

The administration of an effective amount of a D-aspartic acid
compound has many beneficial effects on adult male humans. The
administration causes an increase in the levels of testosterone,
growth hormone, and/or insulin-like growth factor 1 in the
recipient, regardless of age. The increases in these hormones, in
turn, are believed to cause a large number of improvements in
physical condition, including an increase in muscle mass, an
increase in strength, a decrease in fat, and a reduction in various
aging characteristics. Increases in these hormones are also believed
to cause an improvement in sexual performance. . .

The '908 patent, col. 4, ln. 18, to col. 5, ln. 18.

The claims of the patent read as follows:

1. A method of increasing the levels of testosterone, growth
hormone, and/or insulin-like growth factor 1 in an adult male
human, the method comprising administering by oral ingestion a
D-aspartic acid compound selected from the group consisting of D-
aspartic acid, D-Aspartate salts, and D-aspartate esters to an adult
male human, wherein said D-aspartic acid compound is
administered in an amount and for a time sufficient to increase the

A2553

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
December 21, 2012
Page 5

> levels of testosterone, growth hormone, and/or insulin-like growth
> factor 1.
>
> 2. The method of claim 1 wherein the D-aspartic acid compound
> is administered in an amount of about 1 to 20 grams of D-aspartic
> acid equivalent.

Italian Patent Appl. No. ITRM20050468 was filed on 14 September 2005,
published on **15 March 2007**, and issued as an Italian patent on 4 May 2009.
The word "Brevetto" in Italian means "patent." As previously mentioned, the
earliest priority date for the '908 patent is 28 March 2008. The published
Italian patent application is a 102(b) anticipatory reference. See Exhibit B and
C attached hereto.

The published patent application is directed to a D-aspartic acid supplement
(which also includes D-aspartic acid salts), and states, in relevant part
(English translation):

> The D-aspartic acid is a natural amino acid which was first
> discovered, in 1977-1978, in the nervous and endocrine system of
> the octopus, a marine mollusk having the scientific name *Octopus
> vulgaris* (Ref. 1-2), by Antimo D'Aniello in collaboration with
> Antonio Giuditta. Subsequent research carried out by Antimo
> D'Aniello in collaboration with other Italian and foreign
> researchers have shown that the D-aspartic acid is present in the
> nervous and endocrine systems of other marine animal species
> (Ref. 3-4) and in various land animal species, such as frogs (Ref.
> 5-6), lizards (Ref. 7), chickens (Ref. 8), rats (Ref. 8-11), and man
> (Ref. 11-13). The concentration varies from species to species; it
> is however contained in a concentration range going from 50 to
> 200 micromoles/g of fresh tissue.
>
> Notwithstanding that various studies regarding the presence of this
> compound have been carried out in a variety of animal tissue, its
> biological and physiological role has not, however, yet been
> defined. It has only been observed that the presence of this
> compound in rats induces a temporary increase of certain
> hormones in the blood, such as: the luteinizing hormone (LH) (Ref.

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
December 21, 2012
Page 6

14-15), growth hormone (GH) (Ref. 15), prolactin (PRL) (Ref. 16)
and testosterone (T) (Ref. 14).

The authors of this invention have now found that in man, D-
aspartic acid (for example, as obtained by chemical synthesis by
national or international chemical companies and sold in its
purified form by various companies specialized in the field) is
implicated in male fertility.

In fact, the results obtained by the authors show that D-aspartic
acid is present in the seminal fluid and in the spermatozoa of
physiologically fertile persons (persons who have a number of
spermatozoa greater than 20 million/ml of seminal fluid and a
spermatic motility that is greater than 50 %) in concentrations of
$80\pm24$ nmol/ml in seminal fluid and of $130\pm30$
fmol/spermatozoon. Whereas, in the seminal fluid of infertile
subjects, which is to say, in subjects who have a number of seminal
fluid spermatozoa and the motility of which is below physiological
(oligoasthenospermic) values, as well as in subjects who do not
have spermatozoa in the seminal fluid (azoospermic), the D-
aspartic acid content is significantly reduced both in the seminal
fluid and in the spermatozoa.

Specifically, in the seminal fluid of oligoasthenospermic subjects,
the D-aspartic acid is found to be significantly reduced to
approximately one third. Or rather, from values of $80\pm24$ nmol/ml
to values of $26\pm6$ nmol/ml, and in azoospermic subjects the
seminal fluid D-aspartic content is reduced to as little as one sixth:
from values of $80\pm24$ nmol/ml to values of $12\pm4$ nmol/ml. In the
spermatozoa of persons with reduced fertility
(oligoasthenospermic), the D-aspartic concentration is significantly
reduced by more than half, which is to say, from values of $130\pm35$
fmol/spermatozoon to values of $60\pm10$ fmol/spermatozoon.
**Furthermore, in the ambit of a study carried out on a number
of volunteers, it was been observed that taking D-aspartic acid
(2-4 grams, daily dose) for a defined number of days,
statistically induces an increased concentration of hematic
testosterone and a concomitant increase of the number and
motility of the spermatozoa.**

(Emphasis added.) Italian Patent Application Publication
IT2005RM0468A1, pp. 7-10.

# Cantor Colburn LLP

*Intellectual Property Attorneys*

Tyler J. Woods, Esq.
Scott J. Ferrell, Esq.
December 21, 2012
Page 7

Obviously, the claims of the '908 patent are anticipated. Of greater concern, however, is the fact that the inventor, Patrick Arnold, who was convicted in a steroid abuse matter, was well acquainted with the research of these inventors. Moreover, Mr. Arnold in a publicly stated in writing that D-Aspartic Acid could improve testosterone in men in 1996.

It has come to our attention that the Plaintiff, ThermoLife International LLC, through its counsel, Booth Udall, has contacted customers, potential customers, distributors and interested third parties, accusing the Defendants' products of infringing the '908 patent and demanding that they cease and desist offering for sale, selling, reselling and/or distributing Defendants' products. In light of the above, these actions constitute tortious interference with a business relationship, product disparagement (both federal and state) and an unfair trade practice.

On behalf of our respective clients, we hereby demand that Plaintiff withdraws the accusation of infringement of the '908 patent and dismiss its case, cease and desist from contacting the Defendants' customers, potential customers, distributors and other interested third parties concerning the alleged infringement of the '908 patent, and issue a retraction of the accusation of infringement.

Please be advised that if this case is not dismissed, Defendants will take action to redress this activity including, but not limited to, bringing counterclaims based upon the facts outlined above, in addition to seeking sanctions and/or attorneys' fees.

Now that you are aware of this information, we trust you will act accordingly.

Sincerely,                                    Sincerely,

William J. Cass                              Jeffery B. Arnold

WJC/kav
Attachments

cc: Pacer K. Udall, Esq.

# EXHIBIT A



US008202908B1

(12) **United States Patent**  (10) Patent No.: **US 8,202,908 B1**
Arnold  (45) Date of Patent: **Jun. 19, 2012**

(54) **D-ASPARTIC ACID SUPPLEMENT**

(75) Inventor: **Patrick Arnold**, Champaign, IL (US)

(73) Assignee: **Thermolife International, LLC**, Phoenix, AZ (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 349 days.

(21) Appl. No.: **12/383,682**

(22) Filed: **Mar. 27, 2009**

Related U.S. Application Data

(60) Provisional application No. 61/072,254, filed on Mar. 28, 2008.

(51) Int. Cl.
| | |
|---|---|
| *A61K 31/195* | (2006.01) |
| *A61K 9/24* | (2006.01) |
| *A61P 15/08* | (2006.01) |

(52) U.S. Cl. ..................................... 514/561; 424/464

(58) Field of Classification Search ................. 514/561; 424/464
See application file for complete search history.

(56) References Cited

U.S. PATENT DOCUMENTS

5,397,786 A * 3/1995 Simone .......................... 514/300
5,691,377 A * 11/1997 Estienne et al. .............. 514/557

* cited by examiner

*Primary Examiner* — Sreeni Padmanabhan
*Assistant Examiner* — Uma Ramachandran
(74) *Attorney, Agent, or Firm* — Booth Udall, PLC

(57) **ABSTRACT**

The physical condition of adult male humans of all ages is improved by administering an effective amount of a D-aspartic acid compound. The administration of this compound increases their levels of testosterone, growth hormone, and/or insulin-like growth factor.

2 Claims, No Drawings

US 8,202,908 B1

# D-ASPARTIC ACID SUPPLEMENT

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Application Ser. No. 61/072,254, Mar. 28, 2008.

## FIELD OF THE INVENTION

This invention relates to nutritional supplements for male humans.

## BACKGROUND OF THE INVENTION

### 1. Aspartic Acid

Aspartic acid is an amino acid having the formula HOOC—CH$_2$—CH(NH$_2$)—COOH. Its conjugate base (formed by losing a proton) is known as aspartate. For example, sodium aspartate NaOOC—CH$_2$—CH(NH$_2$)—COOH is the sodium salt of aspartic acid. Aspartic acid and aspartate are biologically equivalent in most respects and the term "aspartic acid" is used herein to refer to both compounds.

Closely related derivatives of aspartic acid are also known. One class of derivatives, known as esters, are formed by substituting an —OR' group (where R' represents an alkyl or an aryl group) for the —OH in one of the carboxylic groups (—COOH). For example, methyl aspartate CH$_3$OOC—CH$_2$—CH(NH$_2$)—COOH is an ester. Another type of derivative is formed by substituting a methyl group (—CH$_3$) for one of the hydrogens of the amino group (—NH$_2$). For example, N-methyl-aspartate is a derivative having the formula HOOC—CH$_2$—CH(NHCH$_3$)—COOH. Aspartic acid, its salts such as sodium aspartate, its esters such as methyl aspartate, and other derivatives such as N-methyl-aspartate are nearly biologically equivalent in some respects and the term "aspartic acid compound" is used herein to refer to them.

In aspartic acid, the carbon atom attached to the amino group is asymmetric, i.e., it has four different groups attached to it. The presence of an asymmetric carbon makes aspartic acid a member of the class of compounds that exists in one of two optically active forms. The two forms, known as enantiomers, are mirror images of each other. They differ only in the orientation of the four groups that are attached to the asymmetric carbon.

Enantiomers have identical chemical properties except toward optically active reagents. Optically active reagents are very common in biological systems. As a result, enantiomers often have very different functions in the body.

Enantiomers are sometimes analogized to a right hand and a left hand. The two hands are mirror images of each other and are identical in most respects. However, they differ dramatically in how they fit within a right-handed glove.

One of the two enantiomers of aspartic acid is known as levorotatory aspartic acid or by the abbreviations (−)-aspartic acid, (l)-aspartic acid, or L-aspartic acid. The other enantiomer of aspartic acid is known as dextrorotatory aspartic acid or by the abbreviations (+)-aspartic acid, (d)-aspartic acid, or D-aspartic acid. A mixture of equal parts of both enantiomers is known as a racemic mixture, a racemic modification, or a racemate and is designated as (±)-aspartic acid or DL-aspartic acid. The terms L-aspartic acid and D-aspartic acid are used herein for the enantiomers and DL-aspartic acid is used for the racemic mixture.

L-aspartic acid is one of the twenty-six amino acids that make up proteins. L-aspartic acid is a common nutritional supplement.

D-aspartic acid is also present in the human body, but in much smaller amounts than L-aspartic acid. As discussed in the following sections, D-aspartic acid is believed to play a role in the generation of certain hormones in male humans.

### 2. Male Hormones

Hormones are molecules that carry signals from one group of cells to another group of cells. Three such hormones are testosterone, growth hormone (GH), and insulin-like growth factor 1 (IGF-1).

Testosterone is the major male sex hormone in humans and other mammals. It is produced primarily in the testes. Testosterone is responsible for a wide range of beneficial effects, including increases in muscle mass, strength, and sexual performance. Growth hormone is produced in the pituitary gland and is also responsible for a wide range of beneficial effects, including increases in muscle mass. Insulin-like growth hormone 1 is produced in the liver and is further responsible for a wide range of beneficial effects.

These three hormones are at their highest levels during young adulthood when physical condition (including athletic and sexual performance) is greatest. The levels typically decline gradually as men age. Many of the undesirable effects of aging are believed to be caused by the declining levels of hormones. It is believed that increasing the levels of these three hormones improves the physical condition of adult males of all ages. However, increasing the levels by simply adding the hormones carries with it certain disadvantages.

### 3. The Production Of Male Hormones

The production of testosterone, growth hormone (GH), and insulin-like growth factor 1 (IGF-1) hormones in male mammals is regulated by a complex and not fully understood communication system between the hypothalamus gland located at the base of the brain, the pituitary gland (another gland located at the base of the brain), the liver, and the testes.

In the case of testosterone, its production is believed to be at least partially controlled by the following system and pathways in male humans. The hypothalamus has receptors that detect the level of testosterone in the blood. When the level becomes low, the hypothalamus generates a gonadotropin releasing hormone (GnRH) that is detected by the pituitary gland. In response to the GnRH hormone, the pituitary gland generates a luteinizing hormone (LH) that is detected by the testes. In response to the LH hormone, the testes produce testosterone.

The production of growth hormone (GH) and insulin-like growth factor 1 (IGF-1) are apparently regulated by similar systems and pathways. The hypothalamus generates a growth hormone releasing hormone (GHRH) that triggers the release of growth hormone (GH) by the pituitary. GHRH is released in pulsatile fashion and the subsequent release of GH from the pituitary is also pulsatile in nature. GH stimulates the liver to increase production and release of IGF-1. Increased levels of IGF-1 promote production of somatostatin, also known as growth hormone inhibiting hormone (GH1H), in the hypothalamus. Somatostatin acts on the hypothalamus and pituitary to decrease production of GHRH and GH. This regulatory system of GHRH, GH, IGF-1, and somatostatin is referred to as the GH/IGF-1 axis.

### 4. Animal Studies With D-Aspartic Acid

As previously mentioned, levels of testosterone, growth hormone, and insulin-like growth factor 1 in the blood can be increased by simply administering the hormones themselves. The levels can also be increased by adding other hormones (such as gonadotropin releasing hormone or luteinizing hor-

US 8,202,908 B1

3

mone) or prohormones that trigger the body to produce the three hormones. The addition of hormones carries the potential for serious side effects and many hormones are available only with a physician's prescription.

Some recent research has indicated that certain non-hormonal compounds may also have an effect on the production of hormones in male mammals. Many experiments have been performed involving the administration of D-aspartic acid or N-methyl-D-aspartate to animals of species ranging from rats to sheep to lower primates. The administration of these two compounds has been performed by injection into the bloodstream. N-methyl-D-aspartate has also been administered orally.

For example, the administration of D-aspartic acid and N-methyl-D-aspartate has been shown to cause an increase in testosterone and growth hormone levels in the animals. Antimo D'Aniello, "D-Aspartic Acid: An Endogenous Amino Acid With An Important Neuroendocrine Role," *Brain Research Reviews*, Vol. 53, No. 2, pp. 215-234 (2007); and R. Boni et al., "Puberty In Monkeys Is Triggered By Chemical Stimulation Of The Hypothalamus," *Proceedings of the National Academy of Sciences, Vol.* 86, No. 7, pp. 2506-2510 (1989). The administration of N-methyl-D-aspartate has been shown to cause an increase in growth rate. G. Xi et al., "Growth Associated Hormones Response And Fat Metabolism Change In Finishing Pigs Fed With N-Methyl-D-Aspartate," *Asian-Australian Journal of Animal Science, Vol.* 15, No. 7, pp. 1026-1030 (2002).

As additional examples, the administration of D-aspartic acid has been shown to stimulate the release of growth hormone from the pituitary, both in-vitro and in-vivo. T. Fukushima et al., "Studies On The Fate of D-Aspartic Acid In Pineal And Pituitary Glands Of Rats And Intravenous Administration," *Proc. Japan. Acad*, Vol. 74, No. B, pp. 18-23 (1998). The administration of D-aspartic acid has been shown to stimulate the release of testosterone from the testes, both in-vitro and in-vivo. Antimo D'Aniello, "Involvement Of D-Aspartic Acid In The Synthesis Of Testosterone In Rat Testes," *Life Sciences*, Vol. 59, No. 2, pp. 97-104 (1996). The administration of D-aspartic acid or N-methyl-D-aspartate has been shown to stimulate growth hormone production from the pituitary gland both in-vitro and in-vivo. Antimo D'Aniello et al., "Occurrence Of D-Aspartic Acid and N-Methyl-D-Aspartic Acid In Rat Neuroendocrine Tissues And Their Role In The Modulation Of Luteinizing Hormone And Growth Hormone Release," *The FASEB Journal*, Vol. 14, pp. 699-714 (2000).

5. Human Studies With D-Aspartic Acid

No studies have examined the effects of D-aspartic acid or N-methyl-D-aspartate on male humans. It is well known that different species of mammals often have different responses to hormones. Therefore, it is unknown whether, and to what degree, the administration of D-aspartic acid compounds in different ways and at different levels to male humans causes an increase in levels of testosterone, growth hormone, and insulin-like growth factor 1.

