NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1544

ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,

        Plaintiffs-Appellants,

v.

HULU, LLC,

        Defendant,

and

WILDTANGENT, INC.,

        Defendant-Appellee.

Appeal from the United States District Court for the Central District of California in case no. 09-CV-6918, Judge R. Gary Klausner.

ON MOTION

ORDER

Electronic Frontier Foundation et al., L.L. Bean, Inc., and Google Inc., et al., separately move for leave to file briefs amici curiae in support of Appellee WildTangent, Inc.'s petition for hearing en banc,

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The briefs are accepted for filing.

        FOR THE COURT

September 11, 2012
Date

        /s/ Jan Horbaly
        Jan Horbaly
        Clerk

cc: Lawrence M. Hadley, Esq.
    Darin W. Snyder, Esq.
    Gregory C. Garre, Esq.
    Julie P. Samuels, Esq.
    Peter J. Brann, Esq.
    Daryl L. Joseffer, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 11 2012

JAN HORBALY
CLERK