

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7228
Washington, DC 20530

VIA CM/ECF

August 1, 2014

Hon. Daniel E. O'Toole, Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place N.W., Room 401
Washington, D.C.  20005

RE:    *Versata Development Group v. SAP America, Inc.*,
       No. 2014-1194 (Fed. Cir.)

Dear Mr. O'Toole:

      We write in response to the letter filed earlier today by Versata Development Group pursuant to Fed. R. App. P. 28(j).  Contrary to Versata's submission, the Supreme Court's decision in *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347 (2014), confirms the Board's conclusion that Versata's '350 patent is invalid under the abstract idea exception to 35 U.S.C. § 101.

      The Board employed the precise analytical framework the Supreme Court endorsed in *Alice Corp*.  *Compare* JA72-78 *with* 134 S. Ct. at 2355.  The Supreme Court's reasoning, moreover, underscores the Board's conclusions.  The Court explained, for example, that the "mere recitation of a generic computer cannot transform a patent-ineligible abstract idea into a patent-eligible invention."  134 S. Ct. at 2358.  The Board here likewise refused to permit the '350 patent's "recitation of generic general purpose computer hardware" to confer patent eligibility.  JA72-74.  The Supreme Court's decision eliminates any doubt about the correctness of the Board's decision on that score.

      In its letter to the Court, Versata asserts that *Alice Corp.* supports its eligibility arguments because "[n]o one disputes" that the '350 patent is drawn to

improved computer technology. 08/01/2014 Letter at 1-2. In fact, the Board addressed and rejected exactly that contention. *See* Gov't Br. 53-55. The Board explained that the claims of the '350 patent are *not* limited to any concrete technological implementation, but rather encompass the fundamental idea of calculating prices based on a hierarchical arrangement of information. JA75-78. As *Alice Corp.* makes clear, a patent claim directed to such an abstract idea is invalid under Section 101, even if the claim also includes generic references to computer hardware.

                Sincerely,

                */s/ Mark R. Freeman*

                Mark R. Freeman
                Attorney

cc:    all counsel (via CM/ECF)