Case No. 2010-1544

_____

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

**ULTRAMERCIAL, LLC and ULTRAMERCIAL, INC.,**

*Plaintiffs-Appellants,*

v.

**HULU, LLC,**

*Defendant,*

and

**WILDTANGENT, INC.,**

*Defendant-Appellee.*

_____

Appeal from the United States District Court
for the Central District of California
in Case No. 09-cv-6918, Judge R. Gary Klausner

_____

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF DEFENDANT-
APPELLEE WILDTANGENT, INC.**

_____

Daniel Nazer
Vera Ranieri
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Tel: (415) 436-9333
Fax: (415) 436-9993
daniel@eff.org
Attorneys for *Amicus Curiae*
Electronic Frontier Foundation

August 28, 2014

## CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 29(a) and 47.4, counsel for *Amicus Curiae* certifies that:

1.     The full name of the amicus represented by me is:

Electronic Frontier Foundation

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

N/A

3.     All parent corporations and any publicly held companies that own 10 percent or more of the stock of the amicus curiae represented by me are:

None.

4.     The name of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or are expected to appear in this Court is: Julie Samuels, Daniel Nazer, Vera Ranieri, Electronic Frontier Foundation, San Francisco, California.

August 28, 2014                           _____/s/ Daniel Nazer_____
                                          Daniel Nazer
                                          Attorneys for Amicus Curiae
                                          Electronic Frontier Foundation

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE
ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF
DEFENDANT-APPELLEE WILDTANGENT, INC.**

Pursuant to Federal Rule of Appellate Procedure 29, the Electronic Frontier Foundation ("EFF") respectfully moves this Court for leave to file an *amicus curiae* brief in support of Defendant-Appellee Wildtangent, Inc. ("Wildtangent") in the above-captioned matter. Wildtangent consents to EFF's filing. Plaintiff-appellants Ultramercial, LLC and Ultramercial, Inc. (collectively, "Ultramercial") has stated that Ultramercial objects to the motion.[1]

The Electronic Frontier Foundation ("EFF") is a non-profit civil liberties organization that has worked for more than 20 years to protect consumer interests, innovation, and free expression in the digital world. EFF and its more than 27,000 dues-paying members have a strong interest in helping the courts and policy-makers in striking the appropriate balance between intellectual property and the public interest.

The scope of eligible subject matter under 35 U.S.C. § 101 is one of the most important patent issues today. EFF has filed a number of *amicus* briefs in cases considering the scope of patentable subject matter, including two previous

---

[1] Ultramercial previously informed EFF that it consented to a motion for leave for later filing under Rule 29(e), on condition that it be permitted to file a reply. Shortly before EFF filed this motion, counsel for Ultramercial contacted EFF and stated such consent had been conditioned on EFF filing by August 27, 2014.

*amicus* briefs in this appeal (Docket Nos. 69 & 96). The accompanying brief does not repeat the arguments of those submissions. Rather, consistent with the Court's call for further briefing from the parties, the attached amicus brief discusses the significance of the Supreme Court's decision in *Alice Corp. Pty. Ltd. v. CLS Bank Int'l*, 134 S. Ct. 2347 (2014) and its application to this case. EFF's brief will assist the Court by presenting a legal argument different from that of the parties and by discussing the broader significance of a ruling in this case. *See generally Neonatology Associates, P.A. v. C.I.R.*, 293 F.3d 128 (3d Cir. 2002) (Alito, J.).

Leave for later filing under Rule 29(e) is appropriate as *amici* have not had the opportunity to address the important question of the impact of *Alice*. For the foregoing reasons, EFF respectfully asks this Court to grant leave to file the accompanying brief of amicus curiae.

Dated: August 28, 2014                Respectfully submitted,

By:   /s/ Daniel Nazer
       Daniel Nazer
       Vera Ranieri
       ELECTRONIC FRONTIER FOUNDATION
       815 Eddy Street
       San Francisco, CA 94109
       Tel: (415) 436-9333
       Fax: (415) 436-9993
       daniel@eff.org

       Attorneys for *Amicus Curiae*
       Electronic Frontier Foundation

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 28th day of August, 2014, I caused copies of the foregoing Motion for Leave to File Brief of *Amicus Curiae* Electronic Frontier Foundation to be served by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.



/s/ Daniel Nazer
Daniel Nazer