NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMGEN INC., AMGEN MANUFACTURING LIMITED,**
*Plaintiffs-Appellants*

**v.**

**SANDOZ INC.,**
*Defendant-Appellee*

---

2015-1499

---

Appeal from the United States District Court for the Northern District of California in No. 3:14-cv-04741-RS, Judge Richard Seeborg.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before PROST, *Chief Judge*, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

## O R D E R

Appellants Amgen Inc. and Amgen Manufacturing Limited filed a petition for rehearing en banc. A response thereto was invited by the court and filed by Appellee

2                                        AMGEN INC. v. SANDOZ INC.


Sandoz Inc. A petition for rehearing en banc was filed by Sandoz Inc., and a response was invited by the court and filed by appellants Amgen Inc. and Amgen Manufacturing Limited. The petitions for rehearing were first referred to the panel that heard the appeal, and thereafter, to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petitions for panel rehearing are denied.

The petitions for rehearing en banc are denied.

The mandate of the court will issue on October 23, 2015.

FOR THE COURT


October 16, 2015                    /s/ Daniel E. O'Toole
      Date                          Daniel E. O'Toole
                                    Clerk of Court