Nos. 2014-1139, 2014-1144

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

ARIOSA DIAGNOSTICS, INC., NATERA, INC.,

*Plaintiffs-Appellees*,

DNA DIAGNOSTICS CENTER, INC.,

*Counterclaim Defendant-Appellee*,

v.

SEQUENOM, INC., and SEQUENOM CENTER
FOR MODULAR MEDICINE, LLC,

*Defendants-Appellants*,

ISIS INNOVATION LIMITED,

*Defendant.*

Appeals from the United States District Court
For the Northern District of California
In Nos. 3:11-cv-06391-SI, 3:12-cv-00132-SI and 3:12-cv-00865-SI
The Honorable Susan Y. Illston

**MOTION TO SUBSTITUTE MARK A. PERRY
OF GIBSON, DUNN & CRUTCHER LLP FOR W. PAUL SCHUCK
OF BARTKO, ZANKEL, BUNZEL & MILLER AS PRINCIPAL
ATTORNEY FOR APPELLEE NATERA, INC.**

## MOTION TO SUBSTITUTE COUNSEL

Appellee Natera, Inc. respectfully requests that Mark A. Perry of Gibson, Dunn & Crutcher LLP be substituted as its principal counsel in this matter, replacing W. Paul Schuck of Bartko, Zankel, Bunzel & Miller.

Mr. Schuck entered his appearance on behalf of Natera, Inc. and DNA Diagnostics Center, Inc. in this matter on December 13, 2013. (No. 14-114, D.E. 3.) Mr. Perry entered his appearance on behalf of Natera, Inc. on September, 8, 2015. (No. 14-1139, D.E. 216.) Natera, Inc. has decided that Mr. Perry will be its principal counsel in this matter, and it therefore requests that Mr. Schuck be replaced as principal counsel. Mr. Schuck remains principal counsel for DNA Diagnostics Center, Inc.

Counsel for Natera, Inc. have informed counsel for Ariosa Diagnostics, Inc., DNA Diagnostics Center, Inc., Sequenom, Inc., Sequenom Center for Modular Medicine, LLC, and ISIS Innovation Limited of the present motion, and none have indicated opposition to the motion.

For the foregoing reasons, Natera, Inc. respectfully requests that Mark A. Perry of Gibson, Dunn & Crutcher LLP be substituted as its principal counsel in this matter, replacing W. Paul Schuck of Bartko, Zankel, Bunzel & Miller.

October 19, 2015                     Respectfully submitted,

      /s/ Mark A. Perry
Mark A. Perry
   *Principal Attorney*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9696
mperry@gibsondunn.com

*Counsel for Appellee Natera, Inc.*

# CERTIFICATE OF INTEREST

Counsel for Appellee Natera, Inc. certifies as follows:

1.    The full name of every party or amicus represented by us is:

Appellee Natera, Inc. ("Natera")

2.    The name of the real party in interest represented by us is:

Not applicable.

3.    All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

Natera: None.

4.    The names of all law firms and the partners or associates that appeared for the party now represented by us in the trial court or agency or are expected to appear in this Court are:

GIBSON, DUNN & CRUTCHER LLP:  Mark A. Perry (lead counsel), Tracey B. Davies, Michael A. Valek, Brett S. Rosenthal.

BARTKO ZANKEL BUNZEL & MILLER P.C.:  William P. Schuck, Sony Barari.

THOMAS WHITELAW LLP (withdrawn):  Matthew W. Meskell (withdrawn), William P. Schuck, Sony Barari.

QUINN, EMANUEL, URQUHART & SULLIVAN LLP:  Charles K. Verhoeven, Patrick Shields (withdrawn), Jennifer A. Kash, Howard Chen.

Dated:  October 19, 2015

/s/ Mark A. Perry
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9696
mperry@gibsondunn.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2015, I caused a copy of the foregoing to be served on counsel of record via CM/ECF.

/s/ Mark A. Perry
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 530-9696
mperry@gibsondunn.com