Case Nos. 14-1139, 14-1144

# United States Court of Appeals for the Federal Circuit

ARIOSA DIAGNOSTICS, INC., AND NATERA, INC.
*Plaintiffs-Appellees,*

AND

DNA DIAGNOSTICS CENTER, INC.,
*Counterclaim Defendant-Appellee,*

v.

SEQUENOM, INC., AND SEQUENOM CENTER FOR MOLECULAR MEDICINE, LLC
*Defendants-Appellants,*

AND

ISIS INNOVATION LIMITED,
*Defendant.*

On Appeal From The United States District Court For The Northern District Of California In Case Nos. 3:11-cv-06391 And 3:11-cv-00132, Judge Susan Illston

**APPELLEE ARIOSA DIAGNOSTICS, INC.'S MOTION TO ADD COUNSEL TO OPINION**

David I. Gindler
*Principal Attorney*
Joseph M. Lipner
Andrei Iancu
Josh B. Gordon
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
*Counsel for Ariosa Diagnostics, Inc.*

## CERTIFICATE OF INTEREST

Counsel for Plaintiff/Counterclaim Defendant-Appellee Ariosa Diagnostics, Inc. certifies as follows:

1. The full name of every party or amicus represented by us is:

   Ariosa Diagnostics, Inc.

2. The name of the real party in interest represented by us is:

   Not applicable.

3. All parent corporations and any public companies that own 10 percent or more of the stock of the parties represented by us are:

   Ariosa Diagnostics, Inc. is a wholly-owned subsidiary of Roche Molecular Systems, Inc., which is a wholly-owned subsidiary of Roche Holdings, Inc. and an indirect subsidiary of Roche Holding Ltd. Novartis AG, a publicly held company, owns more than 10% of the voting shares of Roche Holding Ltd. Novartis AG has no representation on Roche Holding Ltd.'s board of directors and does not in any way control Roche Holding Ltd. or any of its subsidiaries.

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this Court are:

   IRELL & MANELLA LLP
   David I. Gindler
   Andrei Iancu
   Joseph M. Lipner
   Michael G. Ermer
   Josh B. Gordon
   Sandra L. Haberny
   Amir Naini
   Lina F. Somait
   Jason W. Sullivan
   Katherine G. McKeon

   OBLON, MCCLELLAND, MAIER & NEUSTADT LLP
   Greg H. Gardella
   Tia D. Fenton
   Michael L. Kiklis

   WOMBLE CARLYLE SANDRIDGE & RICE LLP
   Barry J. Herman

Dated: December 4, 2015            /s/ *Joseph M. Lipner*

- 1 -

Appellee Ariosa Diagnostics, Inc. requests that the Court add attorney Joseph M. Lipner to the list of counsel for Ariosa on page 2 of the Order denying Sequenom's Petition For Rehearing En Banc (Docket No. 231).

Mr. Lipner entered an appearance for Ariosa on October 15, 2015 (Docket No. 222). He was one of Ariosa's attorneys on the brief responding to the petition for rehearing en banc (Docket No. 224). Accordingly, Ariosa respectfully requests that Mr. Lipner's name be reflected in the opinion.

Dated: December 4, 2015                    Respectfully submitted,


                                          /s/ Joseph M. Lipner
                                          Joseph M. Lipner
                                          IRELL & MANELLA LLP
                                          1800 Avenue of the Stars, Suite 900
                                          Los Angeles, California 90067-4276
                                          Tel. (310) 277-1010

**CERTIFICATE OF SERVICE**

I, Joseph M. Lipner, hereby certify that the foregoing was filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on December 4, 2015, which will serve via e-mail notice of such filing to all counsel registered as CM/ECF users, including the following:

Michael J. Malecek
michael.malecek@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306

Aton Arbisser
aton.arbisser@kayescholer.com
KAYE SCHOLER LLP
1999 Ave. of the Stars, Suite 1600
Los Angeles, California 90067

Peter E. Root
peter.root@kayescholer.com
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real, Suite 400
Palo Alto, California 94306

Peter E. Root
peter.root@kayescholer.com
KAYE SCHOLER, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025

William Paul Schuck, Esq.
pschuck@bzbm.com
Bartko, Zankel, Bunzel & Miller
One Embarcadero Center, Suite 800
San Francisco, CA 94111

Eric F. Citron
ecitron@goldsteinrussell.com
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814

Thomas Goldstein
tgoldstein@goldsteinrussell.com
Goldstein & Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814

Christopher Michael Holman
holmancm@umkc.edu
University of Missouri-Kansas City
School of Law
5100 Rockhill Road
Kansas City, MO 64110

Kevin Edward Noonan
Noonan@mbhb.com
McDonnell, Boehnen, Hulbert &
Berghoff, LLP
300 South Wacker Drive
Chicago, IL 60606