Accordingly, there is a demand for a method of improving the physical condition of adult male humans of all ages by increasing their levels of testosterone, growth hormone, and insulin-like growth factor 1 without the administration of hormones or prohormones.

SUMMARY OF THE INVENTION

One general object of this invention is to provide an improved method of enhancing the physical condition of adult male humans of all ages by increasing their levels of

4

testosterone, growth hormone, and/or insulin-like growth factor 1 without the administration of hormones.

I have invented a method of improving the physical condition of an adult male human. The method comprises administering an effective amount of a D-aspartic acid compound to an adult male human.

The method of this invention improves the physical condition of adult male humans of all ages by increasing their levels of testosterone, growth hormone, and/or insulin-like growth factor 1 without the administration of hormones. The method comprises the administration of D-aspartic acid and/or its biological equivalent derivate compounds. D-aspartic acid is a chemical that is present in the human body and is generally recognized as safe.

DETAILED DESCRIPTION OF THE INVENTION

1. The Invention In General

The method of the invention comprises the administration of an effective amount of a D-aspartic acid compound to adult human males. It has been surprisingly found that the administration causes an increase in the levels of testosterone, growth hormone, and insulin-like growth factor 1. Increases in these hormones cause, in turn, an improvement in the physical condition of the males.

2. The D-Aspartic Acid Compound

Suitable D-aspartic acid compounds include D-aspartic acid, D-aspartate salts, D-aspartate esters, and other functionally equivalent derivatives such as N-methyl-D-aspartic acid. The D-aspartic acid compound is suitable in its enantiomeric form or as the racemic mixture. The preferred compound is DL-aspartic acid because of its ready availability and low cost.

3. Administration

The D-aspartic acid compound is administered in any known way that results in the compound entering the bloodstream. For example, the compound is orally ingested, injected directly into the bloodstream, administered via patches, and the like. The preferred method of administration is by oral ingestion. D-aspartic acid is well tolerated and is effectively taken into the bloodstream through the digestive tract.

The D-aspartic acid compound is conveniently ingested as a powder or is dissolved in a suitable liquid. For example, D-aspartic acid has substantial solubility in water and is well suited for addition to conventional aqueous beverages. The D-aspartic acid may have synergistic results with other common nutritional supplements, such as androst-4-ene-3,6,17-trione, marketed as 6-OXO supplement by Proviant Technologies, Inc. of Champaign, Ill.

4. Effective Amount

The D-aspartic acid compound is administered in an amount that is effective to increase the levels of testosterone, growth hormone, and/or insulin-like growth factor 1 in the recipient. In general, the D-aspartic acid compound is administered in an amount of about 1 to 100 grams per day, preferably about 1 to 20 grams per day, and most preferably about 5 to 10 grams per day, computed on the basis of equivalent molar amount of D-aspartic acid. In other words, if the DL-aspartic acid racemic modification is used, the amounts are

US 8,202,908 B1

5

doubled. If a derivative is used having a molecular weight ten percent greater than that of D-aspartic acid, the amounts are increased by ten percent to provide the same equivalent molar amount.

### 5. Benefits

The administration of an effective amount of a D-aspartic acid compound has many beneficial effects on adult male humans. The administration causes an increase in the levels of testosterone, growth hormone, and/or insulin-like growth factor 1 in the recipient, regardless of age. The increases in these hormones, in turn, are believed to cause a large number of improvements in physical condition, including an increase in muscle mass, an increase in strength, a decrease in fat, and a reduction in various aging characteristics. Increases in these hormones are also believed to cause an improvement in sexual performance.

### 6. Example

The following example is illustrative only.

### Example 1

This example illustrates the effects of administering D-aspartic acid to adult male humans.

A group of nine adult males ranging in age from twenty to sixty is divided into three groups of three men each. The division is made so that each group contains a similar age

6

distribution. Blood samples are taken and the levels of testosterone, growth hormone, and insulin-like growth factor 1 are measured.

The men in the first group orally ingest 10 grams of DL-aspartic acid (which includes 5 grams of D-aspartic acid) daily for twenty-one days. The amount is divided into two equal doses, one of which is taken in the morning and one of which is taken in the evening. The men in the second and third groups follow a similar procedure except the men in the second group orally ingest 20 grams of DL-aspartic acid (which includes 10 grams of D-aspartic acid) per day and the men in the third group orally ingest 40 grams of DL-aspartic acid (which includes 20 grams of D-aspartic acid) per day. Blood samples are then retaken. The results show significant increases in the levels of the three hormones in the three groups.

I claim:

1. A method of increasing the levels of testosterone, growth hormone, and/or insulin-like growth factor 1 in an adult male human, the method comprising administering by oral ingestion a D-aspartic acid compound selected from the group consisting of D-aspartic acid, D-Aspartate salts, and D-aspartate esters to an adult male human, wherein said D-aspartic acid compound is administered in an amount and for a time sufficient to increase the levels of testosterone, growth hormone, and/or insulin-like growth factor 1.

2. The method of claim 1 wherein the D-aspartic acid compound is administered in an amount of about 1 to 20 grams of D-aspartic acid equivalent.

*   *   *   *   *

# EXHIBIT B

MODULO A (1/2)

AL MINISTERO DELLE ATTIVITA' PRODUTTIVE
UFFICIO ITALIANO BREVETTI E MARCHI (U.I.B.M.)

DOMANDA DI BREVETTO PER INVENZIONE INDUSTRIALE N° MM 2 0 0 6 A 0 0 0 4 6 8

**A. RICHIEDENTE/I**

| | | |
|---|---|---|
| COGNOME E NOME O DENOMINAZIONE | A1 | PHARMAGUIDA S.R.L. |
| NATURA GIURIDICA (PF / PG) | A2 | PG — COD.FISC. O/PARTITA IVA — A3 04194460657 |
| INDIRIZZO COMPLETO | A4 | C.DA LESCHE 12 - 84060 PIOPPI DI POLLICA, SA |
| COGNOME E NOME O DENOMINAZIONE | A1 | MARZOCCHELLA TERESA |
| NATURA GIURIDICA (PF / PG) | A2 | PF — COD.FISC. O/PARTITA IVA — A3 MRZTRS46D69I293Y |
| INDIRIZZO COMPLETO | A4 | VIA GIACOMO PUCCINI, 13 - S. ANTIMO, NA |

**B. RECAPITO OBBLIGATORIO** (IN MANCANZA VALE INDIRIZZO PARTE)

| | | |
|---|---|---|
| | B0 | (D = DOMICILIO ELETTIVO, R = RAPPRESENTANTE) |
| COGNOME E NOME O DENOMINAZIONE | B1 | |
| INDIRIZZO | B2 | |
| CAP - LOCALITA' - PROVINCIA | B3 | |

**C. TITOLO**

| | |
|---|---|
| C1 | Uso dell'acido D-aspartico o dei suoi sali per il trattamento della infertilità maschile. |

**D. INVENTORE/I DESIGNATO/I (DA INDICARE ANCHE SE L'INVENTORE COINCIDE CON IL RICHIEDENTE)**

| | | |
|---|---|---|
| COGNOME E NOME | D1 | D'ANIELLO GEMMA |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | RONSINI SALVATORE |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |

| | | SEZIONE | CLASSE | SOTTOCLASSE | GRUPPO | SOTTOGRUPPO |
|---|---|---|---|---|---|---|
| E. CLASSE PROPOSTA | E1 | | E2 | E3 | E4 | E5 |

**F. PRIORITA'** (DERIVANTE DA PRECEDENTE DEPOSITO ESEGUITO ALL'ESTERO)

| | | | | |
|---|---|---|---|---|
| STATO O ORGANIZZAZIONE | F1 | | TIPO F2 | |
| NUMERO DOMANDA | F3 | | DATA DEPOSITO F4 | |
| STATO O ORGANIZZAZIONE | F1 | | TIPO F2 | |
| NUMERO DOMANDA | F3 | | DATA DEPOSITO F4 | |

| | |
|---|---|
| G. CENTRO ABILITATO DI RACCOLTA COLTURE DI MICROORGANISMI | G1 |

| | |
|---|---|
| FIRMA DEL / DEI RICHIEDENTE /I | |

UN MANDATARIO
per sè e per gli altri

A2563

MODULO A (2?)

## I. MANDATARIO DEL RICHIEDENTE PRESSO L'UIBM

LE/ SOTTOINDICATA/E PERSON/E/ HA/HANNO AVVISO IL MANDATO/I A RAPPRESENTARE IL TITOLARE DELLA PRESENTE DOMANDA DIN ANZI ALL'UFFICIO ITALIANO BREVETTI E MARCHI CON L'INCARICO
DI EFFETTUARE TUTTI GLI ATTI AD ESSA E CONSENIL CONSAPE OLEVO DELLE SANZIONI PREVISTE DALL'ART 'N DEL D P R 1932'000 N'445

| NOME/I/ RAGIONE SOCIALE / N° ISCRIZIONE ALB'/ | 11 | 153 BANCHETTI MARINA; 962B GITTO SERENA; 456 IANNONE CARLO LUIGI; |
|---|---|---|
| | | 1012B SANTI FILIPPO; 863B SCILLETTA ANDREA; 171 TALIERCIO ANTONIO; |
| | | 376 ZANARDO GIOVANNI; 1164B PERRONACE ANDREA; |
| DENOMINAZIONE STUDIO | 12 | Ing. Barzanò & Zanardo Roma S.p.A. |
| INDIRIZZO | 13 | Via Piemonte 26 |
| CAP / LOCALITÀ / PROVINCIA | 14 | 00187 Roma |

| L. ANNOTAZIONI SPECIALI | L1 | LETTERA D'INCARICO: riserva |
|---|---|---|
| | | 001 I titolari partecipano ai diritti sul brevetto nelle seguenti |
| | | misure: |
| | | - PHARMAGUIDA S.r.l. 25 % |
| | | - MARZOCCHELLA Teresa 40 % |
| | | - RONSINI Salvatore 35 % |

## M. DOCUMENTAZIONE ALLEGATA O CON RISERVA DI PRESENTAZIONE

| TIPO DOCUMENTO | N°ESEMPL. | N°FS.RIS. | N.PAG PER ESEMPLARE |
|---|---|---|---|
| PROGETTO A DISEGNI PRINCIPALI (COMPRENDENTE FRA GLI ALTRI) | 1 | | 42 |
| DESCRIZIONE/I DELLA PARTE DI CARATTERE DEI ELEMENTI INFORMATIVI | | 1 | 2 |
| DESIGNAZIONE D'INVENTORE/I | | | |
| DOCUMENTO DEI PRESENTATI/DOCUM TRADUZIONE IN ITALIANO | | | |
| AUTORIZZAZIONE DI AT NON CITRESS/... | | | |

| | (SI/NO) |
|---|---|
| LETTERA D'INCA (SI NO) | SI |
| PRIORITÀ (CENNI D'ATTI... | NO |
| RIFER D'ESIST LA PRIVA'ITIPA NON D'ATT... | NO |

_____ IMPORTO VERSATO ESPRESSO IN LETTERE _____

| ATO VERSATI (VERSAMENTO) | EURO | TRECENTOOTTANTUNO/00 |
|---|---|---|
| PRESSO AGENZIA BDPer. ESERCIZIO POSTALE CIR SARMARY E PRIVILIEGI | A | X | D | F |
| DEL PRESENTE ATTI ESSER RISER CASA AUTENTICA | SI | | | |
| SI COPLIE ANTIC RETA ACCESSORI 2) ATTI... PLIRIO ROC (SI NO) | NO | | | |

| DATA DI COMPILAZIONE | 14/09/2005 |
|---|---|

UN MANDATARIO
per se e per gli altri
Serena Gitto
(N° discr. 962 B)

FIRMA DEL/DEI RICHIEDENTI I

---

## VERBALE DI DEPOSITO

| NUMERO DELLA DOMANDA | | ROMA | COD 58 |
|---|---|---|---|
| C.C.I.A.A. DI | | | |
| IN DATA | 14/09/2005 | IL RICHIEDENTE NON INDICATO HANNO PRESENTATO A ME SOTTOSCRITTO | |
| LA PRESENTE DOMANDA E CORREDATA DI N | 01 | FIRE I AGGIUNTIVI PER LA CONSERVAZIONE DEL BREVETTO SOPRA RIPORTATO | |

N° ANNOTAZIONI VARIE
DELL'UFFICIO ROGANTE

| IL DEPOSITANTE | TIMBRO DELL'UFFICIO | L'UFFICIALE ROGANTE |
|---|---|---|

FOGLIO AGGIUNTIVO MODULO A

DOMANDA DI BREVETTO PER INVENZIONE INDUSTRIALE N°.

RM 2005 A 000 468

| | | |
|---|---|---|
| FOGLIO AGGIUNTIVO | 1 | |
| DI TOTALE | 1 | |

**A. RICHIEDENTE/I**

| | | |
|---|---|---|
| COGNOME E NOME O DENOMINAZIONE | A1 | RONSINI SALVATORE |
| NATURA GIURIDICA (PF/PG) | A2 PF | CODICE FISCALE PARTITA IVA A3 RNSSVT57R22H465W |
| DOMICILIO COMPLETO | A4 VIA ANGELO RUBINO, 158 - 84078 VALLO DELLA LUCANIA, SA | |
| COGNOME E NOME O DENOMINAZIONE | A1 | |
| NATURA GIURIDICA (PF/PG) | A2 | CODICE FISCALE PARTITA IVA A3 |
| DOMICILIO COMPLETO | A4 | |
| COGNOME E NOME O DENOMINAZIONE | A1 | |
| NATURA GIURIDICA (PF/PG) | A2 | CODICE FISCALE PARTITA IVA A3 |
| DOMICILIO COMPLETO | A4 | |
| COGNOME E NOME O DENOMINAZIONE | A1 | |
| NATURA GIURIDICA (PF/PG) | A2 | CODICE FISCALE PARTITA IVA A3 |
| DOMICILIO COMPLETO | A4 | |

**D. INVENTORE/I DESIGNATO/I**

| | | |
|---|---|---|
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |
| COGNOME E NOME | D1 | |
| NAZIONALITA' | D2 | |

**F. PRIORITA'** DERIVANTE DA PRECEDENTE DEPOSITO ESEGUITO ALL'ESTERO

| | | | | |
|---|---|---|---|---|
| STATO O ORGANIZZAZIONE | F1 | | N° F2 | |
| NATURA DEPOSITO | F3 | | DATA DEPOSITO F4 | |
| STATO O ORGANIZZAZIONE | F1 | | N° F2 | |
| NATURA DEPOSITO | F3 | | DATA DEPOSITO F4 | |
| STATO O ORGANIZZAZIONE | F1 | | N° F2 | |
| NATURA DEPOSITO | F3 | | DATA DEPOSITO F4 | |

FIRMA DEL / DEI
RICHIEDENTE /I

CV (12150-474.00)

A2565

DOMANDA DI BREVETTO PER INVENZIONE INDUSTRIALE

| NUMERO DI DOMANDA: | 005 A 000 468 | DATA DI DEPOSITO: | 14 Settembre 2005 |

A. RICHIEDENTE/I COGNOME E NOME O DENOMINAZIONE, RESIDENZA O STATO

PHARMAGUIDA S.r.l. – Contrada Lesche 12, 84060 Pioppi di Pollica (NA), ITALIA

MARZOCCHELLA Teresa – Via Giacomo Puccini 13, 80029 S. Antimo (NA), ITALIA

RONSINI Salvatore – Via Angelo Rubino 158, 84078 Vallo della Lucania (SA), ITALIA

C. TITOLO

"Uso dell'acido D-aspartico o dei suoi sali per il trattamento della infertilità maschile".

| | SEZIONE | CLASSE | SOTTOCLASSE | GRUPPO | SOTTOGRUPPO |
| E. CLASSE PROPOSTA | | | | | |

O. RIASSUNTO

La presente invenzione concerne l'uso dell'acido D-aspartico o dei suoi sali per stimolare l'attività procreativa nell'uomo mediante un incremento del numero e della vitalità degli spermatozoi.

P. DISEGNO PRINCIPALE

FIRMA DEL / DEI RICHIEDENTE / I

RM 2005 A 000 450

DESCRIZIONE

a corredo di una domanda di brevetto per invenzione
avente per titolo:

"Uso dell'acido D-aspartico o dei suoi sali per il
trattamento della infertilità maschile"

a nome: PHARMAGUIDA Srl    25%

           Teresa MARZOCCHELLA 40%

           Salvatore RONSINI    35%

Inventori: Gemma D'ANIELLO, Salvatore RONSINI

*  *  *

La    presente    invenzione    concerne    l'uso
dell'acido  D-aspartico  o  dei  suoi  sali  per  il
trattamento   della   infertilità   maschile.   In
particolare, l'invenzione concerne l'uso dell'acido
D-aspartico o dei suoi sali per stimolare l'attività
procreativa  nell'uomo  mediante  un  incremento  del
numero e della vitalità degli spermatozoi.