Brian P. Barrett
rett_brian_p@lilly.com
Eli Lilly and Company
Lilly Corporate Center
Indianapolis, IN 46285

Li Westerlund
lwe@bavarian-nordic.com
Bavarian Nordic, Inc.
595 Penobscot Drive
Redwood City, CA 94063

Richard L. Blaylock
richard.blaylock@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130-2092

Kirke M. Hasson, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Post Office Box 2824
2824 San Francisco, CA 94126

Colin Travers Kemp
colin.kemp@pillsburylaw.com
Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111

Dan L. Bagatell
dbagatell@perkinscoie.com
Perkins Coie LLP
2901 N Central Avenue
Phoenix, AZ 85012

Michael Robert Osterhoff
mosterhoff@perkinscoie.com
Perkins Coie, LLP
131 South Dearborn, Suite 1700
Chicago, IL 60603

Michelle Marie Umberger
mumberger@perkinscoie.com
Perkins Coie, LLP
One East Main Street, Suite 201
Madison, WI 53703

Jeffrey Lefstin
lefstinj@uchastings.edu
University of California
Hastings College of the Law
200 McAllister Street
San Francisco, CA 94102

Corey A. Salsberg
corey.salsberg@novartis.com
Novartis International AG
Postfach
CH-4002 Basel
Basel, Basel-Stadt, 4002
Switzerland

Teige P. Sheehan
tps@hrfmlaw.com
Heslin, Rothenberg, Farley & Mesiti, P.C.
5 Columbia Circle
Albany, NY 12203

Philip Staton Johnson
Direct: 732-524-2368
Pjohnso4@its.jnj.com
Johnson & Johnson
WH 2233
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

Kevin H. Rhodes
krhodes@mmm.com
3M Innovative Properties Company
PO Box 33427
St. Paul, MN 55133

Herbert Clare Wamsley, Jr.
rmuthig@ipo.org
Intellectual Property Owners Association
1501 M Street, NW, Suite 1150
Washington, DC 20005

Donald Louis Zuhn, Jr.
zuhn@mbhb.com
McDonnell, Boehnen, Hulbert & Berghoff, LLP
300 South Wacker Drive, Suite 3100
Chicago, IL 60606

Lana Gladstein
lgladstein@nutter.com
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02110

Isaac A. Hubner, Esq.
Ihubner@nutter.com
McCarter & English, LLP
265 Franklin Street
Boston, MA 02110

Konstantin M. Linnik
linnik@nuttercom
Nutter McClennen & Fish LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02110

John D. Murnane
jmurnane@fchs.com
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104

Dorothy R. Auth
dorothy.auth@cwt.com
Cadwalader, Wickersham & Taft LLP
One World Financial Center
200 Liberty Street
New York, NY 10281

Irena Royzman
iroyzman@pbwt.com
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036

Alicia Alexandra Rose Russo
arusso@fchs.com
Fitzpatrick, Cella, Harper & Scinto
1290 Avenue of the Americas
New York, NY 10104

David F. Ryan
dfrhawley@optonline.net
1214 Albany Post Road
Croton-On-Hudson, NY 10529

Matthew James Dowd
MatthewDowd@andrewskurth.com
Andrews Kurth, LLP
1350 I Street, NW
Washington, DC 20005

Sushila Chanana
sushilachanana@andrewskurth.com
Andrews Kurth, LLP
Suite 1100
1350 I Street, NW
Washington, DC 20005

Robert A. Gutkin
robertgutkin@andrewskurth.com
Andrews Kurth, LLP
1350 I Street, NW
Washington, DC 20005

Gideon A. Schor
gschor@wsgr.com
Wilson, Sonsini, Goodrich & Rosati, PC
1301 Avenue of the Americas, 40th Floor
New York, NY 10019

Charles J. Andres, Jr.
candres@wsgr.com
Wilson, Sonsini, Goodrich & Rosati, PC
1700 K Street, NW, Suite 500
Washington, DC 20006

Maya Skubatch
mskubatch@wsgr.com
Wilson, Sonsini, Goodrich & Rosati, PC
650 Page Mill Road
Palo Alto, CA 94304

Richard Torczon
rtorczon@wsgr.com
Wilson, Sonsini, Goodrich & Rosati, PC
1700 K Street, NW
Washington, DC 20006

Benjamin Jackson
bjackson@myriad.com
Myriad Genetics
320 Wakara Way
Salt Lake City, UT 84108

David Carter Hoffman
DHoffman@genomichealth.com
Genomic Health, Inc.
301 Penobscot Drive
Redwood City, CA 94063

William Larry Respess, I
lrespess@cox.net
Sheppard, Mullin, Richter & Hampton LLP
12275 El Camino Real, Suite 200
San Diego, CA 92130

Dated: December 4, 2015

                                                 */s/ Joseph M. Lipner*
                                                  Joseph M. Lipner