L'infertilità maschile può essere causata da
difetti   relativi   alla   produzione,   emissione   o
funzionalità degli spermatozoi e rappresenta circa il
35%   delle   cause   di   infertilità   nella   coppia.
Essa  può  essere  causata  da  eventuali  infezioni
genito-urinarie pregresse o in atto; malattie come la
varicella,  morbillo  o  parotite,  malattia  virale  che
può provocare nell'uomo l'orchite, cioè l'infezione a

A2567

2

fine a dei testicoli; malattie a trasmissione sessuale; precedenti interventi chirurgici o traumi a livello genitale. Inoltre, lo stile di vita, come l'impiego di alcool, fumo, droghe e lavori a rischio, e fattori ambientali, possono giocare un ruolo importante. Il varicocele può determinare un deficit nella formazione di spermatozoi mobili. Anche dosaggi alterati di FSH (follicotropina), LH (luteotropina), PRL (prolattina) e T (testosterone) possono influire sul processo di produzione degli spermatozoi.

Le cure oggi impiegate per l'infertilità maschile prevedono trattamenti con farmaci iniettivi o a somministrazione orale.

Tra i farmaci iniettivi, viene impiegata la Menotropina, principio attivo di Merconon fiale, che consiste in una preparazione di gonadotropine (FSH e LH, presenti in eguale quantità) estratte dall'urina di donne in postmenopausa, da cui la definizione di ormone umano della menopausa (HMG). HMG agisce direttamente nelle ovaie e nei testicoli, stimolando il processo ovulatorio, la spermatogenesi e la steroidogenesi. Nei testicoli, FSH è essenzialmente deputato alla stimolazione della maturazione delle cellule del Sertoli e influisce inoltre sulla maturazione dei tubuli seminiferi e sullo sviluppo

A2568

degli spermatozoi. Poiché è necessaria una
concentrazione elevata di androgeni nei testicoli,
questa può essere ottenuta con un precedente
trattamento con HCG o con lo schema terapeutico di
associazione con HCG 5000 UI a settimana per 3 mesi.
Tuttavia, questa terapia presenta alcuni svantaggi,
ad esempio, HMG non è efficace se somministrata per
via orale e deve essere somministrata per via
intramuscolare. In alcuni casi può verificarsi la
formazione di anticorpi verso HMG a seguito di una
somministrazione ciclica ripetuta del prodotto,
rendendo di conseguenza inefficace la terapia. Un
ulteriore svantaggio di questa terapia è l'elevato
costo, dato che lo schema di terapia più usato
prevede la somministrazione intramuscolare
trisettimanale per un ciclo di tre mesi e bassa
compliance da parte del paziente date le ripetute
somministrazioni intramuscolari settimanali.

Una terapia alternativa consiste nel trattamento
con ormone rilasciante le gonadotropine (GnRH).
Questa terapia prevede una somministrazione pulsatile
con pompa portatile (endovenosa o sottocutanea) ad
intervalli di 90-120 minuti. Sebbene tale trattamento
entro tre mesi ristabilisca le concentrazioni di
testosterone e gonadotropine e stimoli la

2

spermatogenesi, richiede però che il paziente trasporti una pompa portatile con un catetere a dimora e ciò può essere d'ostacolo in questi pazienti.

Per quanto riguarda le terapie orali, possono essere impiegati gli antiestrogeni. Questi composti (clomifene citrato e tamoxifene) sono stati ampiamente utilizzati nel trattamento dell'infertilità maschile, in assenza di endocrinopatie. Gli antiestrogeni mantengono la capacità di legarsi in maniera competitiva ai recettori estrogenici, sia a livello ipotalamico sia periferico, inducendo così un aumento dei livelli plasmatici delle gonadotropine e secondariamente del testosterone intratesticolare. L'effetto farmacologico sulla spermatogenesi dovrebbe esplicarsi attraverso l'aumento delle concentrazioni di questi ormoni che agiscono direttamente sulla spermatogenesi. In particolare il clomifene citrato a bassi dosaggi (25-50 mg) somministrati per un periodo di 3-5 mesi è in grado di migliorare le qualità seminali, mentre concentrazioni più elevate (200-400 mg) inducono una soppressione della spermatogenesi e una riduzione della concentrazione spermatica. Numerosi studi non controllati hanno riportato

5

Interventi variabili nella concentrazione spermatica
e del tasso di gravidanza che variavano dallo 0
all'80% e nei quali la risposta al trattamento si
osservava quasi esclusivamente nei pazienti con
oligozoospermia lieve-moderata (> 10 milioni/ml).
Alla luce di questi dati, l'organizzazione mondiale
della sanità (OMS) ha condotto uno studio
multicentrico in doppio cieco, placebo versus
clomifene citrato, nei soggetti affetti da
oligozoospermia idiopatica che non ha documentato
alcun miglioramento del tasso di gravidanza nei
pazienti trattati con tale farmaco (WHO. special
Programme of Research, Development and Research
Training in Human Reproduction Annual Technical
Report 1990. Geneva: WHO 1991: 146-7).

Sempre come terapia orale, possono essere
impiegati gli inibitori dell'aromatasi come, ad
esempio, testolactone. In studi non controllati, la
somministrazione del testolactone (1g/die) in
soggetti oligozoospermici è stata in grado di
aumentare la concentrazione spermatica e la
percentuale di gravidanze. In un successivo trial
randomizzato, placebo-controllato e in doppio cieco,
con dosi più elevate di testolactone (2 g/die), non
si è osservata nessuna variazione dei parametri

6

sentuali e nessuna previdenza si è registrata nel gruppo trattato così come nel gruppo placebo. Un altro composto dotato di un'attività inibitoria selettiva sull'aromatasi è l'anastrozolo, che alla dose di 1 mg al giorno sembra essere sovrapponibile al testolactone per gli effetti sulla spermatogenesi. Sono sicuramente necessari ulteriori studi per valutare la reale efficacia di questi farmaci nel trattamento dell'infertilità maschile a causa del numero estremamente ridotto di soggetti studiati sino ad oggi.

La somministrazione di androgeni è stato uno dei primi tentativi terapeutici effettuati allo scopo di migliorare i parametri seminali nei soggetti affetti da oligozoospermia. Attualmente vengono utilizzati due deboli composti androgenici. Il mesterolone, un derivato 5a-ridotto del testosterone che non influenza la secrezione delle gonadotropine, è stato utilizzato in monoterapia a concentrazioni variabili da 50 a 150 mg al giorno in diversi trials con modificazioni diverse dei parametri seminali. Gli studi più recenti e un'analisi condotta dall'OMS non hanno documentato variazioni significative di tutti i parametri seminali analizzati e della percentuale di gravidanze rispetto ai valori precedenti al

restringimento e al gruppo trattato con placebo. Allo stesso modo il testosterone undecanoato sembrava avere la capacità di migliorare i parametri seminali in studi controllati senza influenzare i livelli delle gonadotropine e del testosterone; tuttavia trials successivi non hanno confermato questi risultati e pertanto l'uso di questo composto merita ulteriori verifiche.

Infine, sono impiegati L-arginina o associazioni di altri amminoacidi in forma levogira e/o integratori vitaminici come coadiuvanti nelle oligoastenospermie e nelle iposomie, con somministrazione orale per 2-3 volte al giorno per tre mesi.

Alla luce di quanto esposto sopra, risulta pertanto evidente l'esigenza di poter disporre di sempre nuovi metodi per la cura della infertilità maschile che risolvano gli svantaggi dei metodi noti.

L'acido D-aspartico è un amminoacido naturale scoperto per la prima volta nel 1977-1978 da Antimo D'Aniello in collaborazione con Antonio Giuditta nel sistema nervoso e nel sistema endocrino del polpo, mollusco marino dal nome scientifico *Octopus vulgaris* (Ref. 1-2). Susseguenti ricerche condotte da Antimo D'Aniello in collaborazione con altri ricercatori

maligno ... particolari hanno dimostrato che l'acido D-aspartico è presente nel sistema nervoso e nel sistema endocrino di altre specie animali marine (Ref.. 3-4, e in varie specie di animali terrestri, quali rana (Ref. 5-6), lucertola (Ref. 7), pollo (Ref. 8), ratto (Ref. 9-11), e uomo (Ref. 11-13). La concentrazione è variabile da specie a specie, comunque contenuta in un intervallo di concentrazione di 50-200 micromoli/g di tessuto fresco.

Sebbene siano stati effettuati vari studi sulla presenza di questo composto in diversi tessuti animali, comunque non è stato definito a tutto oggi il suo ruolo biologico e fisiologico. E' stato solo osservato che questo composto induce nel ratto un temporaneo aumento di alcuni ormoni nel sangue quali: l'ormone luteinizzante (LH) (Ref: 14-15) l'ormone della crescita (GH) (Ref: 15), la prolattina (PRL) (Ref: 16) e il testosterone (T)(Ref: 14).

Gli autori della presente invenzione hanno ora trovato che nell'uomo, l'acido D-aspartico (ad esempio ottenuto per sintesi chimica da aziende chimiche nazionali o internazionali, e commercializzato in forma purificata da varie compagnie specializzate nel campo) è implicato nella fertilità maschile.

Infatti, i risultati ottenuti degli studi dimostrano che nel liquido seminale e negli spermatozoi di persone fisiologicamente fertili ,persone che hanno un numero di spermatozoi superiore a 20 milioni/ml di liquido seminale e una motilità spermatica superiore al 50%), è presente l'acido D-aspartico in concentrazione di 80±24 nmol/ml nel liquido seminale e 130±30 fmol/spermatozoo., Mentre, nel liquido seminale di soggetti infertili, cioè in soggetti con numero di spermatozoi nel liquido seminale e motilità degli stessi al di sotto dei valori fisiologici (oligoastenozoospermici) ed in soggetti che non hanno spermatozoi nel liquido seminale (azoospermici), il contenuto dell'acido D-aspartico è significativamente diminuito sia nel liquido seminale sia negli spermatozoi.

Specificamente, nel liquido seminale di soggetti oligoastenozoospermici, l'acido D-aspartico si trova significativamente diminuito di circa 3 volte. Ossia, da valori di 80±24 nmol/ml a valori di 26±6 nmol/ml e nei soggetti azoospermici, il contenuto di D-aspartico nel liquido seminale è ridotto addirittura di 6 volte: da valori di 80±24 nmol/ml a valori di 12±4 nmol/ml. Negli spermatozoi di persone a ridotta fertilità (oligoastenospermici),

10

la concentrazione del D-aspartico è ridotta significativamente di circa 2 volte, cioè, da valori di 170±35 fmol/spermatozoo a valori di 80±10 fmol/spermatozoo. Inoltre, nell'ambito di uno studio condotto su alcuni volontari, è stato osservato che l'assunzione dell'acido D-aspartico (2-4 grammi dose giornaliera) per un determinato numero di giorni induce statisticamente un'aumentata concentrazione del testosterone ematico e un concomitante incremento del numero e della motilità degli spermatozoi.

In conclusione, i risultati dello studio condotto sull'uomo (non pubblicati) indicano che il sale neutro dell'acido D-aspartico (acido D-aspartico neutralizzato con uno dei seguenti cationi: $Mg^+$; $K^+$; $Na^+$, $Ca^+$, etc) può essere utilizzato per stimolare l'attività procreativa nell'uomo via un incremento del numero e della vitalità degli spermatozoi.

L'impiego dell'acido D-aspartico nella terapia dell'infertilità secondo la presente invenzione offre il notevole vantaggio di poter eseguire una unica somministrazione giornaliera ed un costo per ciclo di trattamento di 90 giorni inferiore rispetto alle terapie note.

Forma pertanto oggetto specifico della presente invenzione una combinazione di acido D-aspartico o di

A2576

11

aumonc in suo sale con uno o più componenti per il trattamento dell'infertilità maschile quali, ad esempio, amminoacidi, vitamine, minerali, ormoni stimolanti la funzione riproduttiva, callicreina, antibiotici, antinfiammatori, antiandrogeni, androgeni, pentossifillina, gonadotropine, ormone rilasciante le gonadotropine (GnRH), stimolatori adrenergici, integratori dietetici.

Il sale dell'acido D-aspartico può essere un sale con metallo alcalino, ad esempio Na o K, o alcalino-terroso, ad esempio Mg o Ca.

Gli amminoacidi che possono essere impiegati nella combinazione secondo l'invenzione sono scelti nel gruppo che consiste in alanina, arginina, carnitina, cisteina, glutammina, glicina, leucina, lisina, isoleucina, metionina, ornitina, fenilalanina, treonina, triptofano, valina. Mentre, le vitamine possono essere scelte nel gruppo che consiste in vitamina A, C, D3, E, K, B1, B2, B6, B12, PP, biotina (H), acido folico. I minerali possono essere scelti nel gruppo che consiste in magnesio, potassio, zinco, manganese, molibdeno, cromo, selenio, calcio pantotenato, ferro, rame, iodio, fosforo, fluoro, calcio.

La combinazione secondo la presente invenzione

12

può essere vantaggiosamente impiegata in campo medico, in particolare per l'uso simultaneo, separato o sequenziale nel trattamento dell'infertilità maschile. L'infertilità maschile che può essere trattata è una infertilità maschile non ostruttiva caratterizzata da condizione di oligo e/o astenozoospermia con o senza ipogonadismo ipogonadotropo.

Costituisce ulteriore oggetto della presente invenzione una composizione farmaceutica comprendente la combinazione come definita sopra come principio attivo in associazione ad uno o più adiuvanti e/o eccipienti farmaceuticamente accettabili.

La concentrazione di acido D-aspartico o di un suo sale può variare da 5% al 95% in peso rispetto al peso della composizione totale.

Le concentrazioni delle vitamine possono variare come segue: la vitamina A dallo 0,0048% allo 0,024%, la vitamina C dallo 0,36% al 3,6%, la vitamina D3 dallo 0,00003% allo 0,00015%, la vitamina E dallo 0,06% allo 0,6%, la vitamina K dallo 0,00042% allo 0,0021%, la vitamina B1 dallo 0,0084 allo 0,042%, la vitamina B2 dallo 0,0096% allo 0,048%, la vitamina B6 dallo 0,013% allo 0,069, la vitamina B12 dal $6 \cdot 10^{-6}$% al $3 \cdot 10^{-5}$%, vitamina PP dallo 0,108% allo

0,86%, almeno dallo 0,000% al 4,4·10⁻¹%, ovvero
fallo dallo 0,002% allo 0,06%, dette percentuali
essendo percentuali in peso rispetto al peso della
composizione totale.

Le concentrazioni dei minerali nelle
composizione secondo l'invenzione possono variare
secondo le seguenti percentuali: il magnesio dal 3,2%
al 9%, il potassio dallo 0,4% al 4%, lo zinco dallo
0,09% allo 0,45%, il manganese dallo 0,02% allo
0,37%, il molibdeno, il cromo o il selenio dallo
0,0003% allo 0,002%, il calcio pantotenato dallo
0,04% allo 0,15%, ferro dallo 0,084% allo 0,32%,
rame dallo 0,02% allo 0,1%, iodio dallo 0,0009% allo
0,0045%, fosforo dal 2,5% al 20%, fluoro dallo 0,005%
allo 0,02%, calcio dal 3,24% al 16,2%, dette
percentuali essendo percentuali in peso rispetto al
peso della composizione totale. Mentre, le
concentrazioni degli amminoacidi possono variare
dallo 0,6% al 6% in peso rispetto al peso della
composizione totale.

Le concentrazioni delle vitamine e i minerali
pertanto possono variare dal 30% al 150% dell'RDA
(dose giornaliera raccomandata). In particolare,
nella tabella 1 sono riportati i dosaggi minimi e
massimi delle vitamine, dei minerali e degli

A2579

avranno di che possono essere contenuti in una base

di 5 grammi della composizione secondo l'invenzione.

Tabella 1

| Componente | Dosaggio min. | Dosaggio max. |
|---|---|---|
| Vit. A | 240 mcg | 1200 mcg |
| Vit. C | 18 mg | 180 mg (300% FDA) |
| Vit. D3 | 1.5 mcg | 7.5 mcg |
| Vit. E | 3 mg | 30 mg (300% RDA) |
| Vit. K | 21 mcg | 105 mcg |
| Vit. B1 | 0.42 mg | 2.1 mg |
| Vit. B2 | 0.48 mg | 2.4 mg |
| Vit. B6 | 0.6 mg | 3 mg |
| Vit. B12 | 0.3 mcg | 1.5 mcg |
| Vit. PP | 5.4 mg | 27 mg |
| Biotina (H) | 45 mcg | 2.25 mcg |
| Acido Folico | 60 mcg | 300 mcg |
| Magnesio | 90 mg | 450 mg |
| Potassio | 20 mg | 200 mg |
| Zinco | 4.5 mg | 22.5 mg |
| Manganese | 1 mg | 3.5 mg |
| Molibdeno | 15 mcg | 100 mcg |
| Cromo | 15 mcg | 100 mcg |
| Selenio | 15 mcg | 100 mcg |
| Calcio pantotenato | 2 mg | 7.5 mg |
| Ferro | 4.2 mg | 21 mg |
| Rame | 1 mg | 5 mg |
| Iodio | 45 mcg | 225 mcg |
| Fosforo | 125 mg | 1000 mg |
| Fluoro | 0.25 mg | 1 mg |
| Calcio | 162 mg | 810 mg |
| Alanina | 30 mg | 300 mg |
| Arginina | 30 mg | 300 mg |
| Carnitina | 30 mg | 300 mg |
| Cisteina | 30 mg | 300 mg |
| Glutammina | 30 mg | 300 mg |
| Glicina | 30 mg | 300 mg |
| Leucina | 30 mg | 300 mg |
| Lisina | 30 mg | 300 mg |
| Isoleucina | 30 mg | 300 mg |
| Metionina | 30 mg | 300 mg |
| Ornitina | 30 mg | 300 mg |
| Fenilalanina | 30 mg | 300 mg |
| Treonina | 30 mg | 300 mg |
| Triptofano | 30 mg | 300 mg |
| Valina | 30 mg | 300 mg |

5

Secondo una forma preferita di realizzazione della presente invenzione, la composizione farmaceutica comprende come principi attivi acido D-aspartico, acido folico, vitamina B6, vitamina B12, magnesio. In particolare, la concentrazione dei principi attivi sopra menzionati puo variare come segue: acido D-aspartico dal 40% all'90%, acido folico da 0,001% a 0,006%, vitamina B6 da 0,02% allo 0,06%, vitamina B12 da $1 \cdot 10^{-5}$% a $3 \cdot 10^{-5}$%, magnesio dal 3% all'9%, dette percentuali essendo percentuali in peso rispetto al peso della composizione totale. La tabella 2 mostra i dosaggi corrispondenti agli intervalli di percentuale sopra menzionati dei principi attivi in 5 grammi (dose) di composizione.

Tabella 2

| Principio attivo | Dosaggio (limite inferiore) | Dosaggio (limite superiore) |
|---|---|---|
| Acido D-aspartico | 2 g/dose | 4 g/dose |
| Acido folico | 100 mcg/dose | 300 mcg/dose |
| Vitamina B6 | 1 mg/dose | 3 mg/dose |
| Vitamina B12 | 0,5 mcg/dose | 1,5 mcg/dose |
| Magnesio | 0,15 g/dose | 0,45 g/dose |

Secondo una forma ancora più preferita di realizzazione della presente invenzione, la composizione farmaceutica comprende come principi attivi acido D-aspartico 40%, acido folico 0,006%,

16

vitamina B- 0,66%, vitamina B12 3.10⁻⁴%, magnesio 6,84%, dette percentuali essendo percentuali in peso rispetto al peso della composizione totale. La tabella 3 mostra i dosaggi corrispondenti agli intervalli di percentuale sopra menzionati dei principi attivi in 5 grammi (dose) di composizione.

Tabella 3

| Principio attivo | Grammi/dose |
|---|---|
| Acido D-aspartico | 2 |
| Acido folico | 0,0003 |
| Vitamina B6 | 0,003 |
| Vitamina B12 | 0,0000015 |
| Magnesio | 0,342 |

La composizione farmaceutica secondo l'invenzione può essere vantaggiosamente impiegata in campo medico. Costituisce, pertanto, ulteriore oggetto della presente invenzione l'uso della combinazione e della composizione come definite sopra per la preparazione di un medicamento per il trattamento della infertilità maschile, in particolare, della infertilità maschile é una infertilità maschile non ostruttiva caratterizzata da condizione di oligo e/o astenozoospermia con o senza ipogonadismo ipogonadotropo.

A2582

Costituisce ulteriore oggetto della presente invenzione l'uso dell'acido D-aspartico o di un suo sale per la preparazione di un medicamento per il trattamento dell'infertilità maschile, in particolare della infertilità maschile e una infertilità maschile non ostruttiva caratterizzata da condizione di oligo e/o astenozoospermia con o senza ipogonadismo ipogonadotropo.

Il sale dell'acido D-aspartico può essere un sale con metallo alcalino, ad esempio Na o K, e alcalino-terroso, ad esempio Mg o Ca.

Costituisce ulteriore oggetto della presente invenzione, un metodo di determinazione dell'acido D-aspartico nel liquido seminale comprendente le seguenti fasi:

a) diluizione e centrifugazione del liquido seminale;

b) purificazione del sovranatante contenente gli amminoacidi su colonna a scambio cationico;

c) determinazione della concentrazione di D-aspartato mediante metodo cromatografico HPLC e metodo colorimetrico.

La diluizione può essere effettuata ad esempio aggiungendo, a 2 ml di liquido seminale, 0,0 ml di soluzione fisiologica e 1 ml di acido tricloroacetico. La centrifugazione può essere

18

condotta a 10.000 rpm per 10 minuti. La purificazione
consiste nel far passare il sovranatante ottenuto
nella fase ... sulla colonna cromatografia, lavaggio
della colonna con HCl 0.01M ed eluizione con ammonio
idrossido 4N.

La presente invenzione verrà ora descritta a
titolo illustrativo, ma non limitativo, secondo sue
forme preferite di realizzazione, con particolare
riferimento alle figure dei disegni allegati, in cui:

Figura 1 mostra un esempio di analisi all'HPLC
di un campione standard costituito da una miscela
standard di D-aspartico assieme ad una miscela di L-
amminoacidi, e di un campione di spermatozoi umani.
<u>Pannello in alto a sinistra</u>: HPLC analisi di una
miscela standard di D-Asp e L-amminoacidi. Il grafico
rappresenta un esempio di un cromatogramma ottenuto
da 10 picomoli di D-Asp e 20 picomoli dei seguenti
altri amminoacidi: Glu, Asp, Gln, Ser, Thr, His, Gly,
Arg, Ala, Taurine, GABA, Tyr, Val, Met, Leu, Ile, Phe
and Lys. Il D-Asp è eluito a 5.6 min seguito da L-Asp
e da altri L-amminoacidi. <u>Pannello in alto a destra</u>:
Stesso campione di sopra previo trattamento con la D-
aspartato ossidasi. Il picco dell'acido D-aspartico
viene completamente abolito dall'enzima, indicando
che il picco attribuito all'acido D-aspartico (picco

19

eluire a 5.6 minuti) è realmente costituito da acido

D-aspartico. Pannello in basso a sinistra: HPLC

analisi di un omogeneizzato di spermatozoi umani

proveniente da donatori fertili. Il cromatogramma

rappresenta un tipico esempio di una quantità di

amminoacidi contenuti in 2000 spermatozoi. Pannello

in basso a destra: Come il pannello precedente, ma il

campione è stato incubato con la D-aspartato ossidasi

per confermare il picco di eluizione a 5.6 minuti, da

noi attribuito al D-aspartico fosse realmente D-

aspartico.

Figura 2 mostra la presenza immunoistochimica

dell'acido D-aspartico negli spermatozoi umani di

donatori normospermici trattati con: A: anticorpo

contro l'acido D-aspartico ottenuto nel coniglio

seguito dal trattamento anticorpo secondario

perossidasi coniugato e colorazione con DAB; B:

omissione dell'anticorpo primario. L'intensa reazione

positiva (A) indica che l'acido D-aspartico è

visualizzabile immunoistochimicamente ed è presente

sia nell'acrosoma che nel nucleo (ingrandimento

1,000x).

Esempio 1: Composizione di acido D-aspartico

secondo l'invenzione

acido D-aspartico 40%

20

Acido folico 0,1%

Vitamina B6 0,06%

Vitamina B12 1.10⁻⁴

Xilitolo 700 1,62%-

Aroma arancio 3%

Vaniglina 0,5%

Fruttosio 19,69%

Maltodestrine 5,70%

Aspartame 0,35%

Arancia succo puro disidratato 5,00%

Magnesio idrossido 16,0% (di cui 6,84 magnesio già calcolato)

Le percentuali sono percentuali in peso rispetto al peso della composizione totale.

La composizione è in forma di granulato, confezionata in dosi di 5 grammi. Le quantità dei principi attivi per dose sono espresse nella tabella 3.

Il procedimento di preparazione della composizione è routinario e non richiede particolari fasi di lavorazione.

*Esempio 2: Studio sulla presenza dell'acido D-aspartico nel liquido seminale umano e negli spermatozoi e suo ruolo nella riproduzione*

21

Materiali e Metodi

Raccolta del liquido seminale, conta degli spermatozoi e suddivisione dei pazienti

Il liquido seminale è stato ottenuto da pazienti sani (25-34 anni) ed analizzato secondo i parametri dettati dall'OMS (World Health Organization, linee guida). Gli eiaculati venivano ottenuti per masturbazione dopo 3-5 giorni di astinenza, raccolti in contenitori sterili e mantenuti a 37°C. Dopo 30-60 minuti dalla raccolta veniva eseguito l'esame del liquido seminale utilizzando una camera di Makler (Makler Chamber) per la conta numerica (Sefi Medtstl Instrument, Haifa, Israel).

La morfologia spermatica veniva valutata dopo colorazione con May-Grunwald-Giemsa e secondo i criteri di Kruger (Ref: 17), che valuta la percentuale di teste, flagelli e resti citoplasmatici anomali.

I liquidi seminali venivano divisi in tre gruppi distinti:

Case 14-103 Case CASE 0:14 Filed 1 Document 187-15 Filed 04/30/2014 Page 124 of Filed 04/30/2014 #:3190

1° Gruppo: 10 liquidi seminali provenienti da donatori fertili (normozoospermici) contenenti un numero totale di spermatozoi ≥ 20 milioni/ml di liquido seminale con un numero di spermatozoi mobili ≥70%, con normale morfologia ≥14%, e un volume di liquido seminale compreso tra 4-6 ml.

2° Gruppo: 10 liquidi seminali provenienti da donatori di dubbia fertilità (oligoastenoteratospermici) contenenti un numero totale di spermatozoi compresi tra 1 milione e 20 milioni/ml di liquido seminale, con un numero di spermatozoi mobili <50%, con normale morfologia <14%, e volume di liquido seminale compreso tra 2-4 ml.

3° Gruppo: 10 liquidi seminali provenienti da donatori non fertili (azoospermici non ostruttivi).

**Determinazione dell'acido D-aspartico nel liquido seminale e nel siero umano**

2 ml di liquido seminale ottenuto da ciascun paziente appartenenti ad i gruppi come sopra raggruppati: normospermici, oligoastenoteratospermici ed azoospermici, veniva diluito con 6.0 ml di soluzione fisiologica (NaCl 0.9%) e 1 ml di TCA (tricloroacetico) 1 M (per deproteinizzare le

proteine) e centrifugato a 10.000 rpm per 15 min. Il
sovranatante contenente l'acido D-aspartico e altri
aminoacidi, veniva purificato su una colonna (1x4
cm) a scambio cationico (AG-50W-X8, 200-400 mesh,
Bio-Rad) allo scopo di ottenere gli amminoacidi
purificati come precedentemente descritto (Ref. 14)
su cui determinare il contenuto dell'acido D-
aspartico. In breve, la procedura era la seguente: il
sovranatante TCA del liquido seminale come sopra
ottenuto veniva passato sulla colonna e dopo completo
assorbimento la colonna veniva lavata con 10 ml di
HCl 0.01 M e poi eluita con 10 ml di ammonio
idrossido 4 M. Quest'ultimo eluato, contenente gli
amminoacidi purificati, veniva portato a secco (per
allontanare l'ammoniaca) e il residuo veniva ripreso
in 2 ml di acqua distillata. Infine, su questo
campione veniva determinata la concentrazione del D-
aspartato usando un metodo cromatografico HPLC e un
metodo colorimetrico come descritto in precedenti
lavori (Ref: 14-16).

Per quanto riguarda la determinazione del D-
Aspartico nel siero, 4 mL di siero del paziente viene
diluito con 6 mL di $H_2O$ e poi mescolato con 4 mL di
TCA 1 M e centrifugato come sopra.

24

Il sovrantatante è ... purificato su colonna a scambio
ionico prendo la stessa procedura come effettuato per
il liquido seminale ed il residuo risospeso in 2 mL
di H₂O per la determinazione del D-Aspartico come
precedentemente descritto.

**Purificazione degli spermatozoi per la
determinazione dell'acido D-aspartico**

La purificazione degli spermatozoi su cui
determinare il contenuto dell'acido D-aspartico
veniva effettuata come segue: 1 ml di liquido
seminale proveniente da soggetti normospermici e
oligoastenoteratospermici veniva mescolato con 4 ml
di NaCl 0.9 % in 0.01 M tampone fosfato pH 7.4 e
centrifugato a 500 g per 10 min. Dopo centrifugazione
veniva separato il sovranatante dal pellet di
spermatozoi ed infine al pellet veniva aggiunto
lentamente 1.0 ml dello stesso tampone ed incubato a
37°C per 30 minuti per permettere la migrazione
ascendente degli spermatozoi mobili. Infine, dal
liquido sovrastante il pellet venivano prelevati 0.2-
0.4 ml contenenti spermatozoi mobili. Dal pellet del
campione proveniente da soggetti normospermici, il
liquido prelevato conteneva un quantitativo di
spermatozoi corrispondenti a 0.1-0.5 milioni di

25

spermatozoi progressivi lncidi, mentre dal pellet nel campione provenente da soggetti oligoastenoteratospermici venivano raccolti 0.05-0.20 milioni di spermatozoi i quali presentavano una motilità ridotta rispetto a quelli provenienti dai soggetti normospermici.

Per la determinazione dell'acido D-aspartico da ogni campione di spermatozoi ottenuti per swim-up come sopra descritto, veniva prelevato un determinato volume (in microlitri) contenente circa 10.000 spermatozoi. Tale campione veniva diluito a 200 microlitri con 0.01 M HCl, omogeneizzato per sonicazione, trattato con il reagente per la determinazione dell'acido D-aspartico (OPA-NAC) ed analizzato all'HPLC secondo la procedura descritta (Ref: 14-16).

**Immunoistochimica**

Allo scopo di confermare la presenza dell'acido D-aspartico negli spermatozoi e conoscere la localizzazione del D-aspartico all'interno della cellula, veniva effettuato uno studio immunoistochimico con l'uso di un anticorpo anti-D-aspartato ottenuto secondo la procedura descritta (Ref: 18). In breve, un campione costituito da una

26

popolazione di spermatozoi proveniente dal liquido seminale di soggetti fertili, ottenuti mediante la tecnica dello swim-up, veniva trattato per 1 ora con 0.2% di Tween 20 e mescolato con una soluzione costituita da 4% gluteraldeide e 2% paraformaldeide in 0.1 M tampone fosfato pH 7.4. Lasciato a 6°C per circa 12 ore circa. Poi, montato su vetrino, asciugato e fissato con acetone. Successivamente lavato con tre cicli di acqua distillata e lasciato in una miscela costituita da 10% $H_2O_2$ e 80% metanolo per 15 min allo scopo di bloccare le perossidasi endogene. Seguiva un'incubazione per 12 ore con l'anticorpo anti-D-aspartato 1:100, un lavaggio ed un'incubazione con l'anticorpo secondario biotinilato. Infine il preparato veniva lavato, incubato con il complesso avidina-biotina-perossidasi (ABC) e finalmente colorato con la diaminobenzidina (DAB).

### Analisi statistiche

I dati sono espressi come media ± SD usando il test T student. $P<0.05$ è stato considerato statisticamente significativo.

### Risultati e discussione

A2592

17

Per la determinazione dell'acido D-aspartico è stato usato un metodo colorimetrico basato sull'uso della D-aspartato ossidasi ed un metodo cromatografico HPLC basato sulla separazione isomerica dell'acido D-aspartico da altri amminoacidi, come riportato in alcune nostre pubblicazioni (Ref. 14-16). Un tipico profilo cromatografico per la determinazione all'HPLC è presentato in fig. 1 assieme ad una corsa standard costituita da amminoacidi noti (Fig. 1), mentre nella figura 2 viene presentato il risultato immunoistologico con l'uso dell'anticorpo anti D-aspartico per confermare la presenza di questo amminoacido negli spermatozoi (Fig. 2).

I risultati ottenuti da questo studio hanno indicato che una considerevole quantità di acido D-aspartico è presente nel plasma seminale e negli spermatozoi umani a concentrazioni significativamente variabili in funzione dei parametri fisiologici spermatici del donatore.

Nel plasma seminale di soggetti normospermici, l'acido D-aspartico è presente in concentrazioni di 80±24 nmol/ml, mentre in quello proveniente da donatori oligoastenoteratospermici, questo amminoacido si trova a concentrazioni pari a 26±6

20

nmol/ml, cioè di circa 1 volta ridotto con valore statisticamente significativo con P<0.01; inoltre, nei soggetti azoospermici tale amminoacido e stato trovato a concentrazioni ulteriormente ridotte a 12±1.5 nmol/ml, cioè 6.66 volte meno concentrato rispetto al plasma seminale proveniente da soggetti normospermici (Tabella 4).

Per quanto riguarda il contenuto dell'acido D-aspartico negli spermatozoi, anche in questo caso abbiamo osservato una significativa riduzione di questo amminoacido negli spermatozoi provenienti dai soggetti oligoastenoteratospermici rispetto ai soggetti normospermici. Infatti, gli spermatozoi di soggetti normospermici contengono 130±15 fmol di D-Asp/spermatozoo, mentre, in quelli ottenuti dal liquido seminale di donatori oligoastenoteratospermici, il D-Asp è presente a concentrazioni di 60.5±5.0 fmol/spermatozoo, ossia ridotto di 2.14 volte (statisticamente significativo con P<0.01). Nella Tabella 4 e mostrato il contenuto dell'acido D-aspartico nei liquido seminale e negli spermatozoi umano.

23

Tabella 4

|  | Liquido seminale (nmol/ml) | | | Spermatozoi (nmol/spermatozoo) | |
|---|---|---|---|---|---|
|  | Norma. donatori[1] | OAT donatori[2] | AZO donatori[3] | Normali donatori | OAT donatori |
| Acido D-aspartico | 80±10 | 26±6 | 15±1.5 | 130±15 | 60.5±5.0 |

[1]Normospermici donatori. [2]Oligoastenoteratospermici donatori. [3]Azoospermici donatori.

I valori indicano la media e la deviazione standard ottenuti da 10 campioni di liquido seminale di donatori normali, 10 campioni di liquido seminale di donatori oligoastenoteratospermici (liquido seminale contenete un numero di spermatozoi inferiore a 20 milioni/ml di seme) e 10 campioni di donatori azoospermici non ostruttivi (donatori con un numero di spermatozoi inferiore ad 1 milione/ml di seme).

Il valore dell'acido D-aspartico veniva ottenuto usando uno specifico metodo cromatografico all'HPLC combinato con l'uso della D-aspartato ossidasi.

La differenza dell'acido D-aspartico tra i donatori normospermici e quelli oligoastenoteratospermici era significativa per $P<0.01$, e la differenza tra i donatori oligoastenoteratospermici e azoospermici anche era significativa per $P<0.01$.

33

In conclusione, i risultati ottenuti in questo studio dimostrano che l'acido D-aspartico è implicato nell'attività riproduttiva dell'uomo, poiché esiste una diretta correlazione tra fertilità del soggetto, descritta sulla base del numero e della vitalità degli spermatozoi, ed il contenuto seminale e spermatico dell'acido D-aspartico.

Bibliografia

(1) A. D'Aniello and A. Giuditta:

Identification of D-aspartic acid in the brain of *Octopus vulgaris*.

*Journal of Neurochemistry*: **29**, 1053-1057 (1977)

(2) A. D'Aniello e A. Giuditta:

Presence of D-aspartate in squid axoplasm and in other regions of the cephalopod nervous system.

*Journal of Neurochemistry*: **31**, 1107-1108 (1978)

(3) A. D'Aniello, A. Di Cosmo, C. Di Cristo, and G. Fisher:

D-aspartate in the male and female reproductive system of *Octopus vulgaris* Lam.

*General and Comparative Endocrinology*: **100**, 69-72 (1995)

(4) A. D'Aniello, P. Spinelli, A. De Simone, S. D'Aniello M. Branno, F. Aniello, G. Fisher, M.M. Di Fiore and P.K. Rastogi:

31

Occurrence and neuroendocrine role of D-aspartic acid and NMDA in *Ciona Intestinalis*. *FEBS letters*: **552**, 193-198 (2003)

(5) M.M. Di Fiore, Assisi, L., Botte, V. and A. D'Aniello:
D-Aspartic acid is implicated in the control of testosterone production by the vertebrate gonad. Studies on the female green frog *Rana esculenta*. *Journal of Endocrinology*: **156**, 199-207 (1998)

(6) F. Raucci, A. Santillo, A. D'Aniello, P. Chieffi, and G. Chieffi Baccari:
D-Aspartate modulates transcriptional activity in harderian gland of frog, *Rana esculenta*: Morphological and Molecular Evidence. *Journal of Cell. Physiol.*: **204**, 445-454 (2005)

(7) L. Assisi, V. Botte, A. D'Aniello and M.M. Di Fiore:
Enhancement of aromatase activity by D-aspartic acid in the ovary of lizard *Podarcis sicula*. *Reproduction*: **121**, 803-808 (2001)

(8) A. Neidle, A. and D.S. Dunlop:
Developmental changes of free D-aspartic acid in the chicken embryo and in the neonatal rat. *Life Science*: **46**, 1517-1522 (1990)

32

(9) A. D'Aniell., G. D'Onofrio, M. Pischetola, S. D'Aniello, A. Vetere, L. Petrucelli, G. Fisher: Biological role of D-amino acid oxidase and D-aspartate oxidase. Effects of D-amino acids. J. Biol. Chem.: **268**, 26941-26949 (1993)

(10) A. Hashimoto, T. Nishikawa, T. Oka, T. Hayashi, K. Takahashi: Widespread distribution of free D-aspartate in rat periphery. FEBS Letters: **331**, 4-8 (1993)

(11) D. S. Dunlop, A. Neidle, D. McHale, B.M. Dunlop, and A. Lajtha: The presence of free D-Aspartic acid in rodents and man. Biochem. Biophys. Res. Comm.: **142**, 27-32 (1986)

(12) G.H. Fisher, A. D'Aniello, A. Vetere, L. Padula, G. Cusano, E.H. Man: Free D-aspartate and D-alanine in normal and Alzheimer brain. Brain Res. Bull.: **26**, 983-985 (1991)

(13) A. Hashimoto, S. Kumashiro, T. Nishikawa, T. Oka, K. Takahashi, T. Mito, S. Takeshima, M. Doi, Y. Mizutani, T. Kaneko, E. Ootomo:

33

Embryonic development and postnatal changes in free D-aspartate and D-serine in the human prefrontal cortex.

J. Neurochem.: **61**, 348-351 (1993)

(14) A. D'Aniello, A. Di Cosmo, C. Di Cristo, L. Annunziato, L. Petrucelli and G.H. Fisher:
Involvement of D-aspartic acid in the synthesis of testosterone in rat testes.

*Life Science*: **59**, 97-104 (1996)

(15) A. D'Aniello, M.M. Di Fiore, G.H. Fisher, A. Milone, A. Seleni, S. D'Aniello, A. Perna, and D. Ingrosso:
Occurrence of D-Aspartic acid and N-methyl-D-aspartic acid in rat neuroendocrine tissues and their role in the modulation of luteinizing hormone and growth hormone release.

*FASEB J.*: **14**, 699-714 (2000)

(16) G. D'Aniello, A. Tolino, A. D'Aniello, G.H. Fisher, M.M. Di Fiore:
The role of the aspartic acid and N-methyl-D-aspartic acid in the regulation of prolactin release.

*Endocrinology* **141**, 3862-3870 (2000)

(17) R. Menkveld, B.E. Oettler, T.F. Kruger, R.O. Swanson, A.A. Acosta, S. Oehninger.

14

atlas of human sperm morphology. Williams &
Wilkins, Baltimore, MD. 1991

(18) M.J. Schell, D.R. Cooper and S.H. Snyder:

D-Aspartate localizations imply neuronal and
neuroendocrine roles.

Proc. Natl. Acad. Sci. (USA): **94**, 2013-2018
(1997)

*[signature]*

*UN MANDATARIO*
*per sè e per gli altri*
Serena Gitto
(N° d'iscr. 962 B)

RIVENDICAZIONI

1. Combinazione di acido D-aspartico o di almeno un suo sale con uno o più composti per il trattamento dell'infertilità maschile.

2. Combinazione secondo la rivendicazione 1, in cui il sale dell'acido D-aspartico è un sale con metallo alcalino o alcalino-terroso.

3. Combinazione secondo la rivendicazione 2, in cui il metallo alcalino è scelto nel gruppo che consiste in Na o K.

4. Combinazione secondo la rivendicazione 2, in cui il metallo alcalino-terroso è scelto nel gruppo che consiste in Mg o Ca.

5. Combinazione secondo ognuna delle rivendicazioni precedenti, in cui detti uno o più composti per il trattamento dell'infertilità maschile sono scelti nel gruppo che consiste in amminoacidi, vitamine, minerali, ormoni stimolanti la funzione riproduttiva, callicreina, antibiotici, antinfiammatori, antiandrogeni, androgeni, pentossifillina, gonadotropine, ormone rilasciante le gonadotropine (GnRH), stimolatori adrenergici, integratori dietetici.

6. Combinazione secondo la rivendicazione 5, in cui gli amminoacidi sono scelti nel gruppo che consiste

A2601

36

1. alanina, arginina, carnitina, cisteina, glutammina, glicina, leucina, lisina, isoleucina, metionina, ornitina, fenilalanina, treonina, triptofano, valina.

7. Combinazione secondo la rivendicazione 5, in cui le vitamine sono scelte nel gruppo che consiste in vitamina A, C, D3, E, K, B1, B2, B6, B12, PP, biotina (H), acido folico.

8. Combinazione secondo la rivendicazione 6, in cui i minerali sono scelti nel gruppo che consiste in magnesio, potassio, zinco, manganese, molibdeno, cromo, selenio, calcio pantotenato, ferro, rame, iodio, fosforo, fluoro, calcio.

9. Combinazione secondo ognuna delle rivendicazioni precedenti per l'uso in campo medico.

10. Combinazione secondo ognuna delle rivendicazioni precedenti per l'uso simultaneo, separato o sequenziale nel trattamento dell'infertilità maschile.

11. Combinazione secondo la rivendicazione 10, in cui l'infertilità maschile è una infertilità maschile non ostruttiva caratterizzata da condizione di oligo e/o astenozoospermia con o senza ipogonadismo ipogonadotropo.

12. Composizione farmaceutica comprendente la

Case 1:13-cv-1034... Case 1:04-... Document 182-8 Document 137-15 Filed 04/30/2014 Page 139...
#:3205

37

coordinazione come definito nelle rivendicazioni da 1
a 11 come principio attivo in associazione ad uno o
più eccipienti farmaceuticamente
accettabili.

13.    Composizione    farmaceutica    secondo    la
rivendicazione 12, in cui la concentrazione di acido
N-aspartico o di un suo sale varia da 14 al 55% in
peso rispetto al peso della composizione totale.

14. Composizione secondo ognuna delle rivendicazioni
12-13, in cui le concentrazioni delle vitamine
variano, rispettivamente, la vitamina A dallo 0,0048%
allo 0,024%, la vitamina C dallo 0,36% al 3,6%, la
vitamina D3 dallo 0,00003% allo 0,00015%, la vitamina
E dallo 0,06% allo 6,6%, la vitamina K dallo 0,00042%
allo 0,0021%, la vitamina B1 dallo 0,0084 allo
0,042%, la vitamina B2 dallo 0,0096% allo 0,048%, la
vitamina B6 dallo 0,012% allo 0,06%, la vitamina B12
dal $6 \cdot 10^{-7}$% al $3 \cdot 10^{-6}$%, vitamina PP dallo 0,108% allo
0,54%, biotina dallo 0,00009% al $4,4 \cdot 10^{-3}$%, acido
folico dallo 0,0013% allo 0,006%, dette percentuali
essendo percentuali in peso rispetto al peso della
composizione totale.

15. Composizione secondo ognuna delle rivendicazioni
12-14, in cui le concentrazioni dei minerali variano,
rispettivamente, il magnesio dai 3,2% al 3%, il

Case 1:14-cv-10318-PAE Document 82-80 Filed 04/30/2014 Page 140 of 183 Case 1:14-cv-10318-PAE Document 82-80 Filed 04/30/2014 Page 140 of 183 #:3206

38

potassio dallo 0,4% al 4%, lo zinco dallo 0,19% allo 0,46%, il manganese dallo 0,02% allo 0,27%, il molibdeno, il cromo e il selenio dallo 0,0007% allo 0,002%, il calcio pantotenato dallo 0,04% allo 0,15%, ferro dallo 0,004% allo 0,021%, rame dallo 0,02% allo 0,1%, iodio dallo 0,0002% allo 0,0045%, fosforo dal 2,5% al 20%, fluoro dallo 0,005% allo 0,03%, calcio dal 0,24% al 16,2%, dette percentuali essendo percentuali in peso rispetto al peso della composizione totale.

16. Composizione secondo ognuna delle rivendicazioni 12-15, in cui le concentrazioni degli amminoacidi variano dallo 0,6% al 6% in peso rispetto al peso della composizione totale.

17. Composizione farmaceutica secondo ognuna delle rivendicazioni da 12 a 16, comprendente come principi attivi acido D-aspartico, acido folico, vitamina B6, vitamina B12, magnesio.

18. Composizione farmaceutica secondo la rivendicazione 17, in cui la concentrazione dell'acido D-aspartico varia dal 40% all'90%, la concentrazione dell'acido folico varia da 0,002% a 0,006%, la concentrazione della vitamina B6 varia da 0,02% allo 0,06%, la concentrazione della vitamina B12 varia da $1 \cdot 10^{-4}$% a $3 \cdot 10^{-4}$%, la concentrazione del

A2604

39

magnesio varia dal 5 all'8%, dette percentuali
essendo percentuali in peso rispetto al peso della
composizione totale.

19.   Composizione      farmaceutica      secondo      la
rivendicazione  18,  in  cui  la  concentrazione
dell'acido D-aspartico  e  40%,  la  concentrazione
dell'acido folico è 0,006%, la concentrazione della
vitamina B6 è 0,06%, la concentrazione della vitamina
B12 è 3,33%, la concentrazione del magnesio é 6,84%,
dette  percentuali  essendo  percentuali  in  peso
rispetto al peso della composizione totale.

10. Composizione farmaceutica come definita in ognuna
delle rivendicazioni da 12 a 19  per l'uso in campo
medico.

21. Uso della combinazione come definita in ognuna
delle rivendicazioni 1-11, e della composizione come
definita in ognuna delle rivendicazioni 12-19 per la
preparazione di un  medicamento  per  il  trattamento
della infertilità maschile.

22. Uso  secondo  la  rivendicazione  21,  in  cui
l'infertilità maschile è una infertilità maschile non
ostruttiva caratterizzata da  condizione di oligo e/o
asterozoospermia   con  o  senza  ipogonadismo
ipogonadotropo.

23. Uso dell'acido D-aspartico o di un suo sale per

A2605

49

la preparazione di un medicamento per il trattamento dell'infertilità maschile.

14. Uso secondo la rivendicazione 23, in cui l'infertilità maschile è una infertilità maschile ostruttiva caratterizzata da condizione di oligo e/o astenozoospermia con o senza ipogonadismo ipogonadotropo.

25. Uso secondo ognuna delle rivendicazioni 23-14, in cui i sale dell'acido D-aspartico è un sale con metallo alcalino e alcalino-terroso.

16. Uso secondo la rivendicazione 25, in cui il metallo alcalino è scelto nel gruppo che consiste in Na o K.

27. Uso secondo la rivendicazione 25, in cui il metallo alcalino-terroso è scelto nel gruppo che consiste in Mg o Ca.

26. Metodo di determinazione dell'acido D-aspartico nel liquido seminale comprendente le seguenti fasi:
a) diluizione e centrifugazione del liquido seminale;
b) purificazione del sovranatante contenente gli amminoacidi su colonna a scambio cationico;
c) determinazione della concentrazione di D-aspartato mediante metodo cromatografico HPLC e metodo colorimetrico.

29. Metodo secondo la rivendicazione 28, in cui la

41

diluizione consiste nell'aggiungere, a 2 ml di liquido seminale, 6,0 ml di soluzione fisiologica e 1 ml di acido tricloroacetico.

30. Metodo secondo la rivendicazione 28, in cui la centrifugazione è condotta a 10.000 rpm per 10 minuti.

31. Metodo secondo la rivendicazione 28, in cui la purificazione consiste nel far passare il sovranatante ottenuto nella fase a) sulla colonna cromatografia, lavaggio della colonna con HCl 0,01M ed eluzione con ammonio idrossido 4M.

Roma,

p.p.: PHARMAGUIDA Srl    25%

Teresa MARZOCCHELLA 40%

Salvatore RONSINI    35%

Ing. Barzanò & Zanardo Roma S. p. A.

(SG)

*UN MANDATARIO*
*ed in e per gli altri*
Serena Gitto
(N° iscr. 962 B)

Case 1:14-cv-1034-CASE 1:04-FICTIAN ION 182-BD Document 07/15 Filed 04/30/14 Page 144 of 183 04/30/2014
#:3210



Fig. 1

RR 2005 A000468

p.p. PHARMAGUIDA S.r.l., MARZOCCHELLA Teresa, RONSINI Salvatore
Ing. Barzanò & Zanardo Roma S.p.A.



UN MANDATARIO
per se e per gli altri

A2608

Fig. 2

RM 2005 A 000 468



p p.: PHARMAGUIDA S r l., MARZOCCHELLA Teresa, RONSINI Salvatore
Ing. Barzanò & Zanardo Roma S.p.A.

A2609



## Ministero dello Sviluppo Economico

dipartimento per l'impresa e l'internazionalizzazione
direzione generale lotta alla contraffazione
ufficio italiano brevetti e marchi

Sei in: dati / Ricerca per Codice [Cambia i parametri della ricerca]                    [altre ricerche: :·: ·:·. Data Provincia Testo Titolare Classe Ricerca avanzata]

Visualizza Scheda (Domanda: RM2005A000468 - Tipologia: Invenzioni - unico risultato)

La ricerca ha prodotto un solo risultato.
*N.B. Non tutte le schede riportano la medesima struttura poiché essa è strettamente correlata alla tipologia trattata.*

Sono state ricercate le Domande depositate e i Brevetti concessi
dal 1 gennaio 1980 al 30 ottobre 2012 (Data di Aggiornamento).
La ricerca è stata effettuata in 0,229 secondi.

☑ Chiudi Info

E' possibile modificare subito i criteri della ricerca selezionando il bottone "Cambia i parametri della ricerca" (ora presente nel titolo di quest'area).
La scheda nell'area sottostante riporta tutti i dati relativi alla domanda ricercata. Al di sotto di tale scheda si trova l'area della lista personalizzata (che inizialmente è vuota), dove è possibile gestire il proprio catalogo di domande selezionate, elaborabili in un secondo momento.
Per inserire una domanda nell'elenco personalizzato è necessario selezionare *. E' possibile inserire domande di *qualsiasi tipologia* in un unico elenco personalizzato.

Stampa la domanda

⊛ Inserisci questa scheda - relativa alla domanda n. RM2005A000468 - nell'elenco personalizzato

| | | |
|---|---|---|
| **Data Deposito** 14 settembre 2005 | **N. Brevetto** 0001359913 | **Data Brevetto** 04 maggio 2009 |
| **Stato Domanda** rilasciata | **Anticipata accessibilità** no | **Data di Pubblicazione** 15 marzo 2007 |

**Titolo**
uso dell'acido d-aspartico o dei suoi sali per il trattamento della infertilita' maschile.

**Titolare**
MARZOCCHELLA TERESA |SANT'ANTIMO |          (NA)|
PHARMAGUIDA S.R.L. |                              (SA)|
RONSINI SALVATORE |          VALLO DELLA LUCANIA |(SA)|

**Inventori**
D'ANIELLO GEMMA
RONSINI SALVATORE

**Domicilio elettivo**
BARZANO' & ZANARDO ROMA S.P.A.

**Indirizzo**
VIA PIEMONTE 26 - 00187 ROMA (RM)

**Centro raccolta colture microrganismi**
-

**Classi**

**Codice Classi**
A61K

**Priorità**

| Nazione | Numero domanda | Data domanda |
|---|---|---|
| - | - | - |

**CCP/CCPF**

Nel database non sono state trovate domande di CCP o CCPF

**Conversione della domanda**

Nel database non risultano pervenute domande di trasformazione o di deposito contemporaneo.

**Annotazioni**

Nel database non sono state trovate annotazioni per questa domanda

**Trascrizioni**

Trascrizione Numero: 1

| Numero Domanda | Data Deposito | Stato Domanda | Tipo di atto | Tipo di trascrizione |
|---|---|---|---|---|
| RM2011E000226 | 16 maggio 2011 | accolta | Dichiarazione | cessione |
| Atto | Data Registrazione | Codice | Provisoria | |
| 7570 | 27 aprile 2011 | ENTR | RM | |

Nome e indirizzo del Presentatore
BARZANO' & ZANARDO ROMA S.P.A. |
VIA PIEMONTE 26 |00187 | ROMA |( RM)|
Cedenti

Case 1:13-cv-01034-UNA Document 147/15 Filed 04/30/2014 Page 147 of 183 #:3213



PHARMAGUIDA S.R.L. | C.DA LISCHE 13 PIOPPI | 84060 | POLLICA | (SA) |
Cessionari
MERCK SERONO S.P.A. | VIA CASILINA 125 | 00176 | ROMA | (RM) |
Note

### Elenco personalizzato (nessuna domanda selezionata)

Ricerca per: Codice  Data  Provincia  Testo  Titolare  Classe  Ricerca avanzata
Ufficio Italiano Brevetti e Marchi - Realizzazione: Andrea Facchini, Lidio Moresco, Andrea Pascucci - © 2008
Dal 27 ottobre 2008: 2499774 accessi all'area dati. Sessioni attualmente aperte: 3.153

A2611

# EXHIBIT C

1

RM 2005 A000468

## DESCRIPTION

Accompanying a patent application for invention titled:

"Use of D-Aspartic Acid or of its salts for the treatment of male infertility"

to the name of:     PHARMAGUIDA Srl    25 %

                    Teresa MARZOCCHELLA   40 %

                    Salvatore RONSINI      35 %

Inventors: Gemma D'ANIELLO, Salvatore RONSINI

\* \* \*

This invention is related to the use of D-aspartic acid or of its salts for the treatment of male infertility. In particular, the invention regards the use of D-aspartic acid or of its salts to stimulate male procreative activity by means of an increase in number and vitality of the spermatozoa.

Male infertility may be caused by defects relating to the production, emission or functionality of the spermatozoa and represents approximately 35 % of the causes of infertility in couples. This can be caused by eventual previous or current genital-urinary infections; diseases such as chicken pox, measles or parotitis, a viral disease which may provoke orchitis in men, which is to say, an infection of the testicles; sexually transmitted diseases; previous surgeries or traumas to the genitals. Moreover, lifestyle choices, such as the use of alcohol, smoking, drugs and risky jobs, as well as environmental factors, may play an important role. Varicocele may lead to a deficit in the formation of mobile spermatozoa. Even altered dosages of FSH (follitropin), LH (luteotropin), PRL (prolactin) and T (testosterone) may influence the production process of the spermatozoa.

2

The treatments that are currently used for male infertility foresee treatment with drugs administered by injection or orally.

Amongst the drugs administered by injection, menotropin, which is the active ingredient of Menogon vials, is used which is made up of a preparation of gonadotropins (FSH and LH, which are both present in equal quantity) extracted from the urine of postmenopausal women, from which the definition of human menopausal hormone (HMG). HMG acts directly on the ovaries and testicles, stimulating the ovulation process, spermatogenesis and steroidogenesis. In the testicles, the FSH is essentially delegated to stimulate the maturation of the Sertoli cells and it also influences the maturation of the seminiferous tubules and the development of the spermatozoa. Insofar as a high concentration of androgens in the testicles is required, the same may be obtained by means of a prior treatment with HCG or by means of a therapy plan that is associated with 5000 IU of HCG a week for 3 months. However, this therapy presents some disadvantages; for example, HMG is not effective if administered by intramuscular injection. In some cases, one can witness the formation of HMG antibodies following a repeated cyclical administration of the product, thereby, as a consequence, rendering the therapy ineffective. A further disadvantage of this therapy is the high cost, given that the most commonly used therapy plan foresees intramuscular injections three times a week for a three-month cycle and has a low compliance rate on the part of the patient given the repeated weekly intramuscular injections.

An alternative therapy consists of treatment with gonadotropin releasing hormone (GnRH). This therapy foresees pulse administration (intravenous or subcutaneous) by means of a portable pump at 90-120 minute intervals. Notwithstanding that this treatment reestablishes the concentrations of testosterone

3

and gonadotropin and stimulates spermatogenesis within three months, it also requires that the patient carry a portable pump with an indwelling catheter and this may be an obstacle in these patients.

With regard to oral therapies, antiestrogens may be used. These compounds (clomiphene citrate and tamoxifen) have been extensively used in the treatment of male infertility, in the absence of endocrinopathies. The antiestrogens maintain the ability to link themselves in a competitive manner to the estrogenic receptors, both hypothalamically and peripherally, thereby bringing about an increase of the plasma levels of the gonadotropins and secondarily of the intratesticular testosterone. The pharmacological effect on spermatogenesis should be carried out through an increase of the concentrations of these hormones which act directly on the spermatogenesis. In particular, clomiphene citrate, administered at low dosages (25-30 mg) for a period of 3 to 5 months can improve the seminal qualities, whereas greater concentrations (200-400 mg) induce a suppression of the spermatogenesis and a reduction of the concentration of sperm. Numerous non-controlled studies have shown variable increases in the concentration of sperm and in pregnancy rates which varied between 0 and 80 % and in which the treatment response was almost exclusively observed in patients with mild-moderate oligozoospermia (> 10 million/ml). In light of this data, the World Health Organization (WHO) has conducted a multicenter double-blind study, placebo versus clomiphene citrate, in subjects affected by idiopathic oligozoospermia, which did not register any improvement of the pregnancy rate in patients treated with this drug (WHO, Special Programme of Research, Development and Research Training in Human Reproduction Annual Technical Report 1990. Geneva: WHO 1991: 146-7).

Case 1:13-cv-01034-CSE-DAF HC Document 182-3 Filed 12/15 Page 152 of 183 Document 51 Filed 04/30/2014
#:3218

4

Aromatase inhibitors, such as, for example, testolactone may also be used in oral therapy. In non-controlled studies, the administration of testolactone (1 g/day) in oligozoospermic subjects has been able to increase the concentration of sperm and the percentage of pregnancies. In a subsequent randomized, placebo-controlled and double-blind trial with higher doses of testolactone (2 g/day), no variation of the seminal parameters was observed and no pregnancy was recorded either in the group that was treated or in the placebo group. Another compound having selective inhibitory effectiveness on aromatase is anastrozole, which at a dose of 1 mg per day would appear to be interchangeable with testolactone as regards its effect on spermatogenesis. Further studies are certainly necessary to assess the actual effectiveness of these pharmaceuticals in the treatment of male infertility due to the extremely low number of subjects which have been studied to date.

The administration of androgens was one of the first therapeutic attempts to be carried out for the purpose of improving the seminal parameters in subjects affected by oligozoospermia. Two weak androgenic compounds are currently used. Mesterolone, a 5a-reduced derivative of testosterone which does not influence the secretion of the gonadotropins, has been used in monotherapy at variable concentrations from 50 to 150 mg per day in various trials with different modifications of the seminal parameters. The most recent studies and an analysis carried out by the WHO have not documented significant variations of all the seminal parameters that have been analyzed and of the percentage of pregnancies in relation to the values preceding the treatment and the group treated with placebo. In the same way, the testosterone undecanoate seemed to have the ability to improve the seminal parameters in controlled studies without influencing the levels of the gonadotropins

5

and of the testosterone; however, subsequent trials have not confirmed these results and the use of this compound, therefore, deserves further study.

Lastly, L-arginine or associations of other amino acids in levogyre form and/or vitamin supplements as adjuvants are used in oligoasthenospermias and in hyposomias, with oral administration 2-3 times a day, for three months.

In light of the above, it becomes evident that there is a need to be able to always avail ourselves of new methods for the treatment of male infertility, which resolve the disadvantages of known method.

The D-aspartic acid is a natural amino acid which was first discovered, in 1977-1978, in the nervous and endocrine system of the octopus, a marine mollusk having the scientific name *Octopus vulgaris* (Ref. 1-2), by Antimo D'Aniello in collaboration with Antonio Giuditta. Subsequent research carried out by Antimo D'Aniello in collaboration with other Italian and foreign researchers have shown that the D-aspartic acid is present in the nervous and endocrine systems of other marine animal species (Ref. 3-4) and in various land animal species, such as frogs (Ref. 5-6), lizards (Ref. 7), chickens (Ref. 8), rats (Ref. 8-11), and man (Ref. 11-13). The concentration varies from species to species; it is however contained in a concentration range going from 50 to 200 micromoles/g of fresh tissue.

Notwithstanding that various studies regarding the presence of this compound have been carried out in a variety of animal tissue, its biological and physiological role has not, however, yet been defined. It has only been observed that the presence of this compound in rats induces a temporary increase of certain hormones in the blood, such as: the luteinizing hormone (LH) (Ref. 14-15), growth hormone (GH) (Ref. 15), prolactin (PRL) (Ref. 16) and testosterone (T) (Ref. 14).

6

The authors of this invention have now found that in man, D-aspartic acid (for example, as obtained by chemical synthesis by national or international chemical companies and sold in its purified form by various companies specialized in the field) is implicated in male fertility.

In fact, the results obtained by the authors show that D-aspartic acid is present in the seminal fluid and in the spermatozoa of physiologically fertile persons (persons who have a number of spermatozoa greater than 20 million/ml of seminal fluid and a spermatic motility that is greater than 50 %) in concentrations of $80\pm24$ nmol/ml in seminal fluid and of $130\pm30$ fmol/spermatozoon. Whereas, in the seminal fluid of infertile subjects, which is to say, in subjects who have a number of seminal fluid spermatozoa and the motility of which is below physiological (oligoasthenospermic) values, as well as in subjects who do not have spermatozoa in the seminal fluid (azoospermic), the D-aspartic acid content is significantly reduced both in the seminal fluid and in the spermatozoa.

Specifically, in the seminal fluid of oligoasthenospermic subjects, the D-aspartic acid is found to be significantly reduced to approximately one third. Or rather, from values of $80\pm24$ nmol/ml to values of $26\pm6$ nmol/ml, and in azoospermic subjects the seminal fluid D-aspartic content is reduced to as little as one sixth: from values of $80\pm24$ nmol/ml to values of $12\pm4$ nmol/ml. In the spermatozoa of persons with reduced fertility (oligoasthenospermic), the D-aspartic concentration is significantly reduced by more than half, which is to say, from values of $130\pm35$ fmol/spermatozoon to values of $60\pm10$ fmol/spermatozoon. Furthermore, in the ambit of a study carried out on a number of volunteers, it was been observed that taking D-aspartic acid (2-4 grams, daily dose) for a defined number of days,

A2618

7

statistically induces an increased concentration of hematic testosterone and a concomitant increase of the number and motility of the spermatozoa.

In conclusion, the (unpublished) results of the study carried out on man indicate that the neutral salt of the D-aspartic acid (D-aspartic acid neutralized with one of the following cations: $Mg^+$, $K^+$, $Na^+$, $Ca^+$, etc.) may be used to stimulate the procreative activity of man by way of an increase in the number and vitality of the spermatozoa.

The use of D-aspartic acid in the treatment of infertility according to this invention offers the considerable advantage of being able to employ a single daily administration which has a 90-day treatment cycle cost that is lesser than that of known therapies.

The specific object of this invention is therefore a combination of D-aspartic acid, or of at least one of its salts, with one or more compounds for the treatment of male infertility such as, for example, amino acids, vitamins, minerals, hormones stimulating the reproductive function, kallikrein, antibiotics, anti-inflammatories, antiandrogens, androgens, pentoxifylline, gonadotropins, gonadotropin releasing hormone (GnRH), adrenergic stimulants, dietetic supplements.

The salt of the D-aspartic acid may be a salt with alkaline metal, for example Na or K, or alkaline-earth metal, for example Mg or Ca.

The amino acids which may be used in combination, according to the invention, are selected amongst the group which is made up of alanine, arginine, carnitine, cysteine, glutamine, glycine, leucine, lysine, isoleucine, methionine, ornithine, phenylalanine, threonine, tryptophan and valine. Whereas vitamins can be selected amongst the group that is made up of vitamin A, C, D3, E, K, B1, B2, B6, B12, PP, biotin (H), folic acid, the minerals may be selected amongst the group which

8

is made up of magnesium, potassium, zinc, manganese, molybdenum, chrome, selenium, calcium pantothenate, iron, copper, iodine, phosphorus, fluoride, calcium.

The combination according to this invention may be advantageously used in the medical field, in particular for the simultaneous, separate or sequential use in the treatment of male infertility. The male infertility that can be treated is a non-obstructive male infertility characterized by the condition of oligo and/or asthenozoospermia with or without hypogonadotropic hypogonadism.

A further object of this invention is a pharmaceutical composition which includes the combination as defined above as active ingredient in association with one or more pharmaceutically acceptable adjuvants and/or excipients.

The concentration of D-aspartic acid or of one of its salts may vary in weight between 5 % and 95 % in relation to the weight of the total composition.

The concentrations of the vitamins may vary as follows: vitamin A between 0.0048 % and 0.024 %, vitamin C between 0.36 % and 3.6 %, vitamin D3 between 0.00003 % and 0.00015 %, vitamin E between 0.06 % and 0.6 %, vitamin K between 0.00042 % and 0.0021 %, vitamin B1 between 0.0084 % and 0.042 %, vitamin B2 between 0.0096 % and 0.048 %, vitamin B6 between 0.012 % and 0.06 %, vitamin B12 between $6 \times 10^{-6}$ % and $3 \times 10^{-5}$ %, vitamin PP between 0.108 % and 0.54 %, biotin between 0.0009 % and $4.4 \times 10^{-5}$ %, folic acid between 0.0012 % and 0.006 %, said percentages being weight percentages in relation to the weight of the total composition.

The concentrations of the minerals in the composition according to the invention may vary according to the following percentages: the magnesium between 3.2 % and 9 %, the potassium between 0.4 % and 4 %, the zinc between 0.09 % and 0.45 %, the manganese between 0.02 % and 0.07 %, the molybdenum, chrome or

9

selenium between 0.0003 % and 0.002 %, the calcium pantothenate between 0.04 %

and 0.15 %, the iron between 0.084 % and 0.021 %, the copper between 0.02 % and

0.1 %, the iodine between 0.0009 % and 0.0045 %, the phosphorus between 2.5 %

and 20 %, the fluoride between 0.005 % and 0.02 %, the calcium between 3.24 % and

16.2 %, with said percentages being weight percentages in relation to the weight of

the total composition. Whereas, the concentrations of the amino acids may vary

between 0.6 % and 6 % in weight in relation to the weight of the total composition.

The concentrations of the vitamins and the minerals may therefore vary between 30

% and 150 % of the RDA (recommended daily allowance). In particular, Table 1

shows the minimum and maximum dosages of the vitamins, of the minerals and of

the amino acids that may be contained in one 5-gram dose of the composition

according to the invention.

Table 1

| Component | Minimum dosage | Maximum dosage |
|---|---|---|
| Vit. A | 240 mcg | 1200 mcg |
| Vit. C | 18 mg | 180 mg (300 % RDA) |
| Vit. D3 | 1.5 mcg | 7.5 mcg |
| Vit. E | 3 mg | 30 mg (300 % RDA) |
| Vit. K | 21 mcg | 105 mcg |
| Vit. B1 | 0.42 mg | 2.1 mg |
| Vit. B2 | 0.48 mg | 2.4 mg |
| Vit. B6 | 0.6 mg | 3 mg |
| Vit. B12 | 0.3 mcg | 1.5 mcg |
| Vit. PP | 5.4 mg | 27 mg |
| Biotin (H) | 45 mcg | 2.25 mcg |
| Folic Acid | 60 mcg | 300 mcg |
| Magnesium | 90 mg | 450 mg |
| Potassium | 20 mg | 200 mg |
| Zinc | 4.5 mg | 22.5 mg |
| Manganese | 1 mg | 3.5 mg |
| Molybdenum | 15 mcg | 100 mcg |
| Chrome | 15 mcg | 100 mcg |
| Selenium | 15 mcg | 100 mcg |
| Calcium pantothenate | 2 mg | 7.5 mg |
| Iron | 4.2 mg | 21 mg |
| Copper | 1 mg | 5 mg |
| Iodine | 45 mcg | 225 mcg |
| Phosphorus | 125 mg | 1000 mg |
| Fluoride | 0.25 mg | 1 mg |
| Calcium | 162 mg | 810 mg |

10

| | | |
|---|---|---|
| Alanine | 30 mg | 300 mg |
| Arginine | 30 mg | 300 mg |
| Carnitine | 30 mg | 300 mg |
| Cysteine | 30 mg | 300 mg |
| Glutamine | 30 mg | 300 mg |
| Glycine | 30 mg | 300 mg |
| Leucine | 30 mg | 300 mg |
| Lysine | 30 mg | 300 mg |
| Isoleucine | 30 mg | 300 mg |
| Methionine | 30 mg | 300 mg |
| Ornithine | 30 mg | 300 mg |
| Phenylalanine | 30 mg | 300 mg |
| Threonine | 30 mg | 300 mg |
| Tryptophan | 30 mg | 300 mg |
| Valine | 30 mg | 300 mg |

According to a preferred embodiment of this invention, the pharmaceutical composition includes D-aspartic acid, folic acid, vitamin B6, vitamin B12 and magnesium as active ingredients. In particular, the concentration of the above-mentioned active ingredients may vary in the following manner: D-aspartic acid between 40 % and 80 %, folic acid between 0.002 % and 0.006 %, vitamin B6 between 0.02 % and 0.06 %, vitamin B12 between $1\times10^{-5}$ % and $3\times10^{-5}$ %, magnesium between 3 % and 9 %, with said percentages being weight percentages in relation to the weight of the total composition. Table 2 shows the dosages corresponding to the above-mentioned ranges of percentages of the active ingredients in 5 grams (doses) of composition.

Table 2

| Active ingredient | Dosage (lower limit) | Dosage (upper limit) |
|---|---|---|
| D-aspartic acid | 2 g/dose | 4 g/dose |
| Folic acid | 100 mcg/dose | 300 mcg/dose |
| Vitamin B6 | 1 mg/dose | 3 mg/dose |
| Vitamin B12 | 0.5 mcg/dose | 1.5 mcg/dose |
| Magnesium | 0.15 g/dose | 0.45 g/dose |

According to an even more preferred embodiment of this invention, the pharmaceutical composition includes D-aspartic 40 %, folic acid 0.006 %, vitamin B6

11

0.06 %, vitamin B12 $3x10^{-5}$ %, magnesium 6.84 % as active ingredients, said percentages being weight percentages in relation to the weight of the total composition. Table 3 shows the dosages corresponding to the above-mentioned ranges of percentage of the active ingredients in 5 grams (dose) of composition.

Table 3

| Active ingredient | Grams/Dose |
|---|---|
| D-aspartic acid | 2 |
| Folic acid | 0.0003 |
| Vitamin B6 | 0.003 |
| Vitamin B12 | 0.0000015 |
| Magnesium | 0.342 |

The pharmaceutical composition according to the invention may be advantageously used in the medical field. Therefore, the use of the combination and of the composition as defined above for the preparation of a medication for the treatment of male infertility, in particular, of male infertility is a non-obstructive male infertility characterized by the condition of oligo and/or asthenozoospermia with or without hypogonadotropic hypogonadism constitutes a further object of this invention.

The use of the D-aspartic acid or of one of its salts for the preparation of a medication for the treatment of male infertility, in particular of male infertility which is a non-obstructive male infertility characterized by a condition of oligo and/or asthenozoospermia with or without hypogonadotropic hypogonadism constitutes a further object of this invention.

The salt of the D-aspartic acid may be a salt with an alkaline metal, for example Na or K, or alkaline-earth metal, for example Mg or Ca.

12

A further object of this invention consists of a method of determination of the D-aspartic acid in the seminal fluid including the following phases:

a) dilution and centrifugation of the seminal fluid;

b) purification of the supernatant containing the amino acids on a cation-exchange column;

c) determination of the concentration of D-aspartic by means of HPLC chromatography and colorimetry methods.

The dilution may be carried out, for example, by adding 6.0 ml of saline solution and 1 ml of trichloroacetic acid to 2 ml of seminal fluid. The centrifugation may be carried out at 10,000 rpm for 10 minutes. The purification consists in passing the supernatant obtained in phase a) over the chromatography column, washing of the column with 0.01 M HCl and elution with 4 M ammonium hydroxide.

This invention will now be described by way of illustration, however not limitedly, according to its preferred embodiments, with particular reference to the figures of the attached drawings, in which:

Figure 1 shows an example of HPLC analysis of a standard sample consisting of a standard mixture of D-aspartic together with a mixture of L-amino acids, and a sample of human spermatozoa.

Upper left panel: HPLC analysis of a standard mixture of D-asp and L-amino acids. The graph represents an example of a chromatogram obtained from 10 picomoles of D-asp and 20 picomoles of the following other amino acids: Glu, Asn, Gln, Ser, Thr, His, Gly, Arg, Ala, Taurine, GABA, Tyr, Val, Met, Leu, Ile, Phe and Lys. The D-asp is eluted at 5.6 min followed by L-asp and other L-amino acids. Upper right panel: Same sample as above subject to treatment with the D-aspartate oxidase. The peak of the D-aspartic acid is completely abolished by the enzyme, indicating that the peak

13

attributed to the D-aspartic acid (peak eluted at 5.6 minutes) is truly made up of D-aspartic acid. <u>Lower left panel</u>: HPLC analysis of homogenized human spermatozoa originating form fertile donors. The chromatogram represents a typical example of a quantity of amino acids contained in 2,000 spermatozoa. <u>Lower right panel</u>: Like the preceding panel, however the sample was incubated with the D-aspartate oxidase so as to confirm that the elution peak at 5.6 minutes which we attributed to the D-aspartic was truly D-aspartic.

Figure 2 shows the immunohistochemical presence of the D-aspartic acid in the human spermatozoa of normospermic donors treated with: **A**: D-aspartic acid antibody from a rabbit, followed by combined peroxidase antibody secondary treatment and dying using DAB; **B**: omission of the primary antibody. The intense positive reaction (A) indicates that the D-aspartic acid is immunohistochemically viewable and is present both in the acrosome as well as in the nucleus (1,000x magnification).

<u>Example 1</u>: Composition of D-aspartic acid according to the invention

D-aspartic acid 40 %

Folic acid 0.006 %

Vitamin B6 0.06 %

Vitamin B12 $3 \times 10^{-5}$ %

Xylitol 700 9.69 %-

Orange aroma 3 %

Vanillin 0.5 %

Fructose 19.69 %

Maltodextrin 5.70 %

Aspartame 0.35 %

14

Dehydrated pure orange juice 5.00 %

Magnesium hydroxide 16.0 % (of which 6.84 of magnesium already calculated)

The percentages are weight percentages in relation to the weight of the total composition.

The composition is in granulated form, packaged in 5-gram doses. The quantities of active ingredients per dose are stated in Table 3.

The preparation procedure of the composition is routine and does not require particular work phases.

Example 2: *Study relating to the presence of D-aspartic acid in human seminal fluid and in the spermatozoa, and its role in reproduction.*

**Materials and methods**

Collection of the seminal fluid, spermatozoa count and breakdown of patients

The seminal fluid has been obtained from healthy patients (aged between 25 and 35) and analyzed according to the parameters dictated by the WHO (World Health Organization, guidelines). The ejaculate was obtained by masturbation after 3-5 days of abstinence, collected in sterile containers and maintained at 37 °C. After 30-60 minutes of the collection, the test of the seminal fluid was carried out using a Makler Chamber for the numerical count (Sefi Medtstl Instrument, Haifa, Israel).

The spermatic morphology was assessed after dying with May-Grunwald-Flemsa and according to Kruger criteria (Ref. 17), which assess the percentage of anomalous heads, flagella and cytoplasmic remains.

The seminal fluids were divided into three distinct groups:

15

1st Group: 10 seminal fluid samples originating from fertile donors (normozoospermic) containing a total number of spermatozoa ≥20 million/ml of seminal fluid with a number of mobile spermatozoa ≥50 %, with normal morphology ≥14 %, and a volume of seminal fluid of between 4-8 ml.

2nd Group: 10 seminal fluid samples originating from donors of dubious fertility (oligoasthenoteratospermic) containing a total number of spermatozoa of between 1 million and 20 million/ml of seminal fluid, with a number of mobile spermatozoa <50 %, with normal morphology <14 %, and seminal fluid volume of between 2-4 ml.

3rd Group: 10 seminal fluid samples originating from non-fertile (non-obstructive azoospermic) donors.

**Determination of the D-aspartic acid in the seminal fluid and in the human serum**

2 ml of seminal fluid obtained from each patient belonging to the groups as grouped above – normospermic, oligoasthenoteratospermic and azoospermic – was diluted with 6.0 ml of saline solution (NaCl 0.09 %) and 1 ml of 1 M TCA (trichloroacetic acid) (to deproteinize the proteins) and centrifuged at 10,000 rpm for 10 min. The supernatant containing the D-aspartic acid and other amino acids, was purified on a (1 x 4 cm) cation-exchange column (AG-50"-X8); 200-400 mesh, Bio-Rad) for the purpose of obtaining the purified amino acids as described above (Ref. 14) upon which the D-aspartic acid content is to be determined. In brief, the procedure was as follows: the supernatant TCA of the seminal fluid, as obtained above, was passed onto the column and after complete absorption, the column was washed with 10 ml of 0.01 M HCl and then eluted with 10 ml of 4 M ammonium

16

hydroxide. The latter eluted product, containing the purified amino acids, was dried
(to remove the ammonium) and the residue was recovered in 2 ml of distilled water.
Lastly, the concentration of the D-aspartate was determined on this sample using
HPLC chromatography and colorimetry methods as described in previous works (Ref.
14-16).

With regard to the determination of the D-aspartic in the serum, 4 mL of
patient serum was diluted with 6 mL of $H_2O$ and then mixed with 4 mL of 1 M TCA
and centrifuged as above. The supernatant is purified on the ionic-exchange column
using the same procedure as that carried out for the seminal fluid and the residue was
re-suspended in 2 mL of $H_2O$ for the determination of the D-aspartic as described
above.

### Purification of the spermatozoa for the determination of the D-aspartic acid

The purification of the spermatozoa on which the D-aspartic acid content is
determined was carried out as follows: 1 ml of seminal fluid originating from
normospermic and oligoasthenoteratospermic subjects was mixed with 4 ml of NaCl
0.9 % in 0.01 M phosphated buffer pH 7.4 and centrifuged at 500 rpm for 10 min.
Following the centrifugation, the supernatant was separated from the spermatozoa
pellet and lastly 1.0 ml of the same buffer was slowly added to the pellet and
incubated at 37 °C for 30 minutes to allow the ascending migration of the mobile
spermatozoa. Lastly, 0.2-0.4 ml containing mobile spermatozoa was removed from
the fluid above the pellet. From the pellet of the sample originating from
normospermic subjects, the collected fluid contained a quantity of spermatozoa
corresponding to 0.1-0.5 million fast progressive spermatozoa, while from the pellet

17

of the sample originating from oligoasthenoteratospermic subjects 0.05-0.20 million spermatozoa were collected which presented reduced motility in relation to those originating from normospermic subjects.

For the determination of the D-aspartic acid from each sample of spermatozoa obtained by swim-up as described above, a certain volume (in microliters) is collected containing approximately 10,000 spermatozoa. This sample was diluted with 200 microliters with 0.01 M HCl, homogenized by sonication, treated with the reagent for the determination of the D-aspartic acid (OPA-NAC) and HPLC-analyzed on the basis of the described procedure (Ref. 14-16).

Immunohistochemistry

For the purpose of confirming the presence of the D-aspartic acid in the spermatozoa and to know the location of the D-aspartic within the cell, an immunohistochemical study was carried out with the use of an anti-D-aspartate antibody obtained on the basis of the described procedure (Ref. 18). Briefly, a sample made up of a population of spermatozoa originating from the seminal fluid of fertile subjects, obtained by means of the swim-up technique, was treated with 0.2 % Tween 20 for 1 hour and mixed with a solution made of 4 % glutaraldehyde and 2 % paraformaldehyde in 0.1 M phosphated buffer pH 7.4. Left it at 6 °C for approximately 12 hours. Then, placed it on a slide, dried and fixed it with acetone. Subsequently washed it with three cycles of distilled water and left it in a mixture made up of 10 % $H_2O_2$ and 80 % methanol for 15 minutes for the purpose of blocking the endogenous peroxidase. A 12-hour incubation with the anti-D-aspartic antibody 1:100, a wash and incubation with biotinylated secondary antibody. Lastly the preparation was washed, incubated with the avidin-biotin-peroxidase (ABC) complex and finally dyed with diaminobenzidine (DAB).

Case 1:13-cv-03755-JBW-RLM Document 167 Filed 04/30/14 Page 166 of 183 PageID #: 3232

18

### Statistical Analyses

The data is expressed as the average ± standard deviation using Student's T-test. $P<0.05$ was considered statistically significant.

### Results and discussion

For the determination of the D-aspartic acid, colorimetry based on the use of D-aspartate oxidase as well as HPLC chromatography based on the isomeric separation of the D-aspartic acid from other amino acids were used, as shown in some of our publications (Ref. 14-16). A typical chromatographic profile for the HPLC determination is shown in Fig. 1 together with a standard run made up of known amino acids (Fig. 1), whereas Fig. 2 shows the immunohistological result with the use of the anti D-aspartic antibody to confirm the presence of this amino acid in the spermatozoa (Fig. 2).

The results obtained from this study have indicated that a considerable quantity of D-aspartic acid is present in the seminal plasma and in the human spermatozoa at significantly variable concentrations in function of the spermatic physiological parameters of the donor.

The D-aspartic acid is present in concentrations of 80±24 nmol/ml in the seminal plasma of normospermic subjects, while in that originating from oligoasthenoteratospermic donors this amino acid is found in concentrations equivalent to 26±6 nmol/ml, which is to say approximately 3 times lesser with a statistically significant value with a $P<0.01$; furthermore, in azoospermic subjects, this amino acid has been found at concentrations further reduced to 12±1.5 nmol/ml, which is to say 6.66 times less concentrated in relation to the seminal plasma originating from normospermic subjects (Table 4).

Case 14-1034 Case ASE 1844 Document 182-3D Document 167/15 Page 467 04/30/2014
#:3233

19

With regard to the D-aspartic acid content in the spermatozoa, even in this case we have observed a significant reduction of this amino acid in the spermatozoa originating from oligoasthenoteratospermic subjects in comparison to normospermic subjects. In fact, the spermatozoa of normospermic subjects contain 130±15 fmol of D-asp/spermatozoon, whereas, in those obtained from the seminal fluid of oligoasthenoteratospermic donors, the D-asp is present at concentrations of 60.5±5.0 fmol/spermatozoon, which is to say reduced by 2.14 times (statistically significant with a P<0.01). Table 4 shows the D-aspartic acid content in human seminal fluid and spermatozoa.

Table 4

| | Seminal fluid (nmol/ml) | | | Spermatozoa (fmol/spermatozoon) | |
|---|---|---|---|---|---|
| | Normal[1] donors | OAT[2] donors | AZO[3] donors | Normal[1] donors | OAT[2] donors |
| D-aspartic acid | 80±10 | 26±6 | 12±1.5 | 130±15 | 60.5±5.0 |

[1] Normospermic donors.   [2] Oligoasthenoteratospermic donors.

[3] Azoospermic donors.

The values indicate the average and the standard deviation obtained from 10 samples of seminal fluid of normal donors, 10 samples of seminal fluid of oligoasthenoteratospermic donors (seminal fluid containing a number of spermatozoa lower than 20 million/ml of semen) and 10 samples of non-obstructive azoospermic donors (donors with a number of spermatozoa lower than 1 million/ml of semen).

The value of the D-aspartic acid was obtained using a specific HPLC chromatography combined with the use of the D-aspartate oxidase.

Case 1:04-cv-... ... Document 167/15 Page 168 of 183 ... 04/30/2014
#:3234

The difference of D-aspartic acid between the normospermic donors and the oligoasthenoteratospermic ones was significant with a P<0.01 and the difference between the oligoasthenoteratospermic and azoospermic donors was also significant with a P<0.01.

To conclude, the results obtained in this study show that the D-aspartic acid is implicated in the reproductive activity of man, as there is a direct correlation between the fertility of the subject, described on the basis of the number and vitality of the spermatozoa, and the seminal and spermatic content of the D-aspartic acid.

Bibliography

(1) A. D'Aniello and A. Giuditta:
Identification of D-aspartic acid in the brain of
Octopus vulgaris.
Journal of Neurochemistry: 29, 1053-1057 (1977)

(2) A. D'Aniello e A. Giuditta:
Presence of D-aspartate in squid axoplasm and in
other regions of the cephalopod nervous system.
Journal of Neurochemistry: 31, 1107-1108 (1978)

(3) A. D'Aniello, A. Di Cosmo, C. Di Cristo, and G.
Fisher:
D-aspartate in the male and female reproductive
system of Octopus vulgaris Lam.
General and Comparative Endocrinology: 100, 69-72
(1995)

(4) A. D'Aniello, P. Spinelli, A. De Simone, S.
D'Aniello M. Branno, F. Aniello, G. Fisher, M.M.
Di Fiore and R.K. Rastogi:

Case 14-1034 Case CASE 1:04 FIL Document 182-30 Page 169 1/15 Page 469 2/20146 04/30/2014
#:3235

21

Occurrence and neuroendocrine role of D-aspartic acid and NMDA in Ciona Intestinalis. *FEBS Letters*: **552**, 193-198 (2003)

(5) M.M. Di Fiore, Assisi, L., Botte, V. and A. D'Aniello:

D-Aspartic acid is implicated in the control of testosterone production by the vertebrate gonad. Studies on the female green frog *Rana esculenta*. *Journal of Endocrinology*: **156**, 199-207 (1998)

(6) F. Raucci, A. Santillo, A. D'Aniello, P. Chieffi, and G. Chieffi Baccari:

D-Aspartate modulates trascriptional activity in harderian gland of frog, *Rana esculenta*: Morphological and Molecular Evidence. *Journal of Cell. Physiol.*: **204**, 445-454 (2005)

(7) L. Assisi, V. Botte, A. D'Aniello and M.M. Di Fiore:

Enhancement of aromatase activity by D-aspartic acid in the ovary of lizard *Podarcis sicula*. *Reproduction*: **121**, 803-808 (2001)

(8) A. Neidle, A. and D.S. Dunlop:

Developmental changes of free D-aspartic acid in the chicken embryo and in the neonatal rat. *Life Science*: **46**, 1517-1522 (1990)

22

(9) A. D'Aniello, G. D'Onofrio, M. Pischetola, R.
D'Aniello, A. Vetere, L. Petrucelli, G. Fisher:
Biological role of D-amino acid oxidase and D-
aspartate oxidase. Effects of D-amino acids.
J. Biol. Chem.: **268**, 26941-26949 (1993)

(10) A. Hashimoto, T, Nishikawa, T. Oka, T. Hayashi,
K. Takahashi:
Widespread distribution of free D-aspartate in
rat periphery.
FEBS Letters: **331**,4-8 (1993)

(11) D. S. Dunlop,.A. Neidle, D. McHale, D.M. Dunlop,
and A. Lajtha:
The presence of free D-Aspartic acid in rodents
and man.
Biochem. Biophys. Res. Comm.: **142**, 27-32 (1986)

(12) G.H. Fisher, A. D'Aniello, A. Vetere, L. Padula,
G. Cusano, E.H. Man:
Free D-aspartate and D-alanine in normal and
Alzheimer brain.
Brain Res. Bull.: **26**, 983-985 (1991)

(13) A. Hashimoto, S. Kumashiro, T. Nishikawa, T.
Oka, K. Takahashi, T. Mito, S. Takashima, N.
Doi, Y. Mizutani, T. Kaneco, E. Ootoma:

Embryonic development and postnatal changes in
free D-aspartate and D-serine in the human
prefrontal cortex.

J. Neurochem.: **61**, 348-351 (1993)

(14) A. D'Aniello, A. Di Cosmo, C. Di Cristo, L.
Annunziato, L. Petrucelli and G.H. Fisher:
Involvement of D-aspartic acid in the synthesis
of testosterone in rat testes.

*Life Science*: **59**, 97-104 (1996)

(15) A. D'Aniello, M.M. Di Fiore, G.H. Fisher, A.
Milone, A. Seleni, S. D'Aniello, A. Perna, and D.
Ingrosso:

Occurrence of D-Aspartic acid and N-methyl-D-
aspartic acid in rat neuroendocrine tissues and
their role in the modulation of luteinizing
hormone and growth hormone release.

*FASEB J.*: **14**, 699-714 (2000)

(16) G. D'Aniello, A. Tolino, A. D'Aniello, G.H.
Fisher, M.M. Di Fiore:

The role of the aspartic acid and N-methyl-D-
aspartic acid in the regulation of prolactin
release.

*Endocrinology* **141**, 3862-3870 (2000)

(17) R. Menkveld, E.E. Oettler, T.F. Kruger, R.J.
Swanson, A.A. Acosta, S. Oehninger.

24

Atlas of human sperm morphology. Williams & Wilkins, Baltimore, MD. (1951)

(18) M.J. Schell, O.B. Cooper and S.H. Snyder:

D-Aspartate localizations imply neuronal and neuroendocrine roles.

*Proc. Natl. Acad. Sci.* (USA): 94, 2013-2018 (1997)



*A MANDATARY*
*For herself and the others*
Serena Gitto
(Reg. No. 962B)

CHAMBER OF COMMERCE, I.C.A.
ROME

RM 2005 A000468

CLAIMS

1. Combination of D-aspartic acid or of at least one of its salts with one or more compounds for the treatment of male infertility.

2. Combination according to Claim 1, in which the salt of the D-aspartic acid is a salt with alkaline or alkaline earth metal.

3. Combination according to Claim 2, in which the alkaline metal is chosen amongst the group which is made up of Na or K.

4. Combination according to Claim 2, in which the alkaline earth metal is chosen amongst the group which is made up of Mg or Ca.

5. Combination according to each of the preceding claims, in which said one or more compounds for the treatment of male infertility are chosen amongst the group which is made up of amino acids, vitamins, minerals, hormones stimulating the reproductive function, kallikrein, antibiotics, anti-inflammatories, antiandrogens, androgens, pentoxifylline, gonadotropins, gonadotropin releasing hormone (GnRH), adrenergic stimulants, dietetic supplements.

6. Combination according to Claim 5, in which the amino acids are chosen amongst the group which is made up of alanine, arginine, carnitine, cysteine, glutamine, glycine, leucine, lysine, isoleucine, methionine, ornithine, phenylalanine, threonine, tryptophan, valine.

7. Combination according to Claim 5, in which the vitamins are chosen amongst the group which is made up of A, C, D3, E, K, B1, B2, B6, B12, PP, biotin (H), folic acid.

26

8. Combination according to Claim 5, in which the minerals are chosen amongst the group which is made up of magnesium, potassium, zinc, manganese, molybdenum, chrome, selenium, calcium pantothenate, iron, copper, iodine, phosphorus, fluoride, calcium.

9. Combination according to each of the preceding claims for use in the medical field.

10. Combination according to each of the preceding claims for the simultaneous, separate or sequential use in the treatment of male infertility.

11. Combination according to Claim 10, in which the male infertility is a non-obstructive male infertility characterized by a condition of oligo and/or asthenozoospermia with or without hypogonadotropic hypogonadism.

12. Pharmaceutical composition including the combination as defined in the Claims 1 through 11 as active ingredient in association with one or more pharmaceutically acceptable adjuvants and/or excipients.

13. Pharmaceutical composition according to Claim 12, in which the concentration of D-aspartic acid or of one of its salts falls in the range between 5 % and 95 % in weight in relation to the weight of the total composition.

14. Composition according to each of the Claims 12-13, in which the vitamin concentrations, respectively, vary for vitamin A between 0.0048 % and 0.024 %, vitamin C between 0.36 % and 3.6 %, vitamin D3 between 0.00003 % and 0.00015 %, vitamin E between 0.06 % and 0.6 %, vitamin K between 0.00042 % and 0.0021 %, vitamin B1 between 0.0084 % and 0.042 %, vitamin B2 between 0.0096 % and 0.048 %, vitamin B6 between 0.012 % and 0.06 %, vitamin B12 between $6 \times 10^{-6}$ % and $3 \times 10^{-5}$ %, vitamin PP between 0.108 % and 0.54 %, biotin between 0.0009 % and $4.4 \times 10^{-5}$ %, folic acid between 0.0012 % and 0.006 %, with said percentages being weight percentages in relation to the weight of the total composition.

27

15. Composition according to each of the Claims 12-14, in which the concentrations of the minerals, respectively, vary for magnesium between 3.2 % and 9 %, potassium between 0.4 % and 4 %, zinc between 0.09 % and 0.45 %, manganese between 0.02 % and 0.07 %, molybdenum, chrome or selenium between 0.0003 % and 0.002 %, calcium pantothenate between 0.04 % and 0.15 %, iron between 0.084 % and 0.021 %, copper between 0.02 % and 0.1 %, iodine between 0.0009 % and 0.0045 %, phosphorus between 2.5 % and 20 %, fluoride between 0.005 % and 0.02 %, calcium between 3.24 % and 16.2 %, said percentages being weight percentages in relation to the weight of the total composition.

16. Composition according to Claims 12-15, in which the concentrations of the amino acids vary between 0.6 % and 6 % in weight in relation to the weight of the total composition.

17. Pharmaceutical composition according to each of the Claims from 12 through 16, including D-aspartic acid, folic acid, vitamin B6, vitamin B12, magnesium as active ingredients.

18. Pharmaceutical composition according to Claim 17, in which the concentration of D-aspartic acid varies between 40 % and 80 %, the concentration of the folic acid varies between 0.002 % and 0.006 %, the concentration of vitamin B6 varies between 0.02 % and 0.06 %, the concentration of vitamin B12 varies between $1 \times 10^{-5}$ % and $3 \times 10^{-5}$ %, the concentration of magnesium varies between 3 % and 8 %, with said percentages being weight percentages in relation to the weight of the total composition.

19. Pharmaceutical composition according to Claim 18, in which the concentration of the D-aspartic acid is 40 %, the concentration of folic acid is 0.006 %, the concentration of vitamin B6 is 0.06 %, the concentration of vitamin B6 is 0.06 %, the

A2639

28

concentration of vitamin B12 is $3 \times 10^{-5}$ %, the concentration of the magnesium is 6.84 %, said percentages being weight percentages in relation to the weight of the total composition.

20. Pharmaceutical composition as defined in each of the claims from 12 to 19 for use in the medical field.

21. Use of the combination as defined in each of Claims 1 through 11, and of the composition as defined in each of Claims 12 through 19 for the preparation of a medication for the treatment of male infertility.

22. Use according to Claim 21, in which male infertility is a non-obstructive male infertility characterized by a condition of oligo and/or asthenozoospermia with or without hypogonadotropic hypogonadism.

23. Use of the D-aspartic acid or of one of its salts for the preparation of a medication for the treatment of male infertility.

24. Use according to Claim 23, in which male infertility is a non-obstructive male infertility characterized by a condition of oligo and/or asthenozoospermia with or without hypogonadotropic hypogonadism.

25. Use according to each of Claims 23 through 24, in which the salt of the D-aspartic acid is a salt with alkaline and alkaline earth metal.

26. Use according to Claim 25, in which the alkaline metal is selected amongst the group which is made up of Na or K.

27. Use according to Claim 25, in which the alkaline earth metal is selected amongst the group made up of Mg or Ca.

28. Method of determination of the D-aspartic acid in the seminal fluid including the following phases:

a) dilution and centrifugation of the seminal fluid;

A2640

29

b) purification of the supernatant containing the amino acids on a cation-exchange column;

c) determination of the concentration of D-aspartate by means of HPLC chromatography and colorimetry methods.

29. Method according to Claim 28, in which the dilution consists of adding 6.0 ml of saline solution and 1 ml of trichloroacetic acid to 2 ml of seminal fluid.

30. Method according to Claim 28, in which the centrifugation is carried out at 10,000 rpm for 10 minutes.

31. Method according to Claim 28, in which the purification consists of having the supernatant obtained in stage a) pass on the chromatography column, washing of the column with 0.01 M HCl and elution with 4 M ammonium hydroxide.

Rome,

p.p.:     PHARMAGUIDA Srl          25 %

          Teresa MARZOCCHELLA   40 %

          Salvatore RONSINI        35 %

    Eng. Barzanò & Zanardo Roma S.p.A.

(SG)

*A MANDATARY*
*For herself and the others*
Serena Gitto
(Reg, No. 962B)


CHAMBER OF COMMERCE, I.C.A.
ROME

A2641

MM 2005 A 000 468

Fig. 1



CHAMBER OF COMMERCE, I.C.A.
ROME

p.p. PHARMACUIDA S.r.l., Teresa MARZOCCHELLA, Salvatore RONSINI, Eng. Barzanò & Zanardo Roma S.p.A.

*A MANDATARY*
For herself and the
others
Serena Gitto
(Reg. No. 962B)

Case 1:14-cv-01034-CASE-ORF Document 182-30 Page 179 of 183 Page 0478/20146 04/30/2014 #:3245

Fig. 2

RM 1005 A 000469

CHAMBER OF COMMERCE, I.C.A.
ROME

p.p. PHARMACUIDA S.r.l., Teresa MARZOCCHELLA, Salvatore RONSINI, Eng. Barzanò & Zanardo Roma S.p.A.

*A MANDATARY*
*For herself and the*
*others*
Serena Gitto
(Reg. No. 962B)

A2643



November 7, 2012


Certification

### Park IP Translations


This is to certify that the attached translation is, to the best of my
knowledge and belief, a true and accurate translation from Italian into
English of the patent that is entitled: Use of D-Aspartic Acid or of its salts for the treatment of
male infertility


*Abraham I. Holczer*
—————————————————————————

Abraham I. Holczer

Project Manager

134 W. 29th Street 5th Floor • New York, N.Y. 10001
Phone: 212-581-8870 • Fax: 212-581-5577


A2644

# EXHIBIT 18



T R I A L   G R O U P

*A Professional Corporation*

895 Dove Street, Suite 425
Newport Beach, CA 92660
Phone (949) 706-6464
Fax (949) 706-6469
www.trialnewport.com

December 28, 2012

**VIA U.S. MAIL and EMAIL**

William J. Cass
Jeffery B. Arnold
Cantor Colburn LLP
20 Church Street
22nd Floor
Hartford, CT 06103

      Re:   *Thermolife International v. Better Body Sports, LLC, et al.*
          Central District of California – Case No. CV-12-09229 (FFMx)

Dear Messrs. Cass and Arnold:

We write in response to your letter of December 21, 2012.

ThermoLife disagrees that this litigation is frivolous, and will not be dismissing its case against your clients or ceasing communications with third parties regarding the suit. In response to the points raised in your letter:

      * no evidence exists that the Italian application was present in a "printed publication" within the meaning of 102(b) or even capable of being so in 2007;

      * we look forward to working with our expert in demonstrating at trial that the Italian patent application does not describe the invention as set forth in the claims of the '908 patent we believe the Italian patent application is not an anticipatory reference under 102(b), even if it is a "printed publication";

      * we do not understand the reference to the supposed statement by the inventor, Mr. Arnold in 1996 and how it impacts the case, but we suppose your clients can explore that statement during discovery in the matter if they wish to take Mr. Arnold's deposition; and

      * there is nothing improper about notifying distributors and retailers of the patent and the pending lawsuit indeed, you already represent these types of entities (Lone Star & All Star Health), and we anticipate that ThermoLife may be suing other ones in the event licensing discussions are not successful.

December 28, 2012
Page 2

ThermoLife intends to pursue triple damages for your clients' willful infringement of the '908 patent.

Thank you and happy New Year.

Very truly yours,

Tyler J. Woods

TJW:ka